AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS _____

ISAAC WILLIAMS, JR.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

03 CV 11470 RCL

TO: (Name and address of defendant)

DAVID L. BABSON & COMPANY, INC.
ONE MEMORIAL DRIVE
CAMBRIDGE, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN B. REILLY, ESQ.
JOHN REILLY & ASSOCIATES
SUMMIT WEST - SUITE 330
300 CENTERVILLE ROAD
WARWICK, RI 02886
(401) 739-1800
FAX: (401) 738-0258

an answer to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

AUG 0 8 2003

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| | August 27, 2003 |

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

I hereby certify and return that on 8/22/2003 at 10:25 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to DAVID L. BABSON & CO., INC. STEPHEN L. KUHN, ESQ. at 1500 MAIN Street, SPRINGFIELD, MA 01103 <>.Attestation ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $36.00

Deputy Sheriff JORGE DIAZ

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.