# United States District Court

DISTRICT OF __MASSACHUSETTS__

ISAAC WILLIAMS, JR.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 03 CV 11470 RCL

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

TO: (Name and address of defendant)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
1295 STATE STREET
SPRINGFIELD, MA 01101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN B. REILLY, ESQ.
JOHN REILLY & ASSOCIATES
SUMMIT WEST - SUITE 330
300 CENTERVILLE ROAD
WARWICK, RI 02886
(401) 739-1800
FAX: (401) 738-0258

an answer to the complaint which is herewith served upon you, within ____TWENTY (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

AUG 08 2003

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by | |

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 27, 2003

I hereby certify and return that on 8/22/2003 at 10:25 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to MASSACHUSETTS MUTUAL LIFE INS. CO. TO STEPHEN L. KUHN, ESQ. at 1500 MAIN Street, SUITE 2800 SPRINGFIELD, MA 01103 <>.Attestation ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

Deputy Sheriff JORGE DIAZ                             Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                                                    Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.