UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                          C.A. No. 03 CV 11470 RCL

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT

In the above-entitled action it may be entered that plaintiff's Verified Complaint has been on September 11, 2003, and hereby is acknowledged to be properly served upon defendants and that the time for defendants to respond to such Verified Complaint may be enlarged, up to and including Monday, October 6, 2003.

_____
John B. Reilly, Esq. (#545576)
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

_____
Carol Kamm, Esq. (#559252)
Bulkley, Richardson & Gelinas
1 Post Office Square
Suite 3700
Boston, Massachusetts 02109
(617) 368-2502
FAX: (617) 368-2525

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the defendant by facsimile and by first class mail on this 11th day of September, 2003.

_____
Carol Kamm



**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

CAROL E. KAMM
DIRECT DIAL (617) 368-2502
CKAMM@BULKLEY.COM

September 11, 2003

**Via Hand Delivery**

Clerk, United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

    Re:    Isaac Williams, Jr. v. Massachusetts Mutual Life Insurance Company, et al.
             U.S. District Court, Civil Action No. 03 CV 11470 RCL

Dear Sir/Madam:

    Enclosed for filing please find Stipulation Enlarging Time for Defendants to Respond to Plaintiff's Verified Complaint, in connection with the above-referenced matter.

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  Carol E. Kamm

CEK/ms
Enclosure
cc:    John B. Reilly, Esquire