UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 RCL

| | |
|---|---|
| ISAAC WILLIAMS, JR.,  | ) |
|     Plaintiff | ) |
| v. | ) |
|  | ) |
| MASSACHUSETTS MUTUAL LIFE | ) |
| INSURANCE COMPANY (a/k/a | ) |
| MASSMUTUAL FINANCIAL GROUP) | ) |
| and DAVID L. BABSON & COMPANY, INC. | ) |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) |
|     Defendants | ) |
|  | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, Massachusetts Mutual Life Insurance Company (a/k/a MassMutual Financial Group) and David L. Babson & Company, Inc. (a/k/a David L. Babson and Company) in the above-entitled action.

/s/ Francis D. Dibble, Jr.
Francis D. Dibble, Jr.
 BBO No. 123220
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115
(413) 272-6246 (telephone)
(413) 272-6804 (fax)

Dated:  October 2, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 2, 2003.

/s/ Francis D. Dibble, Jr.
Francis D. Dibble, Jr.