UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 RCL

| | |
|---|---|
| ISAAC WILLIAMS, JR., | ) |
|         Plaintiff | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS MUTUAL LIFE | ) |
| INSURANCE COMPANY (a/k/a | ) |
| MASSMUTUAL FINANCIAL GROUP) | ) |
| and DAVID L. BABSON & COMPANY, INC. | ) |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) |
|         Defendants | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the defendants Massachusetts Mutual Life Insurance Company (a/k/a MassMutual Financial Group) and David L. Babson & Company, Inc. (a/k/a David L. Babson and Company) hereby disclose the following: Massachusetts Mutual Life Insurance Company has no parent corporation and no publicly held corporation owns 10% or more of its stock. The parent corporation of David L. Babson & Company, Inc. is DLB

Acquisition Corporation, and no publicly held corporation owns 10% or more of the stock of David L. Babson & Company, Inc.

    Respectfully Submitted

    The Defendants
    MASSACHUSETTS MUTUAL LIFE
    INSURANCE COMPANY (a/k/a
     MassMutual Financial Group) and
    DAVID L. BABSON & COMPANY, Inc.
     a/k/a David L. Babson and Company)
    By their attorneys,

    /s/ Francis D. Dibble, Jr.
    Francis D. Dibble, Jr.
     BBO No. 123220
     Bulkley, Richardson and Gelinas, LLP
     1500 Main Street, Suite 2700
     Springfield, MA  01115
     (413) 272-6246 (telephone)
     (413) 272-6804 (fax)
    Carol E. Kamm
     BBO No. 559252
     Bulkley, Richardson and Gelinas, LLP
     One Post Office Square, Suite 3700
     Boston, MA  02109
     (617) 368-2500 (telephone)
     (617) 368-2525 (fax)

Dated:  October 2, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 2, 2003.

    /s/ Francis D. Dibble, Jr.
    Francis D. Dibble, Jr.

2