UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 RCL

| | |
|---|---|
| ISAAC WILLIAMS, JR., | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS MUTUAL LIFE | ) |
| INSURANCE COMPANY (a/k/a | ) |
| MASSMUTUAL FINANCIAL GROUP) | ) |
| and DAVID L. BABSON & COMPANY, INC. | ) |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) |
|     Defendants | ) |

### DEFENDANTS' MOTION FOR TRANSFER TO WESTERN DIVISION
### (HEARING REQUESTED)

Pursuant to Local Rule 40.1(D)(1)(b), the defendants move this Court to transfer this action to the District of Massachusetts' Western Division. The grounds for this motion are as follows:

1.  All the parties reside in the District of Massachusetts, and the plaintiff resides in Springfield. Therefore, under Local Rule 40.1(C)(3) and (D)(1)(b), this action was required to be filed in and assigned to the Western Division.

2.  Most of the events giving rise to the claim occurred in the Western Division. Virtually all of the witnesses and relevant documents are located in the Western Division.

3.  In a letter from defendants' counsel Carol Kamm to plaintiff's counsel dated October 1, 2003, defendants requested that plaintiff assent to a

motion for transfer of this case to the Western Division.  Plaintiff's counsel has not responded to the October 1, 2003 letter.

4. Further support for this motion is contained in the Memorandum in Support of Defendants' Motion for Transfer to Western Division and the Affidavit of Carol E. Kamm submitted herewith.

WHEREFORE, the defendants' motion should be allowed and this action transferred to the Western Division.

### REQUEST FOR HEARING

The defendants believe that oral argument may assist the Court and request that a hearing be scheduled on this motion pursuant to Local Rule 7.1(D).

> The Defendants
> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY (a/k/a MASSMUTUAL FINANCIAL GROUP) and DAVID L. BABSON & COMPANY, INC. (a/k/a DAVID L. BABSON AND COMPANY)
> By Their Attorneys:

Dated:  October 6 2003                 s/Carol E. Kamm
> Francis D. Dibble, Jr.
>   BBO No. 123220
>   Bulkley, Richardson and Gelinas, LLP
>   1500 Main Street, Suite 2700
>   Springfield, MA  01115
>   (413) 781-2820 (telephone)
>   (413) 785-5060 (telefax)
> Carol E. Kamm
>   BBO No. 559252
>   Bulkley, Richardson and Gelinas, LLP
>   One Post Office Square, Suite 3700
>   Boston, MA  02109
>   (617) 368-2500 (telephone)
>   (617) 368-2525 (telefax)

Certification Pursuant To Local Rule 7.1

Counsel for defendant hereby certifies that counsel for defendant and counsel for plaintiff have conferred regarding Defendant's Motion for Transfer to Western Section and endeavored in good faith to narrow the areas of disagreement to the greatest extent possible.

_____s/Carol E. Kamm_____
Carol E. Kamm

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 6, 2003.

_____s/Carol E. Kamm_____
Carol E. Kamm