

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

CAROL E. KAMM
DIRECT DIAL (617) 368-2502
CKAMM@BULKLEY.COM

October 1, 2003

**Via Facsimile and U.S. Mail**

John B. Reilly, Esquire
John Reilly & Associates
Attorneys and Counselors at Law
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886-4395

RE: <u>Williams v. MassMutual, et al.</u>

Dear Mr. Reilly:

Pursuant to Local Rule 7.1 of the Local Rules for the District of Massachusetts, I am writing to confer with you regarding the improper filing and assignment of the referenced case to the Eastern Division of the District of Massachusetts. I am writing to ask that you assent to a motion for transfer of this case to the Western Division.

As you know, you and I discussed this matter in a telephone conversation in mid-September. I told you that the case appeared to be improperly filed in the Eastern Division. You informed me that you had reviewed the local rules and determined that the case was properly filed in the Eastern Division, based on the residence of one of the defendants in that division.

Local Rule 40.1(D)(1)(b) mandates the assignment of this case to the Western Division where, as here, all the parties reside in the District of Massachusetts, and the plaintiff resides in the Western Division. According to Local Rule 40.1(C) and (D)(1)(b), this should have been filed in and assigned to the Eastern Division of the District.

We have obtained a copy of the Civil Category Sheet filed in this case. You did not complete question 7(B) on the Civil Category Sheet, which asked in which division the majority of the plaintiffs resided. Had you answered this question, the answer would have been "Western Division." The correct answer to question 7(B) would have required this action to be filed in and

BULKLEY, RICHARDSON AND GELINAS, LLP

John B. Reilly, Esquire
October 1, 2003
Page 2

assigned to the Western Division. Further, the majority of the parties, witnesses and documents are located in that Western Division, and it will be more convenient for the parties and witnesses to conduct discovery and (if necessary) trial of this case in that division.

Pursuant to Local Rule 7.1, please contact me by Thursday, October 2, 2003 at 5:00 p.m., to let me know whether you will assent to a motion for transfer to the Western Division. If I do not hear from you by that time, I will assume that you do not assent to a motion to transfer this action to the Western Division. Please be advised that we expect to file a motion for transfer on or before October 6, 2003.

Thank you for your attention to this matter.

Very truly yours,

*Carol E. Kamm*

Carol E. Kamm

CEK/ms