UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.

C.A. No. 03 CV 11470 RCL

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR TRANSFER TO WESTERN DIVISION

Plaintiff, Isaac Williams ("Williams"), by and through counsel, hereby requests that this Court grant his motion for an extension of time to submit his response to Defendants' Motion for Transfer to Western Division, for an additional ten (10) days, up to and including Thursday, October 30, 2003.

In support of this motion, counsel for Williams avers that he did not receive a copy of the Defendants' Motion for Transfer to Western Division ("Motion") and accompanying documents until they were faxed by opposing counsel earlier today. Opposing counsel has advised that, through inadvertence, the envelope in which the Motion and accompanying documents were served on October 6, 2003 was insufficiently addressed and was returned today to her office by the postal service. Accordingly, plaintiff was not served with the Motion until today and therefore he requires additional time to respond to the same.

Counsel for the plaintiff certifies that he has conferred with opposing counsel, and having no objection, opposing counsel has assented to the proposed extension of time.

For the foregoing reasons, Williams respectfully requests that the Court grant this assented-to motion and allow the plaintiff until October 30, 2003 to respond to the Defendants' Motion for Transfer to Western Division.

|  | Assented to by: |
|---|---|
| _/s/ Elizabeth A. Bourke_ | _/s/ Carol Kamm (eab)_ |
| John B. Reilly, Esq. (#545576) | Carol Kamm, Esq. (#559252) |
| Elizabeth A. Bourke, Esq. (#647331) | Bulkley, Richardson & Gelinas |
| John Reilly & Associates | 1 Post Office Square |
| 300 Centerville Road | Suite 3700 |
| Summit West - Suite 330 | Boston, Massachusetts 02109 |
| Warwick, Rhode Island 02886 | (617) 368-2502 |
| (401) 739-1800 | FAX: (617) 368-2525 |
| FAX: (401) 738-0258 | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent to Carol Kamm, Bulkley, Richardson & Gelinas, 1 Post Office Square - Suite 3700, Boston, Massachusetts 02109.

_/s/ Elizabeth A. Bourke_