UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.

C.A. No. 03 CV 11470 RCL

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## PLAINTIFF'S RESPONSE, ASSENTING TO DEFENDANTS' MOTION FOR TRANSFER TO WESTERN DIVISION

Plaintiff, Isaac Williams, Jr. ("Williams"), hereby responds and does not oppose Defendants' Motion for Transfer to the Western Division after reviewing the applicable rules and case law cited by defendants' counsel.

Additionally, counsel for Williams advises the Court that any omission on the Civil Cover Sheet was inadvertent, not intended to circumvent the Local (venue) Rules of this Court and resulted from counsel's focus on the fact that the principal office of Williams' employer is located in Cambridge, Massachusetts.

ISSAC WILLIAMS, JR.,
by his Attorney,

John B. Reilly (#545576)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent to Carol Kamm, Bulkley, Richardson & Gelinas, 1 Post Office Square - Suite 3700, Boston, Massachusetts 02109 on this ____ day of October 2003.

_[signature]_