# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


RE:  Civil / Criminal No.  **3: 03-CV-11470-MAP**

   Title:       **ISAAC WILLIAMS, JR V. MASS MUTUAL LIFE INS. CO. ET AL.,**


## <u>NOTICE</u>

Please take notice that the above-entitled case previously assigned to Judge **Reginald C Lindsay**
has been transferred to Judge **Michael A. Ponsor**  for all further proceedings. From this date

forward the number on all pleadings should be followed by the letter (s) **MAP** . In addition,

please ensure that all future correspondence with the Clerk's Office has the proper number and

letter on the lower left hand corner of the envelope, as well on the correspondence or pleading

being filed.

           Thank you for your cooperation in this matter.


                         **Tony Anastas, Clerk**


                    **By**: /s/ Maurice G. Lindsay
                         **Deputy Clerk**


**Date:** November 24, 2003


   **X**            Please **NOTE** that the above case has been transferred to the Western Section in
                 Springfield. All future filings should be made at the Clerk's Office, **U.S.**
          **District Court,** Federal Building & Courthouse, 1550 Main Street, Springfield,
                 MA 01103.


   _____            Please **NOTE** that the above case has been transferred to the Central Section in
                 Worcester. All future filings should be made at the Clerk's Office, **U.S. District**
          **Court,** Donohue Federal Bldg, 595 Main Street, Worcester, MA 01608

Copies to: Counsel, Systems Administrator