UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>      Plaintiff )<br>v. )<br> )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>      Defendants )<br> ) | NOTICE OF APPEARANCE |

Please enter my appearance as attorney for the defendants Massachusetts Mutual Life Insurance Company and David L. Babson & Company, Inc. in the captioned matter.

/s/ Katherine A. Robertson
Katherine A. Robertson
BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Dated: March 11, 2004            (413) 781-2820

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on March 11, 2004.

/s/ Katherine A. Robertson
Katherine A. Robertson