UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 RCL

| | |
|---|---|
| ISAAC WILLIAMS, JR., | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS MUTUAL LIFE | ) |
| INSURANCE COMPANY (a/k/a | ) |
| MASSMUTUAL FINANCIAL GROUP) | ) |
| and DAVID L. BABSON & COMPANY, INC. | ) |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) |
|     Defendants | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the defendants, Massachusetts Mutual Life Insurance Company (a/k/a MassMutual Financial Group) and David L. Babson & Company, Inc. (a/k/a David L. Babson and Company) in the above-entitled action.

/s/ Carol E. Kamm
Carol E. Kamm
 BBO No. 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
(617) 368-2500
(617) 368-2525 (fax)

Dated:  March 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 15, 2004.

/s/ Carol E. Kamm
Carol E. Kamm