UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>    Plaintiff )<br>v. )<br>)<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>    Defendants ) | JOINT STATEMENT FOR<br>INITIAL SCHEDULING<br>CONFERENCE |

Pursuant to the Notice of Scheduling Conference dated March 11, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the plaintiff Isaac Williams and counsel for the defendants Massachusetts Mutual Life Insurance Company (a/k/a MassMutual Financial Group) and David L. Babson & Company, Inc. (a/k/a David L. Babson and Company, have conferred and submit the following:

1.  PROPOSED AGENDA OF MATTERS TO BE
   DISCUSSED AT SCHEDULING CONFERENCE.

   A.) Establishment of a pretrial schedule, including discovery and deadlines for filing of motions;

   B.) Plaintiff's settlement proposal and response thereto by the defendants.

  A. PROPOSED PRE-TRIAL SCHEDULE

| EVENT | DATE |
|---|---|
| Joinder of Additional Parties and Amendments to Pleadings | May 3, 2004 |
| Service of Written Discovery | July 16, 2004 |
| All non-expert discovery to be completed by | November 30, 2004 |

| | |
|---|---|
| Plaintiff's Expert Report due by | November 30, 2004 |
| Defendants Expert Report due by | January 31, 2005 |
| All expert discovery to be completed by | March 30, 2005 |
| Motions for Summary Judgment filed by | April 29, 2005 |
| Oppositions to Summary Judgment filed by | May 30, 2005 |
| Reply to Summary Judgment Motion | June 14, 2005 |
| Hearing for Summary Judgment Motion | Date convenient for the Court |

B.) Plaintiff's settlement proposal and response thereto by the defendants.

To Be Determined.

C.) THE PARTIES DO NOT CONSENT TO TRIAL OF THIS ACTION BEFORE A MAGISTRATE JUDGE.

D.) CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION.

The parties will file their Local Rule 16(D)(3) certifications at the Initial Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| Isaac Williams, Jr.<br>By his attorney, | Massachusetts Mutual Life Insurance Company and<br>David L. Babson & Co., Inc.<br>By their Attorney, |
| John B. Reilly, Esq. (#545576)<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI 02886<br>Tel: (401) 739-1800<br>Fax: (401) 738-0258 | Francis D. Dibble, Jr. (#123220)<br>Katherine A. Robertson, Esq. (#557609)<br>Bulkley, Richardson & Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115<br>Tel: (413) 781-2820<br>Fax: (413) 272-6804 |

Dated: April 5, 2004