UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>　　　　Plaintiff　　　　　　　　　) <br>v.　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>MASSACHUSETTS MUTUAL LIFE　) <br>INSURANCE COMPANY (a/k/a　　) <br>MASSMUTUAL FINANCIAL GROUP) ) <br>and DAVID L. BABSON & COMPANY, INC. ) <br>(a/k/a DAVID L. BABSON AND COMPANY), ) <br>　　　　Defendants　　　　　　　) | JOINT STATEMENT FOR<br>INITIAL SCHEDULING<br>CONFERENCE |

### RULE 16.1 CERTIFICATION

In accordance with Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,
Isaac Williams, Jr.,
By his attorney,

_____
John B. Reilly, Esq. (#545576)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800

Isaac Williams, Jr.

_Isaac Williams, Jr._
Isaac Williams, Jr.

## **CERTIFICATION**

The undersigned certifies that a copy of the foregoing was sent to **Katherine Robertson, Esq.**, Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Ste. 2700, Springfield, Massachusetts 01115 this 9th day of April, 2004.

_____