UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR.,<br>        Plaintiff<br><br>v.<br><br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY (a/k/a<br>MASSMUTUAL FINANCIAL GROUP,<br>and DAVID L. BABSON & COMPANY,<br>INC. (a/k/a DAVID L. BABSON AND<br>COMPANY),<br>        Defendants | )<br>)<br>)<br>)  √<br>)  Civil Action No. 03-11470-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DOCKETED

SCHEDULING ORDER
April 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held April 22, 2004:

1. The parties shall complete their automatic disclosure by May 3, 2004, by which date the parties may also seek to join additional parties or amend the pleadings.

2. All written discovery shall be completed by July 16, 2004.

3. All non-expert discovery, including non-expert depositions, shall be completed by November 30, 2004.

4. Counsel shall appear for a case management conference on December 8, 2004, at 2:00 p.m. in Courtroom Three.



IT IS SO ORDERED.

DATED: April 26, 2004

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge