UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.  C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**PLAINTIFF'S MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Plaintiff, Isaac Williams Jr. ("Williams"), respectfully moves that this Court reschedule the Case Management Conference presently assigned to its calendar of Wednesday afternoon, December 8, 2004, to such further date as will be appropriate (plaintiff requests that this be on or after February 21, 2005).  Williams bases this request on the trial schedule of his undersigned Attorney, which is as follows:

1. Jury trial in the matter of Sweeney v. Farnum, (KC No. 01-960), beginning Monday, December 6, 2004 in the Kent County Superior Court, Warwick, Rhode Island, which is anticipated to last approximately two (2) weeks;

2. Jury trial in the matter of Tina Opella, Administratrix v. J.G.P. Associates, Inc., (PC 00-5868), scheduled to begin in the Providence County Superior Court on Monday, January 10, 2005, a matter that is also anticipated to last two (2) weeks.  (Due to a recent change in a Scheduling Order in this case, expert depositions will have to be conducted during the last week of December, 2004 and/or the first week of January, 2005);

3.	Jury trial in the matter of <u>FHG Realty v. National Grange Mutual Insurance Company</u>, (PC 01-6375), scheduled to begin in the Providence County Superior Court on Monday, January 24, 2005, and anticipated to last one (1) week; and

4.	Non-jury trial in the matter of <u>Sweet v. Seekonk Planning Board, et al</u>, (2-86204), scheduled to begin in the Land Court in Boston, Massachusetts on Thursday, February 3, 2005, anticipated to last two-three (2-3) days.

Williams has also previously moved to extend certain discovery deadlines in this action, such Motion being pending at this time.  Finally, counsel for the defendants in this case has been contacted and the parties have conferred but were unable to reach agreement on the "wording" of this request prior to the beginning of plaintiff's counsel's first trial (described above).

Respectfully submitted:

The Plaintiff
ISAAC WILLIAMS, JR.
By His Attorney:


	/s/ John B. Reilly
John B. Reilly, Esq.
BBO No. 545576
John Reilly & Associates
Suite 330 - Summit West
300 Centerville Road
Warwick, RI  02886
Tel:  (401) 739-1800
Fax:  (401) 738-0258

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid to **Katherine A. Robertson, Esq.**, Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Springfield, Massachusetts 01115 this 6th day of December, 2004.

/s/ John B. Reilly