# EXHIBIT 1

**Williams, Isaac**

| | |
|---|---|
| From: | Maurer, Jacqueline |
| To: | Mlist: DLBStaff - All (with Field Offices) |
| Cc: | |
| Subject: | New Hire |
| Attachments: | |

Sent: Fri 5/10/2002 9:06 AM

I am very pleased to announce that we have hired Albert Rocheteau as Director of Institutional Marketing Promotion. Albert joined Babson on Wednesday, May 8th. He will be we responsible for marketing and client service writing, such as client/product/fund commentaries and advertising copy. He will also be responsible for the creation and development of marketing materials, working together with Steve O'Brien/sales, Jim Dwinell, Kim Buffam and myself to ensure that we always have the highest quality materials available for our sales and servicing efforts. In addition, Albert will have overall responsibility for the Babson web site, working closely with Susan Donald to maintain and enhance our web site. Albert is a veteran of the institutional asset management business with over ten years' prior experience at Putnam, State Street Research, and most recently, with MFS Institutional advisors, where he was Manager of Marketing Communications. He is a graduate of Boston College. Albert is a much needed addition to our marketing efforts and I'm certain he will be a tremendous asset to Babson. Albert is located on the 10th floor in the office next to Jeff Berry, so please drop by and welcome him to Babson.

Jackie

Jacqueline J. Maurer
Managing Director
Product Management
David L. Babson & Company, Inc
617-761-3728
617-679-5094 (fax)
jmaurer@dlbabson.com

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete all copies.

-----------------------------------------------------------------

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete all copies.

==================================================================



DEPOSITION EXHIBIT
20 Bickford
11/4/04 RJJ

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

ISAAC WILLIAMS, JR., )
        Plaintiff )
        )
v. )
        )
        )
MASSACHUSETTS MUTUAL LIFE )
INSURANCE COMPANY (a/k/a )
MASSMUTUAL FINANCIAL GROUP) )
and DAVID L. BABSON & COMPANY, INC. )
(a/k/a DAVID L. BABSON AND COMPANY), )
        Defendants )

## PLAINTIFF, ISAAC WILLIAMS, INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 26.2

Plaintiff, Isaac Williams ("Williams"), furnishes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2 of the Court:

A. **Witnesses likely to have discoverable information relevant to the allegations of the verified Complaint.**

1. Susan Alfano, Executive Vice President Human Resources, Massachusetts Mutual Life Insurance Company, 1295 State Street, Springfield, Massachusetts 01111.

2. Susan Moore, David L. Babson and Co., Inc., 1500 Main Street, Springfield, Massachusetts 01115.

3. Nancy Roberts, Senior Vice President Corporate Human Resources, Massachusetts Mutual Life Insurance Company, 1295 State Street, Springfield, Massachusetts 01111.

4. Edward Bickford, David L. Babson and Co., Inc., One Memorial Drive, Cambridge, Massachusetts 02142.

5. Kevin McClintock, David L. Babson and Co., Inc., One Memorial Drive, Cambridge, Massachusetts 02142.

6. Stuart Reese, Executive Vice President, David L. Babson and Co., Inc., One Memorial Drive, Cambridge, Massachusetts 02142.

22. Ronald Berger, M.D. 300 Birnie Street, Springfield, MA 01107

23. Alan Siegal, M.D., Bay State Medical Center, 3300 Main Street, Springfield, Massachusetts 01199.

24. Deirdre Reynolds, M.D., Bay State Medical Center, 3300 Main Street, Springfield, Massachusetts 01199.

25. Valerie Williams, 17 Lakeside Street, Springfield, MA 01109

There may be other witnesses who have been inadvertently omitted, whose identity is currently unknown, and/or whose testimony may become relevant during the course of discovery. There may also be expert witnesses whose reports and opinions will be furnished during the course of general discovery. In all such events, Williams reserves the right to identify and add such additional person(s).

**B.** **Documents likely to have discoverable information relevant of Williams' Complaint.**

Email from Issac Williams to Edward Bickford, January 25, 2002, 9:42 a.m.

Letter from Richard L. Mucci, FSA to Isaac Williams, December 21, 2000

Letter from Susan A. Alfano to Isaac Williams, December 2, 1998

Letter from Jon Picoult to Isaac Williams, November 28, 2001

Email from Nancy Robert to Susan Moore, March 6, 2002, 2:55 p.m. RE: Talking Points for Stu

Email from Nancy Robert to Susan Moore, February 12, 2002, 5:17 p.m. RE: Isaac Williams

Email from Nancy Robert to Susan Moore, February 11, 2002, 5:28 p.m. RE: FYI

Brochure photograph featuring the plaintiff

Medical records and bills from the following:

    a. Ronald Berger, M.D. 300 Birnie Street, Springfield, MA 01107

    b. Alan Siegal, M.D., Bay State Medical Center, 3300 Main Street, Springfield, Massachusetts 01199.

    c. Deirdre Reynolds, M.D., Bay State Medical Center, 3300 Main Street, Springfield, Massachusetts 01199.

Williams has made a diligent search for documents relevant to this action. In the event that there are or may be other documents relevant to this matter which are discovered at a later date (or during discovery), Williams will either supplement this statement or otherwise furnish such documents.

**C. Computation of any category of damages claims**

    1. Plaintiff claims damages for civil rights violations, racially motivated discriminations and infliction of mental distress.

**D. Insurance Agreement under which any person carrying on in an insurance business may be liable to satisfy part or all of a judgment**

    Not applicable.

Plaintiff,<br>
Isaac Williams, Jr.,<br>
By his attorney,<br>
<br>
_____<br>
John B. Reilly, Esq. BBO#545576<br>
Elizabeth A. Bourke, Esq. BBO#647331<br>
John Reilly & Associates<br>
300 Centerville Road<br>
Summit West - Suite 330<br>
Warwick, Rhode Island 02886<br>
(401) 739-1800<br>
Fax (401)738-9258

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

ISAAC WILLIAMS, JR.,                )
        Plaintiff           )
v.                                  )
                                    )
MASSACHUSETTS MUTUAL LIFE           )
INSURANCE COMPANY (a/k/a            )
MASSMUTUAL FINANCIAL GROUP)         )
and DAVID L. BABSON & COMPANY, INC. )
(a/k/a DAVID L. BABSON AND COMPANY),)
        Defendants          )

## DEFENDANTS' RULE 26(a) INITIAL DISCOVERY DISCLOSURES

In accordance with Federal Rule of Civil Procedure 26(a) and Local Rule 26.2, defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and David L. Babson & Company, Inc. ("Babson") hereby submit their initial discovery disclosures as follows:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information: See attached "Schedule A;"

(B)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment: See attached "Schedule B." By describing these categories of documents in attached "Schedule B," MassMutual and Babson do not waive their right to

## SCHEDULE A

1. Susan Alfano
   Massachusetts Mutual Life Insurance Company
   1295 State Street
   Springfield, MA 01111-0001

   Knowledge concerning elimination of plaintiff's position and consideration of possible new positions for plaintiff

2. Edward Bickford
   David L. Babson & Co. Inc.
   One Memorial Drive
   Cambridge
   MA 02142-1300

   Knowledge concerning plaintiff's performance as Director of Corporate Communications and his communications with plaintiff

3. Tiffany James
   Address unknown

   Knowledge concerning plaintiff's communications with her and her complaint about plaintiff's inappropriate behavior

4. Jim McBride
   University of Virginia

   Knowledge concerning Ms. James' complaint about plaintiff's inappropriate communications with her and his communications with MassMutual about Ms. James' complaint

5. Kevin McClintock
   David L. Babson & Co. Inc.
   One Memorial Drive
   Cambridge
   MA 02142-1300

   Knowledge concerning plaintiff's performance as Director of Corporate Communications and his communications with and concerning plaintiff

6. Denise Meadows
   University of Virginia

   Knowledge Ms. James' complaint about plaintiff's inappropriate communications with Ms. James

3

7. James Miller
Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, MA 01111-0001

Knowledge concerning his communications with plaintiff and consideration of possible new positions for plaintiff

8. Susan Moore
David L. Babson & Co. Inc.
1500 Main Street
Springfield
MA 01115

Knowledge concerning her communications with and concerning plaintiff, elimination of plaintiff's position and consideration of possible new positions for plaintiff, human resources policies and practices and employee benefit programs of David L. Babson & Co., Inc. and Massachusetts Mutual Life Insurance Company

9. Stuart Reese
David L. Babson & Co., Inc.

Knowledge concerning his communications with and concerning plaintiff and the elimination of plaintiff's position and consideration of possible new positions for plaintiff

10. Nancy Roberts
Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, MA 01111-0001

Knowledge concerning communications about plaintiff, the elimination of plaintiff's position and consideration of possible new positions for plaintiff and human resources policies and practices and employee benefit programs of David L. Babson & Co., Inc. and Massachusetts Mutual Life Insurance Company

11. Debra Wojcik
Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, MA 01111-0001

Knowledge concerning communications with plaintiff and communications with the University of Virginia concerning Ms. James' complaint about plaintiff's inappropriate communications with her

4