UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                          C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### AFFIDAVIT OF ISAAC WILLIAMS, JR. SUPPORTING HIS OPPOSITION TO MOTION FOR SANCTIONS BASED ON ALLEGED SPOLIATION OR DESTRUCTION OF EVIDENCE

I, Isaac Williams, Jr., being duly sworn upon oath, hereby depose and say that:

1. I am the plaintiff in this action and have personal knowledge of the matters and facts set forth in this affidavit.

2. My wife, Valerie Williams, was employed in the Human Resources Department of the MML Investor Services Inc. (a MassMutual company) when (in early 2003) she showed me an e-mail document dated October 24, 2002.

3. My wife would not give me a copy of the document.

4. I urged my wife to give me this document on several occasions, but she refused to do so.

5. Finally, on or about April 29, 2003, I prevailed upon her to allow me to see it while I called my attorney, John B. Reilly.

6. On or about that 29th day of April, 2003, I revealed the contents of this document to Mr. Reilly in a telephone conversation that was of sufficient length that (to my understanding) would allow him to compile notes and prepared a memorandum.

1

7. Following this telephone call, I returned the document to my wife once more.

8. I have subsequently seen a copy of the Memorandum created by Mr. Reilly following our telephone discussion.

9. Mr. Reilly's Memorandum is dated April 29, 2003 and accurately reflects the scope and substance of the e-mail that my wife showed me, the contents of which I related to Mr. Reilly.

10. A copy of that Memorandum is attached hereto and incorporated herein, by reference.

11. My wife has subsequently ended her employment with MML Investor Services Inc.

12. My wife asserts that she gave me this e-mail, but despite searching everywhere I have not been able to locate a copy.

13. For the limited purpose of responding to the defendants' Motion, I have agreed that Mr. Reilly may furnish an affidavit relating to my telephone conversation with him that resulted in the Memorandum of April 29, 2003, but do not otherwise waive any attorney-client or work product privileges.

14. This Affidavit has been prepared (with the assistance of my attorney) in opposition to the plaintiff's "Motion for Sanctions Based on Alleged Spoliation or Destruction of Evidence."

SUBSCRIBED AND SWORN UPON THE PAINS AND PENALTIES OF PERJURY, THIS  7TH  DAY OF DECEMBER, 2004.

                                                   /s/  Isaac Williams, Jr.
                                                  Isaac Williams, Jr.