# NOTIFICATION MEETING
## Tuesday, May 7, 2002.

Location: Tower Square – 28th Floor Conference Room or Sue Moore office (Stu will be at Tower Square on Tuesday, May 7th)

Time: TBD after meeting with Stu tomorrow (State Street)

---

Stu and I will be awaiting Isaac's arrive in the pre-designated room.

Stu will present Isaac with the following information:

Isaac, as you know, you and I met on March 13th to discuss the fact that your position in DLB would be eliminated. We then met at your request on April 8th to talk about the UVA incident that involved you, and has damaged MassMutual's reputation. The incident involving a UVA undergraduate is very serious and we must deal with it appropriately

We have carefully considered the issues raised by your conduct and the possible consequences, which would range from a letter of severe reprimand to termination for cause. In fairness to you we have decided on the following course of action: (1)We've decided that it would limit your ability, if not make it impossible, for you to continue to conduct a successful job search within MMFG with such a letter of reprimand in your file. (2) Rather than have this incident on your employment record, we have decided to move forward and allow you to start your external job search immediately. (3) In light of this, we have decided to formalize your position elimination as of today. Today will be your final day with DLB.

As a result of this action, we will be providing you with 60 days in lieu of notice pay, severance pay in accordance with our Severance Plan, and executive outplacement support through the firm of Lee Hecht Harrison.

{In addition, we are providing you the opportunity to receive an additional severance payment if you agree to the terms and conditions of the separation agreement and general release that Sue will provide you.}.

Sue Moore will stay with you and go over the severance and outplacement services that you will be receiving, to provide you with the separation agreement and general release, and to discuss other issues associated with the position elimination.

Isaac, if you have any additional questions or concerns about any of the information presented to you today, you can discuss them with Sue from this point forward.

---

At this point, Stu will leave and I'll go over the final pay including vacation payout, separation agreement and benefit related termination issues and paperwork.

Isaac
Page 2

*Pension Vesting Information

Isaac will be 100% vested on June 7th (Plan provisions currently being reviewed by Ellen Rawson)

Sunset Provision =. $33,531.44

*Recommendation:*

Pay additional $33,531.44 through the separation agreement. Total amount of separation pay would then be $85,031.44 (to be rounded). Term date would stay as of May 7, 2002.

| | |
|---|---|
| Severance | $ 51,500.00 |
| Separation | $ 85,031.44 (additional 6 months of salary = 51,500 + 33,531.44 vested pension benefit) |
| 60 day notice | $ 17,166.67 |
| TOTAL | $153,698.11 |

---

Downside: Babson would incur the cost of the vesting payment of $33,531.44 vs. this payment coming out of the plan assets if his termination date was June 7th.

Sue Alfano, has been advised of our recommendation and we're waiting for her approval.