UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                          C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## AFFIDAVIT OF JOHN B. REILLY

I, John B. Reilly, being duly sworn upon oath, hereby depose and say that:

1. I am an attorney for the plaintiff, Isaac Williams, Jr., in this matter and have personal knowledge of the matters and facts set forth in this affidavit.

2. Based upon the express, limited waiver of my client (the plaintiff's) attorney-client and work product privileges, I am attaching a copy of a Memorandum to File that I prepared on or about April 29, 2003.

3. The affidavit is an exact copy (in typed form or format) of handwritten notes that I took during a telephonic conversation with Isaac Williams, Jr. on or about such date.

4. Mr. Williams explained to me that his wife was not then releasing this document to him, despite my urging that he have her do so.

5. I never discussed the memorandum with Valerie Williams.

6. The memorandum accurately reflected my notes without embellishment, but those original notes where destroyed after the information was transposed to this printed form.

1

2

7. In giving this affidavit, it is my understanding that Mr. Williams has not authorized any further waiver of his attorney-client and/or work product privileges.

/s/ John B. Reilly
John B. Reilly

Subscribed and sworn upon the pains and penalty of perjury this  10th  day of December, 2004.

/s/ Michelle M. Gagne
Notary Public: Michelle M. Gagne
My Commission Expires: 2/17/08
