UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                               C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Plaintiff hereby moves for the admission of Patrick S. Bristol in the above captioned matter pro hac vice to assist his undersigned counsel in the prosecution of the within matter. In support of this Motion, an Affidavit pursuant to Local Rule 83.5.3 appears at Exhibit "A" and is incorporated herein, by reference.

**DATED**: 12/30/2004

/s/   John B. Reilly
John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258