# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.  C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## AFFIDAVIT OF PATRICK S. BRISTOL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Patrick S. Bristol, being first duly sworn, depose and say that:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I currently practice law at Suite 330 - Summit West, 300 Centerville Road, Warwick, Rhode Island 02886 (telephone: 401/739-1800) and am a member in good standing of the Bars of the following courts:

    (a) State of Connecticut;

    (b) United States District Court for the District of Connecticut;

    (c) United States Courts of Appeal for the Second Circuit;

    (d) State of Rhode Island.

3. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

4. I have never had a grievance filed against me, been reprimanded, suspended or disbarred.

5. There are no pending disciplinary proceedings adverse to me before any Boards of Bar Overseers in any jurisdiction.

6.      I have never resigned from the practice of law in any jurisdiction.

/s/ Patrick S. Bristol  
Patrick S. Bristol, Esq.

State of Rhode Island  
County of Kent

Sworn to and subscribed before  
me this 30th day of December, 2004.

/s/__Jennifer L. Case____  
Jennifer L. Case  
Notary Public # 41036  
My Commission Expires 4/22/05