UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS,                )
       Plaintiff     )
                     )
                     )
  v.                           )   Civil Action No. 03-11470-MAP
                     )
                     )
MASS MUTUAL INSURANCE CO.,     )
et al.,                        )
       Defendants    )

REVISED SCHEDULING ORDER
December 30, 2004

NEIMAN, U.S.M.J.

The following revised schedule is hereby established in further response to Plaintiff's Motion to Amend Scheduling Order (Doc. No. 22):

1. All non-expert depositions shall be completed by March 31, 2005, provided that Plaintiff shall forthwith reimburse Defendants' counsel for four of approximately six hours of time previously expended for preparation of depositions cancelled by Plaintiff at the last moment.

2. Counsel shall appear for a case management conference on April 5, 2005, at 10:30 a.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 13, 2005.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 1, 2005.

5.  All expert depositions shall be completed by September 1, 2005.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 30, 2004  /s/ Kenneth P. Neiman  
　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN  
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge