OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
FEDERAL BUILDING & COURTHOUSE BUILDING
1550 MAIN ST.
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214
FAX: 413-785-0204

**TONY ANASTAS**  **JOHN C. STUCKENBRUCK**
**CLERK**  **DIVISION MANAGER**

October 5, 2004

**Document filed under seal pursuant to court order, and placed in vault.**