UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR.,            )<br>       Plaintiff           )<br>v.                                         )<br>                                              )<br>MASSACHUSETTS MUTUAL LIFE           )<br>INSURANCE COMPANY (a/k/a            )<br>MASSMUTUAL FINANCIAL GROUP)      )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>       Defendants         ) | **ASSENTED TO** MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT AN EXPERT IN COMPUTER FORENSICS |

The Defendants, Babson Capital Management, LLC (formerly David L. Babson & Company) and Massachusetts Mutual Life Insurance Company, hereby respectfully request that the Court extend by three days, from Tuesday, January 11, 2005 to Friday, January 14, 2005, the time for the defendants to file their opposition to Plaintiff's Motion to Compel Discovery and Appoint a Neutral Expert in Computer Forensics ("Plaintiff's Motion"), filed on December 28, 2004.

As grounds for this motion, the defendants state that due to the absences of employees over the holiday week, the defendants have been delayed in gathering information on which they anticipate relying in support of their opposition to Plaintiff's Motion; that the requested extension is brief and will not necessitate the extension of any deadline under the current scheduling order; and that plaintiff has assented to this motion.

2

Wherefore, the defendants respectfully request that the Court allow this motion.

| Assented to: | Respectfully submitted, |
|---|---|
| The Plaintiff,<br>ISAAC WILLIAMS, JR.<br>By His Attorney: | The Defendants,<br>Massachusetts Mutual Life Insurance Company<br>(a/k/a MassMutual Financial Group) and DAVID<br>L. BABSON & COMPANY, INC. (a/k/a DAVID<br>L. BABSON AND COMPANY),<br>By Their Attorneys: |
| /s/ John B. Reilly<br>John B. Reilly, Esq. - BBO No. 545576<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI  02886<br>Tel:  (401) 739-1800<br>Fax:  (401) 738-0258 | /s/ Katherine A. Robertson<br>Francis D. Dibble, Jr. - BBO No. 123220<br>Katherine A. Robertson - BBO No. 557609<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA  01115<br>Tel.: (413) 781-2820<br>Fax:  (413) 272-6804 |

Dated:  January 7, 2005