UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., ) | |
|     Plaintiff ) | |
| v. ) | |
| ) | AFFIDAVIT OF |
| MASSACHUSETTS MUTUAL LIFE ) | BRUCE BONSALL |
| INSURANCE COMPANY (a/k/a ) | |
| MASSMUTUAL FINANCIAL GROUP) ) | |
| and DAVID L. BABSON & COMPANY, INC. ) | |
| (a/k/a DAVID L. BABSON AND COMPANY), ) | |
|     Defendants ) | |

I, Bruce Bonsall, hereby depose and state:

1. I am employed by Massachusetts Mutual Life Insurance Company ("MassMutual") as a Second Vice President and Chief Information Security Officer. I have eighteen years of experience managing large-scale corporate information security programs. In my capacity as Chief Information Security Officer, I lead a team of thirty (30) information systems security professionals employed by MassMutual and am responsible for all aspects of information security for MassMutual. I earned the Certified Information Systems Security Profession (CISSP) designation in 1997. I am making this affidavit in consultation with counsel to address certain issues in the captioned case.

2. Robert Bell is a member of the team of information systems security professionals that I manage. Mr. Bell is a Senior Security Specialist employed by MassMutual in the company's Information Security Department and serves as MassMutual's lead computer forensics investigator. Mr. Bell has performed over seventy-five (75) investigations using Encase, the standard computer forensics software used by law enforcement and corporate security departments.

3.  At the request of counsel for MassMutual, Mr. Bell, under my direction, used Encase to search the hard drives of all personal computers assigned by MassMutual to Nancy Roberts and Stephanie Allsup from 2002 to the present, the e-mail boxes of Ms. Allsup and Ms. Roberts and relevant files on a local area network on which human resources personnel can store documents electronically.

4.  The terms used for the search, drawn from an April 29, 2003 Memorandum to file, a copy of which is attached hereto as Exhibit 1, were as follows: online; progressive; progressive discipline; management; thoughtful approach; culture of change; high touch; sample memorandum; termination; reassignment; risk; negative publicity; image; morale; high profile; institutional action; institutional actions; disparate impact; African American; and recent cases.

5.  There were no documents containing most of the search terms in either e-mail box and no documents containing most of the search terms on the personal computer assigned to Ms. Allsup.

6.  The search located one electronic file or document on the hard drive of a personal computer assigned to Ms. Roberts, dated October 24, 2002, a copy of which has been separately filed with the Court as Exhibit 2 to this Affidavit under the terms of the Stipulated Protective Order entered in this case. The search also located one document stored on the local area network, a copy of which has been separately filed with the Court as Exhibit 3 to this Affidavit under the terms of the Stipulated Protective Order entered in this case.

Signed under the penalties of perjury this 14th day of January, 2005.

       /s/ Bruce Bonsall
       Bruce Bonsall, CISSP
       Second Vice President

#287522