# EXHIBIT 1

## INTEROFFICE MEMORANDUM

**To:**      File

**From:**   John

**Re:**     Williams, Isaac II - Massachusetts Mutual
            Internal Correspondence-Massachusetts Mutual

**Date:**   April 29, 2003

There exists a memorandum (E-mail) dated October 24, 2002, from Human Resources, Second Vice-President, Stephanie Allsup to her Vice-President (Nancy Roberts) and CEO, Robert O'Connell. It is addressed "Dear Bob" and discusses the "online" nature of a new progressive discipline policy.

The memorandum discusses that by way of background this new policy replaced handbook. Apparently, this project was put "online" over a two year period.

In July, 2002, the procedures were apparently placed "online" and a second phase was now scheduled with a completion date in 2003. The goal is to allow more self-service opportunities for management without H.R. involvement.

The memorandum discusses a thoughtful approach to a "culture of change" in which poor performers would be let go. This involves progressive discipline until the point where a "high touch" is needed. Managers are given guidance, sample memoranda and are encouraged to work with H.R. The progressive steps include verbal viscations, written warnings, and progressive "PMP" in conjunction, ultimately being processed in "Life Services", the ultimate results may be termination, reassignment or demotions.

Longer service employees are discussed, people that want to be kept with the company, but not at the risk of business.

Examples were discussed of negative publicity. The fact that Massachusetts Mutual's image and morale are to be preserved. It also discusses the particular sensitivity to incur in cases which are "high profile" in the external world. Institutional actions and recent cases involving a disparate impact on African Americans are expressly mentioned in the memorandum.

# EXHIBIT 2

## CONFIDENTIAL DOCUMENT FILED UNDER THE TERMS OF THE STIPULATED PROTECTIVE ORDER DATED OCTOBER 6, 2004

# EXHIBIT 3

## CONFIDENTIAL DOCUMENT FILED UNDER THE TERMS OF THE STIPULATED PROTECTIVE ORDER DATED OCTOBER 6, 2004