UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                              C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## MOTION OF PLAINTIFF, ISAAC WILLIAMS, JR., TO COMPEL DISCOVERY BY DEFENDANT, DAVID L. BABSON & COMPANY, PURSUANT TO RULE 37

Plaintiff, Isaac Williams, Jr., hereby moves pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the Defendant, David L. Babson & Company, answer Interrogatories Number 5, 6 and 10 within twenty (20) days of the Entry of an Order in this regard.

In accordance with the Local Rules of this Court, a separate Memorandum of Law has been filed with this motion. Furthermore, it is certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

                                            Respectfully submitted:
                                            ISAAC WILLIAMS, JR.
                                            By His Attorney:

                                            /s/ Patrick S. Bristol, Esq.
                                            Patrick S. Bristol, Esq. (Pro Hac Vice)
                                            John Reilly & Associates
                                            Suite 330 - Summit West
                                            300 Centerville Road
                                            Warwick, RI  02886
                                            (401) 739-1800
**Dated: March 11, 2005**                   Fax:  (401) 738-0258

2

    The undersigned hereby certified that the provisions of Local Rule 37.1 have been complied with.

                                              /s/ Patrick S. Bristol, Esq.