UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., | ) | |
|     Plaintiff | ) | MOTION TO QUASH OR |
| v. | ) | FOR PROTECTIVE ORDER |
| | ) | REGARDING DEPOSITION |
| MASSACHUSETTS MUTUAL LIFE | ) | NOTICE TO ROBERT K. |
| INSURANCE COMPANY (a/k/a | ) | RANCKE AND LOCAL |
| MASSMUTUAL FINANCIAL GROUP) | ) | RULES 7.1 AND 37.1 |
| and DAVID L. BABSON & COMPANY, INC. | ) | CERTIFICATION |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) | |
|     Defendants | | |

Pursuant to Federal Rules of Civil Procedure 26(c) and 45(c)(3)(A)(iii), the defendants, Massachusetts Mutual Life Insurance Company ("MassMutual") and Babson Capital Management LLC (formerly David L. Babson & Company, Inc.) ("Babson"), (collectively, the Defendants) hereby move to quash the deposition notice duces tecum served on Robert K. Rancke, an attorney employed by MassMutual, or for a protective order providing that Mr. Rancke's deposition not be taken. The Defendants further request that they be awarded their attorney's fees incurred in making this motion.

In support of this motion, the Defendants have submitted herewith a Memorandum in Support of Motion to Quash or for Protective Order Regarding Deposition Notice to Robert K. Rancke and the Affidavit of Robert K. Rancke.

**Certificate of Compliance**

I hereby certify that counsel for the parties conferred in good faith by telephone on March 24, 2005 and attempted in good faith to resolve or narrow the issues addressed in this motion in compliance with Local Rules 7.1 and 37.1 of the United States District Court for the District of Massachusetts. Plaintiff agreed that he would not proceed with the deposition of Mr. Rancke on

March 28, 2005.  The parties were not otherwise able to reach agreement on the issues raised by this motion.

                        The Defendants,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY (a/k/a
MASSMUTUAL FINANCIAL GROUP)
and DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)
By Their Attorneys:

Dated:  March 24, 2005         /s/ Katherine A. Robertson
Francis D. Dibble, Jr.
 BBO No. 123220
Katherine A. Robertson
 BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel:  (413) 781-2820
Fax: (413) 272-6804