# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
Robert K. Rancke
MAR 14 2005
Second Vice President and
Associate General Counsel
```

ISAAC WILLIAMS, JR.

v.                                              C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### SECOND REVISED NOTICE OF INTENTION TO TAKE DEPOSITION

On the **28th** day of **March, 2005**, at **10:00 a.m.**, the deposition upon oral examination, under oath of the person (witness) listed below will take place at the offices of:

PHILBIN & ASSOCIATES
959 Main Street, 4th Floor
Springfield, Massachusetts 01103

and shall continue thereafter as necessary. If documents are requested, it will be so noted below and their description set forth on an attached exhibit or subpoena copy. This notice of deposition has been issued on behalf of the Plaintiff.

WITNESS/DEPONENT:    Robert K. Rancke, Esq.
                     1295 State Street
                     Springfield, MA 01111

Documents Requested: Yes __X__ No _____
(if yes, see attached exhibits or copies)

Isaac Williams, Jr.
by his attorney,

*Patrick S Bristol*
Patrick S. Bristol, Esq., Pro Hac Vice
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

## CERTIFICATION

The undersigned certifies that a copy of the foregoing was sent to **Katherine A. Robertson, Esq.**, Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Ste. 2700, Springfield, Massachusetts 01115 and **Philbin & Associates**, 959 Main Street, 4th Floor, Springfield, Massachusetts 01103 on this 11th day of March, 2005.

*Patrick S Bennett*

## EXHIBIT "A"

1. Any original or duplicate personnel file of Isaac Williams, Jr., that has been reviewed by the deponent.

2. Originals and copies of any documents kept in the ordinary course of business that have at any time been "purged" or removed from the personnel file of Isaac Williams, Jr. by the deponent or by anyone acting at his direction.

3. Any other documents (excepting communications with the law firm of Bulkley, Richardson & Gelinas, LLP) concerning Isaac Williams, Jr., and/or Valerie Williams that have been reviewed by and/or is in the possession, custody and control (including constructive control) of the deponent.

# EXHIBIT 2

June 17, 2002

David L. Babson and Co.
1500 Main St.
Springfield, MA 01115
Attn. Susan Moore

Dear Sue,

As stated in the company policy, employees can request a copy of their file. Therefore, I am requesting a copy of my "complete" employment file. This should include any of the files that my previous managers may have, including Ed Bickford. I also request any performance evaluation files, HR files, and legal files that may exist.

Please send this to me at my home address:

Isaac Williams
17 Lakeside St.
Springfield, MA 01109

Thank you,

*Isaac Williams*

Isaac Williams, Jr.

MM000004



# David L. Babson
### & COMPANY INC.

a member of the
MassMutual Financial Group

June 27, 2002

Mr. Isaac Williams, Jr.
17 Lakeside Street
Springfield, MA 01109

Dear Isaac:

Thank you for your recent letter in which you have requested your complete employment file. Enclosed you will find the following files:

1.   Employment File
2.   Separate Pre Employment File
3.   Ed Bickford's Manager File
4.   Stu Reese's Manager File
5.   Employee Relations File

Isaac, I have not included your disability file because we do not normally consider this part of your file. If you would like to request this file, please let me know and I'll provide it to you.

Sincerely,

*Susan A. Moore*

Susan A. Moore
Director of Human Resources
David L. Babson & Company Inc.
(413) 226-1200  MIP TS28

CERTIFIED MAIL – RETURN RECEIPT REQUESTED