UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., | ) | |
|     Plaintiff | ) | MOTION FOR PROTECTIVE |
| v. | ) | ORDER PURSUANT TO |
| | ) | FEDERAL RULE OF CIVIL |
| MASSACHUSETTS MUTUAL LIFE | ) | PROCEDURE 26(b) AND (c) |
| INSURANCE COMPANY (a/k/a | ) | AND LOCAL RULE 7.1 |
| MASSMUTUAL FINANCIAL GROUP) | ) | CERTIFICATION |
| and DAVID L. BABSON & COMPANY, INC. | ) | |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) | |
|     Defendants | | |

Pursuant to Federal Rule of Civil Procedure 26(b) and (c), the defendants, Massachusetts Mutual Life Insurance Company ("MassMutual") and Babson Capital Management LLC (formerly David L. Babson & Company, Inc.) ("Babson"), (collectively, the Defendants) hereby move for a protective order that the discovery sought by two deposition notices pursuant to Federal Rule of Civil Procedure 30(b)(6) not be had.

In support of this motion, the Defendants have filed herewith a Memorandum in Support of Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(b) and (c).

**Certificate of Compliance**

I hereby certify that counsel for the parties conferred by telephone on March 24, 2005 to attempt to resolve or narrow the issues addressed in this motion in compliance with Local Rule 7.1.

**Request for Oral Argument**

Pursuant to Local Rule 7.1(D), the Defendants request oral argument on Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(b) and (c).

                        The Defendants,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY (a/k/a
MASSMUTUAL FINANCIAL GROUP)
and DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)
By Their Attorneys:

Dated: March 29, 2005        /s/ Katherine A. Robertson
Francis D. Dibble, Jr.
 BBO No. 123220
Katherine A. Robertson
 BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6804

293835