UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., | ) | |
|     Plaintiff | ) | MOTION FOR PROTECTIVE |
| v. | ) | ORDER PURSUANT TO |
| | ) | FEDERAL RULES OF CIVIL |
| MASSACHUSETTS MUTUAL LIFE | ) | PROCEDURE 26(c) AND |
| INSURANCE COMPANY (a/k/a | ) | 30(b)(1) AND LOCAL |
| MASSMUTUAL FINANCIAL GROUP) | ) | RULE 7.1 CERTIFICATION |
| and DAVID L. BABSON & COMPANY, INC. | ) | |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) | |
|     Defendants | | |

Pursuant to Federal Rule of Civil Procedure 26(b) and (c), the defendants, Massachusetts Mutual Life Insurance Company ("MassMutual") and Babson Capital Management LLC (formerly David L. Babson & Company, Inc.) ("Babson"), (collectively, the Defendants) hereby move for a protective order that the discovery sought by deposition notices to Susan Alfano and Albert Rocheteau not be had.

In support of this motion, the Defendants have filed herewith a Memorandum in Support of Motion for Protective Order Pursuant to Federal Rules of Civil Procedure 26(c) and 30(b)(1).

**Certificate of Compliance**

I hereby certify that I attempted to confer with counsel for the plaintiff by correspondence and telephone on March 30, 2005 to attempt to resolve or narrow the issues addressed in this motion in compliance with Local Rule 7.1.

**Request for Oral Argument**

Pursuant to Local Rule 7.1(D), the Defendants request oral argument on Defendants' Motion for Protective Order Pursuant to Federal Rules of Civil Procedure 26(c) and 30(b)(1).

The Defendants,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY (a/k/a
MASSMUTUAL FINANCIAL GROUP)
and DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)
By Their Attorneys:

Dated:  March 30, 2005                    /s/ Katherine A. Robertson
                                          Francis D. Dibble, Jr.
                                           BBO No. 123220
                                          Katherine A. Robertson
                                           BBO No. 557609
                                          Bulkley, Richardson and Gelinas, LLP
                                          1500 Main Street, Suite 2700
                                          Springfield, MA  01115-5507
                                          Tel:  (413) 781-2820
                                          Fax: (413) 272-6804

293835

2