UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                              C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF VALERIE WILLIAMS

Pursuant to Federal Rule of Civil Procedure 26(b) and (c), Plaintiff, Isaac Williams, Jr., ("Plaintiff") hereby moves for a protective order that the deposition of Valerie Williams sought by the Deposition Notice dated March 23, 2005, be scheduled for a time at which Mrs. Williams would be available.

The Plaintiff has filed a Memorandum in Support of Motion for Protective Order.

Respectfully submitted:
ISAAC WILLIAMS, JR.
By His Attorney:


/s/ Patrick S. Bristol, Esq.
Patrick S. Bristol, Esq. (Pro Hac Vice)
John Reilly & Associates
Suite 330 - Summit West
300 Centerville Road
Warwick, RI  02886
(401) 739-1800
Fax:  (401) 738-0258

2

The undersigned hereby certified that the provisions of Local Rule 37.1 have been complied with.

/s/ Patrick S. Bristol, Esq.

**DATED: March 31, 2005**

2