# EXHIBIT "1"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., <br>     Plaintiff | ) <br> ) <br> ) | Civil Action No. 03-CV-1 1470 MAP |
| v. | ) <br> ) | |
| MASSACHUSETTS MUTUAL LIFE <br> INSURANCE COMPANY (a/k/a <br> MASSMUTUAL FINANCIAL GROUP) <br> and DAVID L. BABSON & COMPANY, INC. <br> (a/k/a DAVID L. BABSON AND COMPANY), <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) | RE-NOTICE OF TAKING <br> DEPOSITION OF <br> VALERIE WILLIAMS |

To:    John Reilly, Esq.
        Patrick S. Bristol, Esq.
        John Reilly & Associates
        Summit West - Suite 330
        300 Centerville Road
        Warwick, RI 02886-4395

      Please take notice that commencing at 10:00 A.M. on March 31, 2005, at the offices of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, Massachusetts 01115, the defendants in this action, Massachusetts Mutual Life Insurance Company and Babson Capital Management, LLC, by their attorneys' will take the deposition upon oral examination of Valerie Williams pursuant to Rule 30 of the Federal Rules of Civil Procedure before Perlik and Coyle Reporting, Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The deponent is requested to bring to the deposition her driver's license or some other form of picture identification and the documents identified in Exhibit A, attached hereto.

                                                      The Defendants, MASSACHUSETTS MUTUAL LIFE
                                                      INSURANCE COMPANY (a/k/a
                                                      MASSMUTUAL FINANCIAL GROUP)
                                                      and DAVID L. BABSON & COMPANY, INC.
                                                      (a/k/a DAVID L. BABSON AND COMPANY)
                                                      By Their Attorneys:

Dated March 23, 2005

                                                      /s/ Katherine Robertson
                                                      Francis D. Dibble, Jr. - BBO No. 123220
                                                      Katherine A. Robertson - BBO No. 557609
                                                      Bulkley, Richardson and Gelinas, LLP
                                                      1500 Main Street, Suite 2700
                                                      Springfield, MA 01115-5507
                                                      Tel: (413) 781-2820
cc: Perlik and Coyle Reporting           Fax: (413) 272-6804

Certificate of Service

      I hereby certify that a true copy of the above document was served upon the attorney of record by mail on March 23, 2005.

                                            /s/ Katherine Robertson

## EXHIBIT A

       Originals of all documents in the possession, custody or control of the deponent concerning the deponent's "knowledge of African-Americans who faced unequal treatment at Babson and/or MassMutual and were either terminated and/or resigned from MassMutual" as alleged in the Response of Plaintiff, Isaac Williams, Jr., to Defendant, Massachusetts Mutual Life Insurance Company's, First Set of Interrogatories.