# EXHIBIT "2"

# JOHN REILLY & ASSOCIATES
## Attorneys and Counselors at Law

---

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

Patrick S. Bristol, Esq.
pbristol@lawyers-online.us

March 23, 2005

VIA FACSIMILE & REGULAR MAIL

Katherine A. Robertson, Esq.
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Ste. 2700
Springfield, Massachusetts 01115

**Re:**   **Our Client:  Isaac Williams, Jr.**
         **v. David L. Babson and Co., et al**

Dear Katherine:

In regards to your letter of March 21, 2005, seeking deposition dates for Ms. Valerie Williams, my client has informed me that Ms. Williams will be unavailable until after April 4, 2005.

We would agree to schedule the deposition after the March 31, 2005 deadline for non-expert depositions. Please let me know if such an arrangement would satisfy your concerns.

Thank you in advance for your consideration.

Very truly yours,

/s/ Patrick S. Bristol

PSB/skd

*cc:*   *John B. Reilly, Esq.*