# EXHIBIT "3"

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES                     TEL: (413) 781-2020
1500 MAIN STREET, SUITE Z700    FAX: (413) 272-6804
POST OFFICE BOX 15907
SPRINGFIELD MA 01115-5507

KATHERINE A. ROBERTSON
DIRECT DIAL (413) 272-6215
KROBERTSON@BULKLEY.COM

March 30, 2005

**BY FAX AND FIRST CLASS MAIL**

John B. Reilly, Esq.
Patrick S. Bristol, Esq.
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, RI 02886-4395

Re:   Isaac Williams, Jr. v. Babson and MassMutual
      Civil Action No,: 03-11470 MAP

Dear Messrs. Reilly and Bristol:

Please consider this letter an attempt to confer pursuant to Local Rule 7.1 concerning the depositions of Susan Alfano and Albert Rocheteau noticed by you for March 31, 2005. Unless plaintiff agrees to withdraw these notices, we intend to file a motion for a protective order regarding both depositions because plaintiff failed to provide the deponents and opposing parties with reasonable notice in writing of his intent to take the depositions, and because the plaintiff was aware that the defendants had already noticed the deposition of Valerie Williams for March 31, 2005 at 10:00 a.m. With respect to Mr. Rocheteau, he is not obligated to appear in any event, because he is not an officer, member of the board of directors or a managing agent of Babson, and he has not been served with a deposition subpoena requiring him to appear for deposition.

I will be in court this afternoon, but I expect to be back in the office by around 4:00 pm. I will telephone your office at that time to discuss this matter.

Very truly yours,

/s/ Katherine A. Robertson

KAR/hf

294036