# EXHIBIT "4"

Case 3:03-cv-11470-MAP    Document 52-5    Filed 03/31/2005    Page 1 of 2

# JOHN REILLY & ASSOCIATES
## Attorneys and Counselors at Law

---

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

Patrick S. Bristol, Esq.
pbristol@lawyers-online.us

March 30, 2005

VIA FACSIMILE & REGULAR MAIL

Katherine A. Robertson, Esq.
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Ste. 2700
Springfield, Massachusetts 01115

**Re:    Our Client:  Isaac Williams, Jr.
           v. David L. Babson and Co., et al**

Dear Katherine:

      It is regrettable that discovery in this matter must continue in this fashion. We would be willing to defer the depositions of Ms. Alfano and Mr. Rocheteau until after the March 31, 2005 date if this would alleviate your concerns. These deposition notices were sent to you on March 23, 2005 and yet we did not receive any attempt to confer regarding difficulties with them until March 30, 2005, the day before they were scheduled to occur.

      You were previously made aware that Ms. Williams would be unavailable for the deposition noticed for March 31, 2005. Therefore, no claim can be made regarding the inability to go forward on that day. With respect to the deposition of Mr. Rocheteau, this is the first occasion upon which you have informed us that an employee of Babson would require a deposition subpoena prior to appearing. In accordance with your wishes, a deposition subpoena will be served on Mr. Rocheteau as soon as possible.

      I hope these matters can be resolved amicably and without the continued need to resort to court filings. Thank you in advance for your consideration.

Very truly yours,

/s/ Patrick S. Bristol

PSB/skd

*cc:    Client*
*       John B. Reilly, Esq.*