# EXHIBIT "5"

**BUCKLEY, RICHARDSON AND GELINAS, LLP**

| | |
|---|---|
| LAW OFFICES<br>1500 MAIN STREET, SUITE 2700<br>POST OFFICE Box 15507<br>SPRINGFIELD, MA 01 1 15-5507 | TEL: **(413) 781-2820**<br>FAX: **(413) 272-61304** |

KATHERINE A. *ROBERTSON*<br>DIRECT DIAL (413) 272-6215<br>KROBERTSON@BULKLEY.COM

March 30, 2005

**<u>BY FAX AND FIRST CLASS MAIL</u>**

Patrick S. Bristol, Esq.
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, RI 02886-4395

  Re: Isaac Williams, Jr. v. Babson et al.
     Civil Action No. 03-11470-MAP

Dear Patrick:

  I am writing in response to your March 30, 2005 letter that I just received. I told you yesterday that we believed we had received unreasonably late notice for the depositions of Ms. Alfano and Mr. Rocheteau and were considering what to do. We are not willing to agree to an extension of the deadline for non-expert depositions. As I was just informed by your office that you are not available at this time for consultation, we have filed a motion for a protective order as to the deposition notices for Ms. Alfano and Mr. Rocheteau.

  I told you clearly that the defendants would not waive their rights with respect to the notice and subpoena for Mrs. Williams' deposition without some proof of her unavailability. You have not provided any explanation of her alleged unavailability. She was served in-hand with a deposition subpoena under Federal Rule of Civil Procedure 45, and no motion for protective order was filed. If you are saying she will not appear, which is not clear from your letter, I do not understand your basis for that statement, and we expect that she will be there.

              Very truly yours,

              <u>/s/ Katherine A. Robertson</u>

KAR/hf