# EXHIBIT 1

```
                                                              1
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2
                 Civil Action No. 03 CV 11470 MAP
 3

 4    ISAAC WILLIAMS, JR.

 5    VS.

 6    MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et
      al.
 7


 8
      DEPOSITION OF:  STUART REESE, taken before
 9    Rebekah J. Johnson, Registered Merit Reporter,
      Notary Public, pursuant to Rule 30 of the
10    Federal Rules of Civil Procedure, at the
      offices of Philbin & Associates, Inc., 959 Main
11    Street, Springfield, Massachusetts 01103, on
      March 15, 2005, commencing at 9:15 a.m.
12

13

14

15
      APPEARANCES:
16    (Please see page 2)

17

18

19

20                       Rebekah J. Johnson
                         Registered Merit Reporter
21

22

23
```

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.    (413) 733-4078
4TH FLOOR                                             Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                 FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

2

1    APPEARANCES:

2    JOHN REILLY & ASSOCIATES, Summit West, Suite
     330, 300 Centerville Road, Warwick, Rhode
3    Island 02886, representing the Plaintiff.
     BY: PATRICK S. BRISTOL, ESQUIRE
4

     BULKLEY, RICHARDSON AND GELINAS, LLP, 1500 Main
5    Street, Springfield, Massachusetts 01115,
     representing the Defendants.
6    BY:  FRANCIS D. DIBBLE, JR., ESQUIRE

7    OFFICE OF THE GENERAL COUNSEL, Massachusetts
     Mutual Financial Group, 1295 State Street,
8    Springfield, Massachusetts 01111-0001,
     representing the Defendants.
9    BY:  SEAN M. SEELY, ESQUIRE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

5

```
 1           MR. BRISTOL:  Good morning,
 2   Mr. Reese.  My name is Patrick Bristol.  I'm an
 3   attorney representing Isaac Williams in a
 4   matter he has brought against MassMutual
 5   Insurance Company and the David L. Babson
 6   company.  We have subpoenaed you here today as
 7   a witness in this matter.
 8           Have you ever been deposed before?
 9           THE WITNESS:  Yes, I have.
10           STUART REESE, Deponent, having been
11   first duly sworn, deposes and says as follows:
12           MR. DIBBLE:  Before we go any
13   further, I had some preliminary discussion with
14   Mr. Bristol just before we commenced the
15   deposition about the reimbursement order from
16   Judge Neiman on December 30 that permitted
17   further depositions to go forward in this case
18   beyond the scheduled close of discovery,
19   provided that plaintiff shall forthwith
20   reimburse defense counsel for four of
21   approximately six hours of time previously
22   expended for preparation of depositions
23   cancelled by the plaintiff at the last moment.
```

959 MAIN STREET  
4TH FLOOR  
SPRINGFIELD, MA 01103  
**PHILBIN & ASSOCIATES, INC.**  
(413) 733-4078  
Pittsfield: (413) 499-2231  
FAX: (413) 734-4588  

Serving the legal community of Massachusetts since 1947

6

```
 1    And we have written to Mr. Reilly and
 2    Mr. Bristol providing rate information to
 3    permit that to be calculated, which will be
 4    $1,200.  And just in my inquiry today of
 5    Mr. Bristol as to what the plan was for that,
 6    there is no immediate plan to pay that money.
 7         Mr. Bristol, I don't know if you would
 8    like to state what your position is on the
 9    record.
10              MR. BRISTOL:  It's our position we
11    intend to file motion out of time for
12    permission to appeal that ruling and to object
13    to that ruling.
14              MR. DIBBLE:  I think our position
15    is that we would likely oppose any such motion.
16         I think in the meantime in the
17    interests of preserving Mr. Bristol's time and
18    Mr. Reese's time, since Mr. Reese is here and
19    Mr. Bristol has driven up from Providence, we
20    will let this deposition go forward under
21    protest.  But our position is there will be no
22    further discovery in this case permitted,
23    because it is not permitted by Judge Neiman's
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

7

1  order, after Mr. Reese's deposition unless and
2  until that money is paid as provided for as the
3  Court so ordered.
4        DIRECT EXAMINATION BY MR. BRISTOL
5    Q.   Mr. Reese, have you ever been deposed
6  before?
7    A.   Yes, I have.
8    Q.   So you're generally familiar with the
9  procedures that we will be using today?
10   A.   Yes, I'm generally familiar.
11   Q.   I'm just going to go over a couple
12  things with you briefly that will hopefully
13  help us provide a clear record and something
14  that will be of use to us in the case.
15        First of all, any questions that I ask
16  you have to answer orally.  The court reporter
17  can't take down a head nod or shrug or anything
18  like that.  So if I ask you a question, I ask
19  that you just give an answer orally.
20        Additionally, if I ask any questions
21  that you don't understand, please let me know.
22  We don't want you to guess about anything.  And
23  we can have the question read back.  We can

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

101

```
 1              MR. DIBBLE:  Do you have a
 2   good-faith basis for asking that question?
 3              MR. BRISTOL:  A lot of things
 4   would seem to be things that he could have
 5   recalled.  I'm just asking the question.  Do
 6   you have an objection to it on that ground?
 7              MR. DIBBLE:  No, I object to the
 8   question because I think there is a lack of a
 9   good-faith basis for asking that question.  But
10   you can answer that question yes or no.
11              THE WITNESS:  I have been told
12   it's okay to say "I don't recall" if I don't
13   recall.
14              MR. BRISTOL:  I have nothing
15   further.
16              MR. DIBBLE:  I have no questions
17   of this witness.
18         My understanding there are two more
19   depositions scheduled, those of Sue Moore and
20   Nancy Roberts.  As I indicated earlier, I
21   believe you are and your client are in
22   violation of Judge Neiman's order in this case
23   for payment of costs, and I informed you there
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

102

1   will be no further depositions in this case
2   unless that payment is made or there is a
3   further court order in the interim. And if we
4   undertake further preparation for those
5   depositions we will seek further sanctions if
6   they do not go forward at this stage. So I
7   urge you to please make a prompt decision as to
8   what you are going to do and get a Court order
9   immediately if you are going to pursue that
10  issue before further sanctions accrue.
11          MR. BRISTOL: In response to that
12  briefly, it would be our position that if we
13  were to appeal Judge Neiman's ruling that would
14  put it into stay and that there would be no
15  Court order that we would be in violation of by
16  going forward with the further depositions.
17          MR. DIBBLE: No stay will be
18  automatically issued with respect to a late
19  request to appeal an order. So I disagree
20  respectfully with counsel's position on that
21  subject and ask him to reconsider.
22          I think we're all done.
23          (The deposition was concluded.)

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947