UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>         Plaintiff )<br>v. )<br> )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>         Defendants | MOTION FOR LEAVE TO<br>FILE CORRECTED PAGE TO<br>OPPOSITION TO MOTION OF<br>PLAINTIFF, ISAAC WILLIAMS,<br>JR. TO COMPEL DISCOVERY<br>BY DEFENDANT DAVID L.<br>BABSON, PURSUANT<br>TO RULE 37 |

The Defendant, Babson Capital Management, LLC ("Babson"), hereby moves for leave to file a corrected page 8 to the Opposition to Motion of Plaintiff Isaac Williams, Jr., to Compel Discovery by Defendant, David L. Babson & Company, Pursuant to Rule 37 ("Defendant's Opposition"). As grounds therefore, Babson states that there is an inadvertent misstatement on page 8 of Defendant's Opposition. The Court has not ruled on the Motion of Plaintiff Isaac Williams, Jr. to Compel Discovery by Defendant David L. Babson & Company, Pursuant to Rule 37, nor has plaintiff moved for leave to file any reply to Defendant's Opposition. A copy of corrected page 8 is attached hereto as Exhibit 1.

1

For the foregoing reasons, Babson respectfully requests that its motion be granted.

                                              The Defendants,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY (a/k/a
MASSMUTUAL FINANCIAL GROUP)
and DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)
By Their Attorneys:

Dated: April 4, 2005                    /s/ Katherine A. Robertson
                                              Francis D. Dibble, Jr.
                                               BBO No. 123220
                                               Katherine A. Robertson
                                               BBO No. 557609
                                               Bulkley, Richardson and Gelinas, LLP
                                               1500 Main Street, Suite 2700
                                               Springfield, MA 01115-5507
                                               Tel: (413) 781-2820
                                               Fax: (413) 272-6804

294325