UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., | ) | |
|       Plaintiff | ) | **JOINT** MOTION OF THE |
| v. | ) | PARTIES FOR LEAVE TO |
| | ) | CONDUCT DEPOSITION |
| MASSACHUSETTS MUTUAL LIFE | ) | AFTER DEADLINE |
| INSURANCE COMPANY (a/k/a | ) | IN COURT ORDER |
| MASSMUTUAL FINANCIAL GROUP) | ) | **SPECIAL ACTION** |
| and DAVID L. BABSON & COMPANY, INC. | ) | **REQUESTED** |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) | |
|       Defendants | | |

The parties hereby jointly move that the Court extend to April 19, 2005, or, if justified based on personal reasons, until April 29, 2005, the time for plaintiff to take the deposition of Babson Capital Management, LLC (formerly known as David L. Babson & Company, Inc.) pursuant to Federal Rule of Civil Procedure 30(b)(6) through the testimony of Susan Moore. As grounds for this motion, the parties state as follows:

1.      This Court's April 6, 2005 Electronic Order granted in part and denied in part the Defendants' Motion for a Protective Order Pursuant to Federal Rule of Civil Procedure 26(b) and (c) and ordered that plaintiff shall be allowed to take a Rule 30(b)(6) deposition of defendant Babson Capital Management, LLC (formerly known as David L. Babson & Company, Inc.) through Susan Moore for no more than four hours on certain topics designated by the Court by April 15, 2005.

2.      Counsel for plaintiff is unavailable in the afternoon of April 14 or on April 15, 2005, when Ms. Moore would be available for deposition.

1

3.      Counsel for the defendants is not available on April 13, 2005, and Babson would not have adequate time to prepare were it required to produce Ms. Moore for a Rule 30(b)(6) deposition prior to April 13, 2005.

4.      Ms. Moore and counsel for the parties are available on Tuesday, April 19, 2005, and agree that, subject to the Court's approval, plaintiff will take the Rule 30(b)(6) deposition required under the Court's April 6, 2005 Electronic Order on that date.

5.      A member of Ms. Moore's immediate family, who lives with Ms. Moore, is hospitalized and has not responded well to treatment.  There is, therefore, the possibility that Ms. Moore may be out of the office for personal reasons on April 19, 2005.  In the event that Ms. Moore is unavailable on April 19, 2005, the parties will agree on a date on or before April 29, 2005.

For the foregoing reasons, the parties respectfully request that this motion be allowed.

| | |
|---|---|
| The Plaintiff,<br>ISAAC WILLIAMS, JR.<br>By his attorney: | The Defendants,<br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY (a/k/a<br>MASSMUTUAL FINANCIAL GROUP)<br>and DAVID L. BABSON & COMPANY,<br>INC. (a/k/a DAVID L. BABSON AND<br>COMPANY)<br>By Their Attorneys: |
| /s/ Patrick S. Bristol | /s/ Katherine A. Robertson |
| John B. Reilly – BBO No. 545576<br>Patrick S. Bristol<br>John Reilly & Associates<br>300 Centerville Road<br>Suite 330 - Summit West<br>Warwick, RI  02886<br>Tel:  (401) 739-1800<br>Fax:  (401) 738-0258 | Francis D. Dibble, Jr. - BBO No. 123220<br>Katherine A. Robertson – BBO No. 557609<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115<br>Tel:  (413) 781-2820<br>Fax: (413) 272-6804 |

Dated:  April 11, 2005