```
1                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

                 Civil Action No. 03 CV 11470 MAP

3

4        ISAAC WILLIAMS, JR.

5        vs.

6        MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et

         al.

7

8

         DEPOSITION OF: STUART REESE, taken before
9        Rebekah J. Johnson, Registered Merit Reporter,
         Notary Public, pursuant to Rule 30 of the
10       Federal Rules of Civil Procedure, at the
         offices of Philbin & Associates, Inc., 959 Main
11       Street, Springfield, Massachusetts 01103, on
         March 15, 2005, commencing at 9:15 a.m.
12

13

14

15       APPEARANCES:

16       (Please see page 2)

17

18

19

20                       Rebekah J. Johnson
                         Registered Merit Reporter
21

22

23
```

959 MAIN STREET                                    (413) 733-4078

4TH FLOOR                                         Pittsfield (413) 499-2231
SPRINGFIELD, MA 0 1103                            FAX: (413) 734-4588

# PHILBIN & ASSOCIATES, INC.

Serving the legal community of Massachusetts since 1947

1                    (Deposition Exhibit No. 10

2                    offered and marked.)

3        Q.    (BY MR. BRISTOL)   Plaintiff's Exhibit

4    10 appears to be            an e-mail from Susan Alfano to

5    Nancy Roberts with a courtesy copy to you.

6        A.    That is what it appears to be.

7        Q.    And it's dated February 12, 2002.

8        A.    That's the date on the memo, yes.

9        Q.    Do you recall ever receiving this

10    e-mail?

11        A.    I do have a vague recollection of

12    receiving this e-mail. I don't remember

13    specifically when and I don't remember details,

14    but it certainly appears familiar.

15        Q.    Prior to receiving this e-mail, had

16    you been involved in any discussions regarding

17    job elimination for Isaac Williams?

18        A.    Well, again not remembering

19    specifically when I received the e-mail, I

20    can't put the time sequence exactly together,

21    but I did have discussions with Sue Alfano

22    about possibly eliminating that position.

23        Q.    Do you recall how many discussions you

1    did have with Sue Alfano?

2          A.    I don't recall specifically.

3          Q.    Do you recall what was discussed with

4    Sue Alfano?

5          A.    I have some recollections, yes.

6          Q.    Can you tell me what those

7    recollections are?

8          A.    I recall I actually approached Sue

9    initially, telling her that it was unlikely in

10   my mind that David L. Babson had a continuing

11   need for the kind, for the job that Isaac was

12   doing at least for a period of time, and that I

13   thought he was a person with some very good

14   skill sets and that it would be valuable to at

15   least try to retain him in the organization,

16   the organization broadly defined as MassMutual.

17   1 thought Sue would have an ability to look for

18   opportunities in MassMutual organizations and

19   help find those that I couldn't do from my

20   position.

21         Q.    You mentioned that Babson would not

22   have that need for a period of time; is that

23   correct?

959 MAIN STREET                                                    (413) 733-4078

4TH FLOOR                    PHILBIN & ASSOCIATES, INC.       Pittsfield (413) 499-2231
SPRINGFIELD, MA 0 1103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1        A.      Yes, Babson went through a, when we

2    merged the two organizations together we had a

3    strong need  to let the world know what we were

4    doing, and we had a strong need to communicate

5    the events internally. But as the

6    organization, as time passed it became very

7    clear that the need for communicating strongly

8    with the outside world would not be very

9    significant. There certainly would still have

10   to be communication with the outside world on a

11   lot that     was going on but a much different

12   level and intensity than what we had done when

13   we first put this together. We needed the firm

14   to evolve before we really spent time on that.

15   And also   a lot of the internal communications

16   items became more of a process as opposed to

17   something that had to be created, so I think

18   the need    for that position was going away.

19   That's my recollection.

20       Q.      You   said when we first put this

21   together,   are you referencing the position of

22   director of corporate communications?

23       A.      No,  I was referencing taking the

959 MAIN STREET                                                    (413) 733-4078

4TH FLOOR                      PHILBIN &ASSOCIATES, INC.      Pittsfield (413) 499-2231
SPRINGFIELD, MA 0 1103                                           FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

59

1    investment out of MassMutual and merging it

2    into the        David L. Babson company when we first

3    did that merge.

4         Q.   Did  you have any involvement in the

5    creation of the position of the director of

6    corporate communications?

7         A.   Can you be more specific?

8         Q.   Was  that something that you felt was

9    needed going into 2000 as a result of this

10   merger?

11        A.   What I felt was needed was

12   communication, strong communications with the

13   outside world what we were doing and strong

14   communication inside the company on what we

15   were doing,    and I felt it was up to Kevin then

16   to structure that role. I didn't have a

17   specific feeling about what that might be.

18        Q.   According to this e-mail, Isaac's

19   reporting relationship was to change and he was

20   to begin reporting directly to you.

21        A.   That is my recollection.

22        Q.   And was that change implemented?

23        A.   My recollection is that it was

1    implemented for a short period of time.

2         Q.   Why was that change made?

3         A.   The change was, again, my recollection

4    is that the change was made because there

5    really wasn't a need for his role as it existed

6    prior to this change,    and we wanted, we wanted

7    to give time   for Isaac to find a job hopefully

8    inside the company and if not outside the

9    company.

10        Q.   So   why was he to report directly to

11   you?

12        A.   Well, his role -- I don't know

13   specifically why we did that.

14        Q.   Further  down it indicates that Susan

15   Alfano she says,    "I have spoken to Jim Miller

16   and he's agreed to give him careful

17   consideration." And it goes on to say,  "He's

18   more optimistic    about placement if Isaac would

19   accept an AVP position." Could you tell me

20   what your understanding of an AVP position is?

21        A.   Honestly I don't have a great

22   understanding  of MassMutual's title structure.

23   1 really can't tell you a great deal about

1    that.

2        Q.    It goes on to say that "Isaac should

3    be notified of that decision and the planned

4    approach in writing." Do you know if Isaac was

5    notified of this decision?

6        A.    I recollect sitting down myself with

7    Isaac and informing him that his position was

8    going to be eliminated and that he was going to

9    report to me and that he would have a period of

10   time, I don't recall exactly what it was, but

11   this says six to nine months, I will assume

12   that's what it was, to look for a job

13   internally and externally.

14       Q.    Do you recall when you sat down with

15   Isaac to have that conversation?

16       A.    I don't recall specifically.

17       Q.    Could you give me a month that it

18   happened?

19       A.    I mean I don't recollect. These

20   documents have dates on them which would

21   probably help me make an educated guess, but

22   no, I don't recall specifically.

23       Q.    This document is dated February 12,

1    2002.    Would it have been after the date of

2    this document?

3         A.    I don't know for sure.

4         Q.    Do you know where you met with Isaac

5    to inform him of this?

6         A.    Yes, I do.

7         Q.    Can you tell me where that was?

8         A.    We met in my office in State Street.

9         Q.    And can you tell me what you told

10   Isaac during that meeting?

11        A.    I certainly cannot recall specifically

12   what I told him. Again, I think I've mentioned

13   to you most of my recollection is that I told

14   him that his job was going to be eliminated,

15   that he was a valued person to the organization

16   and we wanted to do as much as we could, give

17   some time to find another job within the

18   broader MassMutual construct, so there would be

19   a period of six to mine months for him to -

20   I'm getting the six or nine months from the

21   memo, I don't recall it specifically, for him

22   to look for a job internally and externally. I

23   don't remember other specific content at the

63

1    moment.

2        Q.    Do you remember telling Isaac that you

3    could no longer protect him?

4        A.    I would not have said that

5    specifically, no.  I don't have a recollection

6    of saying that specifically, no.

7        Q.    Do you know whose idea it was to

8    eliminate Isaac's position?

9        A.    No, I don't recall specifically.

10       Q.    Were    you involved in the decision to

11    eliminate that position?

12       A.    I don't recall the process, but it

13    would have required my approval.

14       Q.    Have    you been involved in other job

is    eliminations?

16       A.    Yes, I have.

17       Q.    And is there a general procedure by

18    which they are handled?

19       A.    There certainly are people who need to

20    be involved and people who have to approve it,

21    depending on the level.  I'm not sure I would

22    describe it as a specific process.

23       Q.    But you wouldn't say it was your idea