UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                                                   C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## AFFIDAVIT OF PATRICK S. BRISTOL

I, Patrick S. Bristol, being duly sworn upon oath, hereby depose and say that:

1. On March 24, 2005, counsel for the Defendants contacted me to discuss a Motion for Protective Order regarding the deposition of Attorney Robert Rancke.

2. During that conversation, Defendants' counsel indicated that they were "considering" filing a motion for protective order relating to the Rule 30(b)(6) deposition noticed by the Plaintiff.

3. I requested that Defendants' counsel contact me to confer regarding those depositions when they had determined if they intended to file such a motion.

4. Defendants' counsel never contacted me regarding the Motion For Protective Order, so I prepared to go forward on the Rule 30(b)(6) depositions until I received notice that a Motion For Protective Order had been filed on the day prior to the depositions.

/s/ Patrick S. Bristol, Esq.
Patrick S. Bristol

1

2

Subscribed and sworn upon the pains and penalty of perjury this 20th day of April, 2005.

/s/ John B. Reilly
Notary Public