UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                            C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

## JOINT MOTION TO EXTEND REVISED SCHEDULING ORDER
## SPECIAL ACTION REQUESTED

The parties hereby move that the Court extend to May 20, 2005, the time in which the Plaintiff shall designate and disclose information regarding his expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2). As grounds for this Motion, the parties state as follows:

1. Due to factors beyond the control of Plaintiff's counsel, including the relocation of one (1) of the Plaintiff's proposed expert witnesses, the expert witness reports required by Rule 26(a)(2) could not be completed at this time.

2. Accordingly, counsel for the Defendants agreed to a one (1) week extension, from May 13, 2005 up to and including May 20, 2005, for the designation and disclosure of plaintiff's experts.

3. Counsel for the Plaintiff has agreed to extend the deadline for the Defendants to designate and disclose their experts from July 1, 2005 to July 8, 2005.

For the foregoing reasons, the parties respectfully request that this Motion be allowed.

| ISAAC WILLIAMS, JR. | MASSACHUSETTS MUTUAL LIFE |
| --- | --- |
| By His Attorney: | INSURANCE COMPANY (a/k/a) |
| | MASSMUTUAL FINANCIAL GROUP)and |
| | DAVID L. BABSON & COMPANY, INC.) |
| | (a/k/a DAVID L. BABSON AND COMPANY) |
| | By Their Attorneys: |
| | |
| /s/ Patrick S. Bristol, Esq. | /s/ Katherine A. Robertson, Esq. |
| Patrick S. Bristol, Esq., Pro Hac Vice | Katherine A. Robertson (BBO #557609) |
| John Reilly & Associates | Bulkley, Richardson and Gelinas, LLP |
| Suite 330 - Summit West | 1500 Main Street, Suite 2700 |
| 300 Centerville Road | Springfield, Massachusetts 01115-5507 |
| Warwick, RI 02886 | Tel: (413) 272-6215 |
| Tel: (401) 739-1800 | Fax: (413) 272-6804 |
| Fax: (401) 738-0258 | |

**Dated**: May 13, 2005