UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS,                )
       Plaintiff     )
                               )
v.                             )   Civil Action No. 03-11470-MAP
                               )
                               )
MASS MUTUAL INSURANCE CO.,     )
et al.,                        )
       Defendants    )

FURTHER REVISED SCHEDULING ORDER
May 16, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties Joint Motion to Extend Revised Scheduling Order (Doc. No. 60) and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 20, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 8, 2005.

3. All expert depositions shall be completed by September 1, 2005.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN
                          U.S. Magistrate Judge