UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                              C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**PLAINTIFF'S PRETRIAL DISCLOSURE
PURSUANT TO RULE 26(a)(2) (ALAN SEIGEL)**

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, entitled "Disclosure of Expert Testimony," the pretrial order(s) of this Court, the plaintiff hereby identifies the following expert and makes the following expert disclosure:

> Alan Seigel, L.I.C.S.W., B.C.D.
> Behavioral Health Associates
> 3300 Main Street
> Springfield, Massachusetts 01199

Copies of the publications, qualifications (including his CV, attached hereto as Exhibit A) and trial/deposition testimony history of this witness are enclosed. His compensation rate and report will be disclosed upon completion.

Isaac Williams, Jr.,
By his attorney,


/s/ Patrick S. Bristol
Patrick S. Bristol, Esq. (Pro Hac Vice)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

## Compensation Rates

The compensation rate of this expert witness designated by defendant herein is as follows:

(a) Review and preparation of report          To Be Determined

(b) Deposition and trial testimony             To Be Determined

## **Publications of Expert Witness**

The following is a listing of those publications authored by the expert witness designated by the defendant within the preceding ten (10) years:

Seigel, Alan. Biofeedback as an adjunctive treatment to enhance exposure and response prevention. Obsessive Compulsive Foundation Newsletter, October, 1997.

Seigel, Alan. Treatment of obsessive compulsive disorder and comorbid social phobia. Brief Treatment and Crisis Intervention, 2002.

Seigel, Alan. Clinical treatment of obsessive compulsive disorder and social phobia. Oxford University Press, in press.

**Trial or Deposition Testimony of Expert Witness**

      The following is a listing of that trial or deposition testimony given by such expert at trial or by deposition within the preceding four (4) years:

None.