# Curriculum Vitae
Alan Seigel, A.C.S.W., L.I.C.S.W,, B.C.D.
Board Certified Diplomate in Clinical Social Work

Clinical Instructor in Psychiatry
Tufts University School of Medicine

**Office**
Baystate Medical Center
3300 Main Street
Springfield, MA 0 1199
Telephone (413) 794-7035 x I
Fax (413) 794-7130
E-mail – alan.seigel@bhs.org

**Personal**
Date of Birth          January 25, 1950
Marital Status         Married

**Objective**
Practice of Advanced Clinical Social work

**Education**

1967-1969      Franklin and Marshall College, Lancaster, PA. Majored in Spanish and Government.

1969-1970      School of Philosophy and Letters, University of Valencia, Valencia, Spain. Studied Spanish and Spanish American culture, literature and history.

1972-1974      B.A. magna cum laude in Psychology and Philosophy, College of Liberal Arts, Boston University, Boston, MA. Focus of studies in psychology was learning theory and small group process. Attended seminar in interpersonal skill training, conducted by Boston University lecturer and human relations consultant.

1976-1978      M.S.W. University of Connecticut School of Social Work, West Hartford, CT. Completed all methods courses for both social group work and casework. Received supervised field instruction in both disciplines.

1982 - present  Completed advanced intensive training seminar in Cognitive Behavioral Psychotherapy. Attended courses in continuing education at Smith College School for Social Work, Northampton, Massachusetts. Courses have included supervision, Psychodynamics and Treatment of the Elderly, Treatment of Adult Incest Survivors, Advanced Casework and Advanced Family Therapy. Completed courses in Computer Science, BASIC, and COBOL at Western New England College, Springfield, MA. Received certificate in computer programming and systems analysis and design, Holyoke Community College, Holyoke, MA.

2000    Dynamics of Group Counseling Graduate Course, Westfield State College, Westfield, MA.

**Licensure and Certification**
State of Massachusetts, #100816
State of Connecticut, #002482

**Experience**

| | |
|---|---|
| 1974-1975 | <u>Research Assistant</u>, Judicial Department, State of Connecticut. Carried out evaluative research for an experimental intake system.  Monitored referrals to the Juvenile Court and from the Court to Community agencies. |
| 1975-1976 | <u>Mental Health Worker</u>, Elmcrest Psychiatric Institute, Portland, CT.  Assisted in planning and implementation of comprehensive treatment plan for inpatients.  Attended inservice training in family therapy. |
| 1977-1978 | <u>Clinical Social Work Intern</u>, Psychiatric Inpatient Unit, New Britain General Hospital, New Britain, CT.  Performed diagnostic evaluations, formulated treatment and discharge plans, led psychotherapy and interpersonal skill groups. |
| 1978-1981 | <u>Therapist</u>, Day Treatment Program Community Care Mental Health Center, Springfield, MA.  Performed diagnostic evaluations, formulated treatment plans and conducted support, task and psychotherapy groups which constituted core of partial hospitalization program. |
| | <u>Coordinator</u>, Evening Treatment Program. Served as administrator and primary clinician for aftercare program of the Day Treatment Program.  Revised and expanded scope of treatment services. |
| 1988-1990 | <u>Faculty</u>, Division of Continuing Education, Springfield Technical Community College, Springfield, MA. Taught courses in Introduction to Mental Health and Mental Retardation to equip students to assume entry level positions within the Department of Mental Health and the Department of Mental Retardation. |
| 1990 | Served as clinical interviewer and research assistant for Quality of Life Project evaluating efficacy of institutional versus community based treatment. |
| 1981 - present | <u>Psychotherapist</u> , Baystate Behavioral Health Services, Adult Outpatient Service, Baystate Medical Center, Springfield, MA. Responsibilities include diagnostic evaluation, individuals group and family therapy, behavioral therapy, biofeedback, and the development of programmatic approaches in the treatment of patients coping with anxiety disorders and the major affective disorders. Serve as Director of the Obsessive Compulsive Disorder Treatment Program. Helped found and acted as consultant to OCD support group at Baystate Medical Center. Provide psychotherapy and stress management training for employees referred by the Director of the Employee Assistance Program of Baystate Medical Center. Serve as consultant to Sleep Disorders Lab. |

         As Clinical Instructor in Psychiatry, provide lectures to medical students of Tufts University School of Medicine on behavioral approaches in anxiety management. Serve as member of Behavioral Medicine Team, treating patients with cognitive behavioral therapy and biofeedback.

         <u>Adjunct Faculty</u>, Westfield State College. Taught masters level course in group psychotherapy.

         <u>Adjunct Faculty</u>, Springfield College. Taught masters level course in group process in masters program, School of Social Work.

2000- 2002    <u>Adjunct Faculty</u>, Smith College. Taught post graduate courses on OCD and OCD spectrum disorder.

**Professional Societies**
Academy of Certified Social Workers
Board Certified Diplomate in Clinical Social Work
Licenses Independent Clinical Social Worker
National Association of Social Workers

**Community and Educational Experiences**
1981 - present    Attended conferences on psychological response to physical illness, structural and contextual family therapy, grief, disappointments in pregnancy, and biofeedback theory and applications among others.

         Conducted televised interview on biofeedback applications in stress mediated disorders.

         Lectured staff of Baystate Medical Center medical residents and Mt. Tom Emergency Service staff on interviewing patients with anxiety complaints.

         Presented half-day seminar on Behavioral Approaches in Anxiety Management at the 7th Annual Regional Social Work Conference, Western New England College, Springfield, MA.

1988 - present    Lecture employees of Baystate Medical Center's Wellness Program on stress management.

         Lecture Chronic Pain Support Group on biofeedback.

         Video on stress management made for Baystate Gas Company management to assist in development of their wellness program.

         Founded study group for clinicians interested in the treatment of persons with OCD.

**Committee Assignments**
1971-1972    Volunteer staff member and publicity coordinator for drug rehabilitation program of Fairfield Community Services Center, Fairfield, CT.

1974-1975    Volunteer probation officer for the Juvenile Court, Bridgeport, CT.

| | |
|---|---|
| 1978-1980 | Member, American Association for Partial Hospitalization. |
| 1978-1980 | Member, Hispanic Students Organization, University of Connecticut School for Social Work. |
| 1988-1989 | Academic Advisory Board of Mental Health and Mental Retardation Assistant Training Program, Springfield Technical Community College, Springfield, MA. |

**Research**

| | |
|---|---|
| 1999 | Use of biofeedback. as an adjunctive treatment with Dr. Masaru Horikoshi of the OC Institute. |

**Bibliography**

Seigel A. Biofeedback as an adjunctive treatment to enhance exposure and response prevention. Obsessive Compulsive Foundation Newsletter, October 1997.

Seigel A. Treatment of obsessive compulsive disorder and comorbid social phobia. Brief Treatment and Crisis Intervention, 2002.

Seigel A. Clinical treatment of obsessive compulsive disorder and social phobia. Oxford University Press, in press.

**Invited Lectures**

| | |
|---|---|
| 1991 | Psychopharmacologic and Cognitive Behavioral Treatment of Obsessive Compulsive Disorder with George Kriebel, Jr., M.D., regional Social Work Conference, Western New England College, Springfield, MA. |
| 1992 | Cognitive Behavioral Therapy of Depression, Department of Psychiatry Grand Rounds, Baystate Medical Center. |
| 1993 | Integration of Cognitive Behavioral Therapy and Biofeedback in the Treatment of Stress Related Disorders, Department of Psychiatry Grand Rounds, Baystate Medical Center. |
| 1994 | Presentation on Stress Management for Massachusetts Society of Radiologic Technologists, Springfield, M.A. |
| 1994 | Facilitation of Transfer of Training in Brief Cognitive Behavioral Treatment, regional Social Work Conference, Western New England College, Springfield, Massachusetts. |
| 1997 | Cognitive Behavioral Treatment of Obsessive Compulsive Disorder and Trichotillomania, Department of Psychiatry Grand Rounds, Baystate Medical Center. |
| 1998 | Post graduate seminar "A Cognitive Behavioral Therapy Primer for the Social Worker in Clinical Practice," College of Our Lady of the Elms, Chicopee, MA. |
| 1998 | With Mark Schneider, Ph.D. presented to staff of Holyoke Pediatrics "Cognitive Behavioral Treatment of Headache." |

| | |
|---|---|
| 1998 | Guest of NPR WMAS and WNNZ radio programs. Topics - OCD and social phobia. |
| 1998 | Presented lecture on Cognitive Behavioral Treatment of OCD to group of primary care physicians. |
| 1999 | Case presentation on Use of Biofeedback in Treatment of Migraine and Muscle Contraction Headache, Neurology Symposium, Baystate Medical Center. |
| 2000 | Day-long post graduate seminar "Cognitive Behavioral Treatment of Obsessive Compulsive Disorders in Clinical Social Work Practice." |
| 2001 | Presented inservice to medical residents of Baystate Medical Center on treatment of OCD. |
| 2002 | Inservices to Mental Health Association on Hoarding and Cognitive Behavioral Treatment of OCD and OCD spectrum disorders. |
| 2002 | Presentation on Hoarding to Ombudsman Program, Greater Springfield Senior Services. |
| 2002 | Presented workshops on Cognitive Behavioral Treatment of Headache, Annual Neurology Symposium, Baystate Medical Center. |
| 2002 | Presentation on Obsessive Compulsive Disorder in the Workplace, Obsessive Compulsive Foundation, Annual National Conference. |
| 2003 | Grodberg Memorial Lecture Series, Obsessive Compulsive Disorder in the Workplace. |
| 2004 | Behavior Modification, Spring Semester, Western New England College, Springfield, Massachusetts. |
| 2004 | Co-presented with Brian Smith, M.D., The Neurobiology of Psychiatric Disorders |

**Continuing Education Credits**

| | |
|---|---|
| 1997 | Prevention/Treatment of Psychiatric Problems after Bereavement. Baystate Medical Center. |
| | Electroconvulsive Therapy for Treatment of Psychotic Disorders. Baystate Medical Center. |
| | Psychosocial Aspects of Genetic Counseling. Baystate Medical Center. |
| | The Jewish Approach to Death and Dying. Baystate Medical Center. |
| | Renal Palliative Care Program: Dialysis and the Good Death. Baystate Medical Center. |

| | |
|---|---|
| 1999 | Geriatric Psychiatry.<br>Baystate Medical Center. |
| | Anxiety Disorders Association of America, 18th Annual Conference.<br>Tulane University Medical Center/ADAA |
| | Physical Exam of a Sexually Abused Child.<br>College of Our Lady of the Elms. |
| | The Power of your Word.<br>College of Our Lady of the Elm. |
| | Introduction of Hypnosis.<br>College of Our Lady of the Elms. |
| | Impact of Race and Ethnicity on our Professional Work.<br>College of Our Lady of the Elms. |
| | Managing the Rite of Passage: Professional Development Groups for Medical Trainees.<br>Baystate Medical Center. |
| 1999 | Neurology Symposium: Headaches.<br>Baystate Medical Center. |
| | Neurology Symposium: Dizziness.<br>Baystate Medical Center. |
| | Eye Movement Desensitization and Restructuring, Level I.<br>Brightside. |
| | Anticonvulsants in Psychiatry.<br>Medical Center. |
| | Memory Disorders Conference. Baystate Medical Center. |
| 2000 | Dialectical Behavioral Therapy in Clinical Practice by Charles Swenson, M.D. |
| | Legal Knowledge for Clinical Social Work Practice by Robert Madden, LCSW, JD. |
| | The Impact of Siblings on One Another's Development: Clinical Implications by Joyce Edward, CSW, BCD. |
| | Cognitive Behavioral Therapy with Difficult to Treat Clients by Donald Meichenbaum, Ph.D. |
| | Stress in the Workplace: Doing More with Less, Fourteenth Annual Symposium, Western New England Chapter, Employee Assistance Professionals Association. |
| 2001 | Cognitive Behavioral Treatment for Comorbid PTSD and substance dependence. |

|      |   |
|------|---|
|      | Baystate Medical Center. |
|      | Obsessive Compulsive and Other Anxiety Disorders: Taming the Torment. Week long intensive training seminar by Michael Jenike, M.D. |
|      | Coping with Violence: Fostering Resilience in Adolescents. |
| 2002 | Cognitive Behavioral Therapy in the Treatment of Anxiety and Panic by Leslie Sokol, Ph.D. |
|      | Neurology Symposium: Annual Update<br>Baystate Medical Center. |
|      | Management of the Impulsive Client. |
|      | Case Foundation and Psychotherapeutic Change: An Advanced Course in Dialectical Behavioral Therapy (DBT) by Charles Swenson, M.D. |
|      | Working with Resistance by Martha Stark, M.D. |
|      | Shattered Innocence: Meeting the Needs of Traumatized Children by Joan Lesser, Ph.D. |