UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                                              C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**PLAINTIFF'S PRETRIAL DISCLOSURE**
**PURSUANT TO RULE 26(a)(2) (DIEDRE REYNOLDS)**

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, entitled "Disclosure of Expert Testimony," the pretrial order(s) of this Court, the plaintiff hereby identifies the following expert and makes the following expert disclosure:

        Diedre Reynolds, MD
        140 C North Main Street
        Bristol, Connecticut 06010

Copies of the qualifications (including her CV, attached hereto as Exhibit A), compensation rate, trial/deposition testimony history of this witness is enclosed. Her report has been sent to Defendant's counsel as a confidential document in accordance with the Protective Order entered in this case.

        Isaac Williams, Jr.,
        By his attorney,

        /s/ Patrick S. Bristol
        Patrick S. Bristol, Esq. (Pro Hac Vice)
        John Reilly & Associates
        300 Centerville Road
        Summit West - Suite 330
        Warwick, Rhode Island 02886
        (401) 739-1800
        FAX: (401) 738-0258

2

## **Compensation Rates**

The compensation rate of this expert witness designated by defendant herein is as follows:

| | | |
|---|---|---|
| (a) | Review and preparation of report | $ 250.00 per hour |
| (b) | Deposition and trial testimony | $ 2000 per day |

**Publications of Expert Witness**

The following is a listing of those publications authored by the expert witness designated by the defendant within the preceding ten (10) years:

Peer-Reviewed Journal Articles:
**Reynolds, D.A.,** Rajendran, V.M., Binder, HJ, Butyrate transport in rat distal colon basolateral membrane vesicles (BLMV): evidence for bicarbonate butyrate exchange. (Abstract)
Gastroenterlology, 1991; 100: A838.

**Reynolds, D.A.**, Rajendran, V.M., Binder, H.J. Bicarbonate stimulated [$^{14}$C] butyrate uptake in basolateral membrane vesicles of rat distal colon. Gastroenterology, 1993; 105: 725-732,

New, A.S., Sevin, E.M., Mirtopoulou, V, **Reynolds, D.,** Novotny, S.L., Callahan, A. Trestman, R.L., Siever, L.J. Serum cholesterol and impulsivity in personality disorders. Psychiatry Research, 1999; 85:145-150.

New, A.S., Woo-Ming, A., Mitropoulou, V., Silverman, J., **Reynolds, D.**, Schopick, F., Trestman, R.L., Siever, L.J. Serotonin and the prediction of response time to fluoxetine in patients with mild depression. Psychiatry Research, 1999; 88:89-93,

Lees-Roitman, S.E., Mitropoulou, V., Keefe, R.S., Silverman, J.M., Serby, M., Harvey, P.D.,
**Reynolds, D.A.,** Molls, R.C., Siever, L.J. Visuospatial working memory in schizotypal personality disorder patients. Schizophrenia Research, 2000; 41(3): 447-55.

New A.S., Hazlett F.A., Buchsbaum, M.S., Goodman, M., **Reynolds, D.A.** Mitropoulou, V., Sprung, L., Shaw, R.B., Jr., Koenigsberg, H.W., Platholi, J., Silverman, J., Siever, L.J.: Blunted prefrontal cortical 18 fluorodepxyglucose positron emission tomography response to metachlorophenylpiperazine in impulsive aggression, Archives of General Psychiatry, 2002; 59 (7): 621629,

Koenigsberg, H.W., **Reynolds, D.,** Goodman, M., New, A., Mitropoulou, V., Trestman, R.,
Silverman, J., Siever, L.J. Risperdone in the treatment of schizotypal personality disorder. Journal of Clinical Psychiatry, 2003; 64: 628-634.

Chapters:
Siever, L.J., Koenigsberg, H., **Reynolds, D.A.** The Neurobiology of Personality Disorder:

3

Implications for a Neurodevelopmental Model. In "Neurodevelopmental mechanisms in psychopathology' Edited by Dante Cicchetti, PhD), Elaine Walker PhD., Cambridge University
Press, Cambridge, MA. 2003.

Abstracts:
**Reynolds, D.A.,** Rajendran, V.M., Binder, H.J. Butyrate transport in rat distal colon basolateral mernbrane vesicles (BLMV): evidence for bicarbonate butyrate exchange. (Abstract)
Gastroenterlology, 1991; 100: A838.

Siever, L.J., Buchsbaum, M.S., New, A.S., Hazlett, E.A., Grossman, R., **Reynolds, D.** Serotonergic responsiveness in impulsive/aggressive personality disorders. Abstract of the Fifty-Fifth Annual
Meeting of the Society of Biological Psychiatry, Vol 47, Abstract # 22, 2000.

Abstracts (continued):
**Reynolds, D.,** Mitropoulou, V., Now, A.S., Siever, U. lpsapirone as a serotonergic probe in personality disorder patents. Abstract of the Fifty-fifth Annual Meeting of the Society of Biological Psychiatry,
Vol. 47, Abstract # 472, 2000.

Koenigsberg, H.W., Goodman, M., Lekarev, 0., Mitropoulou, V., **Reynolds, D.,** New, A.S., Siever,
LJ Risperdone in the treatment of schizotypal personality disorder. Abstract of the Fifty-Fifth Annual Meeting of the Society of Biological Psychiatry, Vol. 47, Abstract # 546, 2000.

Siever, L.J., New, A.S., Buchsbaum, M.S., Hazlet, E.A., Goodman, M., **Reynolds, DA,** Koenigsberg H. W, Imaging the serotonin system in personality disorder patients. Annual Meeting of the American Psychiatric Association, Symposia #6E, 2000.

**Reynolds, D.,** New, A.S., Goodman, M., Mitropoulou, V., Siever, L.J. Serotonergic and noreadrenergic systems response to low and high dose venlafaxine. Abstract of the 39th Annual Meeting of the American College of Neuropsychopharmacology, Page 299, 2000.

**Reynolds, D.A.,** New, A.S., Mitropoulou, V., Siever, L.J. Biologic response of personality disorder patients to the serotonergic probe ipsapirone. Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 161, 2001.

Goodman, M., Mitropoulou, V, New, A., Koenigsberg, H., **Reynolds, D.,** Breier, A., Elman, I., Siever, L.J. Frontal cortex dysfunction and subcortical dopaminergic activity in schizophrenia spectrum. Abstract of the Fifty -Sixth Annual Meeting of the Society of Biological Psychiaty, Vol. 49, Abstract# 195, 2001.

Koenigsberg, H.W., Goodman, M., **Reynolds, D.**, Mitropoulou, V, Trestman, R., Kirrane, R., New, A,S,, Anwunah, I., Siever, L.J. Risperdone in the treatment of schizotypal personality disorder, Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol, 49, Abstract# 415,2001.

**Reynolds, D.A.,** New, A.S., Goodman, M., Mitropoulou, V., Siever, L.J. Baseline serotonergic and noreadrenergic function in depression and response to low versus high dose venlafaxine. Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 583, 2001.

New, A.S., Hazlett, E.A., Buchsbaum, M.S., Goodman, M., **Reynolds, D.,** Mitropoulou, V., Siever, L.J. Blunted prefrontal cortical response to m-CPP in impulsive aggression. Abstract of the 400, Annual Meeting of the American College of Neuropsychopharmacology, Page 218, 2001,

## **Trial or Deposition Testimony of Expert Witness**

The following is a listing of that trial or deposition testimony given by such expert at trial or by deposition within the preceding four (4) years:

None.