Curriculum Vitae

**Diedre A. Reynolds, MD**

Office Address: Bristol Hospital                    Office Telephone: 860-583-5858
                The Counseling Center              Office Fax: 860-584-9962
                440-C North Main Street
                Bristol, Connecticut 06010

Date and place of birth:
        February 9, 1966
        Jamaica, New York

Education:
1988 BS    Yale University                    Biology
1995 MD    Yale School of Medicine            Medicine

Post-graduate Training:
1995-1996    University of Connecticut         Intern, Pediatrics
1996-1999    Mount Sinai Medical Center, NY    Resident, Psychiatry
1999-2001    Mount Sinai Medical Center, NY    Fellow, Mood and Personality Research

Employment:
2001 to 2004      Baystate Medical Center      Staff Psychiatrist
2004 to present   Bristol Hospital             Psychiatric Physician

Academic Positions:
Associate, Department of Psychiatry, Mount Sinai Medical Center, New York 1999 - 2001
Assistant Professor, Tufts School of Medicine, Dept. of Psychiatry, Baystate Medical Center, MA
        2001-2004

Licensure:
New York
Connecticut
Massachusetts

Certification:
American Board of Psychiatry and Neurology- Board Certified

Research Experience and Awards:
1986    Minority Scholars Institute Award, University of Connecticut Health Center, Department of
        Obstetrics and Gynecology, Winston Campbell, M.D.
1987    Minority Scholars Institute Laboratory Research Award, University of Connecticut Health
        Center, University of Connecticut Health Center & Newington VA- Department of
        Dermatopathology, Earl Gross, M.D.

**Diedre A. Reynolds, M.D.**

1989  Yale Research Fellowship, Yale School of Medicine, Department of Internal Medicine, Henry J. Binder, M.D.
1990  Student Summer Research Fellowship- American Gastroenterological Association, Yale School of Medicine, Department of Internal Medicine, Henry J. Binder, M.D.
1991  Commonwealth Fellowship in Academic Medicine, National Medical Fellowship, Inc., (Declined Award)
1992  Yale Research Fellowship, Yale School of Medicine, Department of Internal Medicine, Henry J. Binder, M.D.
1998  Mini-fellow to 1998 Annual Meeting of American Psychiatric Association, Program for Minority Research Training in Psychiatry, NIMH grant
1998  Mini-fellow to 1998 Annual Meeting American College of Neuropsychopharmacology, Program for Minority Research Training in Psychiatry, NIMH/APA grant
1999  Travel Award Annual Meeting American College of Neuropsychopharmacology Program for Minority Research Training in Psychiatry, NIMH/APA grant
1999  Research Fellow- APA Lilly
1999  Research Fellow- APA/ Program for Minority Research Training in Psychiatry
2000  Travel Award Annual Meeting American College of Neuropsychopharmacology, Program for Minority Research Training in Psychiatry, NIMH/APA grant
2000  Research Fellow- APA/ Program for Minority Research Training in Psychiatry

Professional Recognition:
| | | |
|---|---|---|
| 1991 | Student Research Prize (Second) | American Gastroenterological Association |
| 1998 | Certificate of Appreciation | Chief Resident - Bronx VA Medical Center |
| 1999 | Marcel Heiman Memorial Award for Outstanding Research | Dept. of Psychiatry - Mount Sinai Medical Center |
| 1999 | Laughlin Fellow | American College of Psychiatrists |
| 2004 | Visiting Fellow in ECT | Duke University Medical Center |
| 2004 | Senior Investigator | Mind & Life Institute: 1st Annual Summer Research Institute |

Professional Memberships:
American Medical Association 1990- present
American Psychiatric Association 1996- present
Black Psychiatrists of America 1998- present
The African American and Latino Physicians at MSMC 1998-2001
Association of Women Psychiatrists 2001 to present
Society of Biological Psychiatry Associate Member 2000- present
Association for Convulsive Therapy 2004 to present

Elected Offices/ Committees:
Student National Medical Association - Yale Chapter Chairperson, Social Committee & Member, Recruitment Committee, 1988-90
SNMA Yale Chapter, Member 1988-95
SNMA National Chapter, Member 1990-95
Yale Fencing Alumni Association, Member 1988-present
Sigma Delta Epsilon, Graduate Women in Science, Inc., Omega Chapter Member,1990-95
Academic Mentorship Program, Mentor, 1990
Yale Minority Medical Association, Member 1993-95

**Diedre A. Reynolds, M.D.**

Publications:
Peer-Reviewed Journal Articles:
**Reynolds, D.A.**, Rajendran, V.M., Binder, H.J. Butyrate transport in rat distal colon basolateral membrane vesicles (BLMV): evidence for bicarbonate butyrate exchange. (Abstract) Gastroenterology, 1991; 100: A838.

**Reynolds, D.A.**, Rajendran, V.M. Binder, H.J. Bicarbonate stimulated [14C] butyrate uptake in basolateral membrane vesicles of rat distal colon. Gastroenterology, 1993; 105: 725-732.

New, A.S., Sevin, E.M. Mirtopoulou, V., **Reynolds, D.**, Novotny, S.L.. Callahan, A. Trestman R.L. Siever L.J. Serum cholesterol and impulsivity in personality disorders. Psychiatry Research, 1999; 85: 145-150.

New, A.S., Woo-Ming, A., Mitropoulou, V., Silverman, J., **Reynolds, D.**, Schopick, F., Trestman, R.L. Siever L.J. Serotonin and the prediction of response time to fluoxetine in patients with mild depression. Psychiatry Research, 1999; 88:89-93.

Lees-Roitman, S.E., Mitropoulou, V., Keefe, R.S., Silverman, J.M. Serby M., Harvey, P.D., **Reynolds, D.A.,** Mohs, R.C. Siever, L.J. Visuospatial working memory in schizotypal personality disorder patients. Schizophrenia Research, 2000; 41(3): 447-55.

New A.S., Hazlett E.A., Buchsbaum, M.S., Goodman, M., **Reynolds, D.A.** Mitropoulou, V., Sprung, L., Shaw, R.B. Jr., Koenigsberg, H.W. Platholi J., Silverman, J., Siever, L.J. Blunted prefrontal cortical 18 fluorodepxyglucose positron emission tomography response to meta- chlorophenylpiperazine in impulsive aggression. Archives of General Psychiatry, 2002; 59 (7): 621-629

Koenigsberg, H.W. **Reynolds, D.**, Goodman, M., New, A., Mitropoulou, V., Trestman R. Silverman, J., Siever L.J. Risperdone in the treatment of schizotypal personality disorder. Journal of Clinical Psychiatry. 2003; 64: 628-634.

Chapters:
Siever L.J. Koenigsberg, H., **Reynolds, D.A.** The Neurobiology of Personality Disorder: Implications for a Neurodevelopmental Model. In "Neurodevelopmental mechanisms in psychopathology" Edited by Dante Cicchetti, PhD, Elaine Walker PhD., Cambridge University Press, Cambridge, MA. 2003.

Abstracts:
**Reynolds, D.A.**, Rajendran, V.M. Binder, H.J. Butyrate transport in rat distal colon basolateral membrane vesicles (BLMV): evidence for bicarbonate butyrate exchange. (Abstract) Gastroenterlology, 1991; 100: A838.

Siever L.J. Buchsbaum, M.S., New, A.S., Hazlett, E.A., Grossman, R., **Reynolds, D.** Serotonergic responsiveness in impulsive/aggressive personality disorders. Abstract of the Fifty-Fifth Annual Meeting of the Society of Biological Psychiatry, Vol 47, Abstract # 22, 2000.

3

**Diedre A. Reynolds, M.D.**

Abstracts (continued):
**Reynolds, D.**, Mitropoulou, V., New, A.S., Siever L.J. lpsapirone as a serotonergic probe in personality disorder patients. Abstract of the Fifty-fifth Annual Meeting of the Society of Biological Psychiatry, Vol. 47, Abstract# 472, 2000.

Koenigsberg, H.W., Goodman, M., Lekarev, 0., Mitropoulou, V., **Reynolds, D.**, New, A.S., Siever LJ Risperdone in the treatment of schizotypal personality disorder. Abstract of the Fifty-Fifth Annual Meeting of the Society of Biological Psychiatry, Vol. 47, Abstract # 546, 2000.

Siever L.J., New, A.S., Buchsbaum, M.S., Hazlett, E.A. Goodman, M., **Reynolds, D.A.**, Koenigsberg H. W. Imaging the serotonin system in personality disorder patients. Annual Meeting of the American Psychiatric Association. Symposia #6E, 2000.

**Reynolds, D.**, New, A.S., Goodman, M., Mitropoulou, V., Siever L.J. Serotonergic and noreadrenergic systems response to low and high dose venlafaxine. Abstract of the 39th Annual Meeting of the American College of Neuropsychopharmacology Page 299, 2000.

**Reynolds, D.A.**, New, A.S., Mitropoulou, V., Siever L.J. Biologic response of personality disorder patients to the serotonergic probe ipsapirone. Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 161, 2001.

Goodman, M., Mitropoulou, V., New, A., Koenigsberg, H., **Reynolds, D.**, Breier, A., Elman, I., Siever L.J. Frontal cortex dysfunction and subcortical doparninergic activity in schizophrenia spectrum. Abstract of the Fifty -Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 195, 2001.

Koenigsberg, H.W. Goodman, M., **Reynolds, D.**, Mitropoulou, V., Trestman R., Kirrane R., New, A.S., Anwunah, I., Siever L.J. Risperdone in the treatment of schizotypal personality disorder. Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 415,2001.

**Reynolds, D.A.**, New, A.S., Goodman, M., Mitropoulou, V., Siever L.J. Baseline serotonergic and noreadrenergic function in depression and response to low versus high dose venlafaxine. Abstract of the Fifty-Sixth Annual Meeting of the Society of Biological Psychiatry, Vol. 49, Abstract# 583, 2001.

New, A.S., Hazlett, E.A., Buchsbaum, M.S., Goodman, M., **Reynolds, D.**, Mitropoulou, V., Siever L.J. Blunted prefrontal cortical response to m-CPP in impulsive aggression. Abstract of the 40th Annual Meeting of the American College of Neuropsychopharmacology, Page 218, 2001.

Presentations:
**Reynolds, D.A.**, Rajendran, VIM., Binder, H.J. Butyrate transport in rat distal colon basolateral membrane vesicles (BLMV): evidence for bicarbonate butyrate exchange. (Poster Session on Epithelial Transport), Digestive Disease Week, AGA Annual Meeting, May 1991.

**Diedre A. Reynolds, M.D.**

Presentations (continued):
**Reynolds, D.A.**, Rajendran, V.M. Binder, H.J. Bicarbonate stimulated [14C] butyrate uptake in basolateral membrane vesicles of rat distal colon. (Poster Session) Student Research Day, Yale School of Medicine, May 1995.

**Reynolds, D.A.**, Mitropoulou, V., New, A., Siever L.J. lpsapirone as a serotonergic probe in personality disorders. (Poster Session) ARA Annual Meeting, May 1999.

**Reynolds, D.A.**, New, A.S., Buchsbaum, M., Hazlett, E., Mitropoulou, V. Goodman, M., Siever L.J. M-CPP PET in impulsive aggressive personality disorders. (Poster Session) APA Annual Meeting, May 2000.

**Reynolds, D.A.**, Mitropoulou, V., New, A., Siever L.J. lpsapirone as a serotonergic probe in personality disorder patients. (Poster Session) Society of Biological Psychiatry Annual Meeting, May 2000.

**Reynolds, D.A.**, New, A.S., Goodman, M., Mitropoulou, V., Siever, L.J. Serotonergic and noradrenergic systems: response to low and high dose venlafaxine. (Poster Session) American College of Neuropsychopharmacology Annual Meeting, December 2000.

Work in Progress:
**Reynolds, D.A.**, Mitropoulou, V., New, A., Siever L.J. Ipsapirone as a serotonergic probe in personality disorders. (Manuscript)

**Reynolds, D.A.**, New, A.S., Goodman, M., Mitropoulou, V. Siever L.J. Baseline serotonergic and noradrenergic function in depression and response to low versus high dose venlafaxine. (Manuscript)

Invited Presentations:
"Biology of Impulsivity & Personality Disorder' Biopsychiatry Course, Beth Israel Medical Center, New York, New York; November 17, 1999

**Diedre A. Reynolds, M.D.**

Current Job Description:
Psychiatric Physician, Bristol Hospital Counseling Center
    Responsibilities include:

- General adult outpatient psychiatric evaluation and treatment;
- Clinical supervision of clinical therapeutic staff (LICSWs, MSW Psychology Interns)
- Cross-coverage responsibilities include provision of psychiatric services to:
    - Bristol Hospital Adult Partial Hospitalization Program and Day Treatment Program
    - Bristol Hospital Evening Chemical Dependence Program
    - Bristol Hospital Mental Health Unit
    - Bristol Hospital General Hospital Consultation Services

- On Call Coverage responsibilities include all of the above in addition to telephone coverage for patients in the private practice of Bristol Psychiatric Services and Dr. Kenneth Bean.

Job Description while at Baystate Medical Center 2001 to 2004:
Staff Psychiatrist, Baystate Behavioral Health Associates (BBHA), Adult Outpatient Psychiatry.
    Responsibilities included:

- General adult outpatient psychiatric evaluation and treatment;
- Electroconvulsive Therapy (ECT) treatment and outpatient Pre-ECT psychiatric assessments;
- Interim Director of ECT Service (5/03 to 10/03);
- Psychiatric assessments and management of dual diagnosis patients at Sloan Clinic for Adult Drug and Alcohol Rehabilitative Services;
- Outpatient psychiatric consultation to the Vertical Banded-Gastric Bypass surgical team;
- Outpatient psychiatric consultation to the Department of Endocrinology;
- Clinical supervision for clinical nurse specialist at BBHA.
- Cross-coverage responsibilities include provision of psychiatric services to:
    - Baystate Adult Partial Hospitalization Program;
    - Carlson Recovery Center- Detox Program;
    - Baystate Child Partial Hospitalization Program;
    - Baystate Inpatient Adult Psychiatric Treatment Unit (APTU) (28 beds).

- On-call psychiatric coverage responsibilities include all of the above and the Inpatient Consultation Liason Service.

Hospital Committees
Academic Excellence Committee, Baystate Medical and Education Research Foundation (BMERF) Psychiatry Department Representative, 2001 to 2004

Resident and Student Teaching:
"Schizophrenia and Psychotic Disorders" Tufts Medical Student Clerkship Course, Baystate Medical Center, Springfield, Massachusetts; 2001 to 2004