UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., | ) | |
|     Plaintiff | ) | |
| v. | ) | DEFENDANTS' MOTION TO |
| | ) | PRECLUDE TESTIMONY BY |
| MASSACHUSETTS MUTUAL LIFE | ) | PLAINTIFF'S PROPOSED |
| INSURANCE COMPANY (a/k/a | ) | EXPERT WITNESSES |
| MASSMUTUAL FINANCIAL GROUP) | ) | |
| and DAVID L. BABSON & COMPANY, INC. | ) | |
| (a/k/a DAVID L. BABSON AND COMPANY), | ) | |
|     Defendants | ) | |

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(B) and 37(c)(1), defendants Babson Capital Management, LLC (formerly David L. Babson & Company) and Massachusetts Mutual Life Insurance Company ("the Defendants"), hereby move to preclude plaintiff from presenting testimony at trial by Diedre Reynolds, M.D. or Alan Siegel, L.I.C.W., identified by plaintiff as expert witnesses. The defendants' Memorandum in Support of Defendants' Motion to Preclude Testimony By Plaintiff's Proposed Expert Witnesses, stating why this motion should be allowed, is filed herewith.

Dated: November 4, 2005

The Defendants,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY and
DAVID L. BABSON & COMPANY, INC.
By Their Attorneys:

/s/ Katherine A. Robertson
Francis D. Dibble, Jr. - BBO No. 123220
Katherine A. Robertson - BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel:  (413) 781-2820
Fax: (413) 272-6804

Certificate of Compliance with Local Rule 7.1

    Pursuant to Local Rule 7.1(A)(2), I hereby certify that on November 4, 2005, I conferred with counsel for plaintiff by telephone and attempted in good faith to resolve or narrow the issues presented in this motion.

/s/Katherine A. Robertson
Katherine A. Robertson

Certificate of Service

    I hereby certify that a true copy of the above document was served electronically November 4, 2005.

/s/Katherine A. Robertson
Katherine A. Robertson