UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., ) | |
|     Plaintiff ) | |
| v. ) | |
| ) | MASSMUTUAL'S |
| MASSACHUSETTS MUTUAL LIFE ) | MOTION FOR |
| INSURANCE COMPANY (a/k/a ) | SUMMARY JUDGMENT |
| MASSMUTUAL FINANCIAL GROUP) ) | |
| and DAVID L. BABSON & COMPANY, INC. ) | |
| (a/k/a DAVID L. BABSON AND COMPANY), ) | |
|     Defendants ) | |

    The defendant, Massachusetts Mutual Life Insurance Company ("MassMutual"), pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment on all counts in the complaint of plaintiff, Isaac Williams, Jr.  As grounds for this motion, MassMutual states that there is no genuine issue of material fact and it is entitled to judgment as a matter of law.  Further support for this motion is set forth in the MassMutual's Statement of Material Facts Not In Dispute and MassMutual's Memorandum in Support of Motion for Summary Judgment, which are filed herewith.

Request for Oral Argument

MassMutual believes that oral argument may be of assistance to the Court and hereby requests that this motion be heard on a date and at a time convenient to the Court.

The Defendant,
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY
By Its Attorneys:

Dated:  November 4, 2005
/s/ Katherine A. Robertson
Francis D. Dibble, Jr. - BBO No. 123220
Katherine A. Robertson - BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel:  (413) 781-2820
Fax: (413) 272-6804

Certificate of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on November 4, 2005, I conferred with counsel for plaintiff by telephone and attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ Katherine A. Robertson
Katherine A. Robertson

Certificate of Service

I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on November 4, 2005.

/s/ Katherine A. Robertson
Katherine A. Robertson

310585