# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>    Plaintiff )<br>v. )<br>     )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>    Defendants ) | AFFIDAVIT<br>OF JAMES<br>MASUR |

I, James Masur, hereby depose and state:

1.  I am a Managing Director and Chief Financial Officer of Babson Capital Management, LLC (formerly David L. Babson & Company, Inc.) ("Babson"). I am making this affidavit as a keeper of Babson's financial and related records and in consultation with counsel to establish certain facts relevant to a motion for summary judgment in the captioned matter.

2.  Babson was founded as an investment management firm by David L. Babson in or around 1940. Massachusetts Mutual Life Insurance Company ("MassMutual") acquired Babson in or around 1995.

3.  In 2000 and through 2002, when plaintiff Isaac Williams, Jr. was employed by Babson, David L. Babson & Company Inc. was a Massachusetts business corporation that was an indirect majority-owned subsidiary of MassMutual. Certain employees of Babson owned stock and stock options in DLB Acquisition Corporation, which was Babson's immediate parent corporation.

4. MassMutual employees have not been a majority on Babson's Board of Directors since MassMutual acquired Babson.

5. Babson complied with all corporate formalities, including making required filings with the Massachusetts Secretary of State and the Securities and Exchange Commission ("SEC").

6. Babson and MassMutual had separate and distinct businesses and presented themselves to regulators, clients and prospective clients as separate and distinct entities. Babson was an SEC-registered investment advisor providing investment management services to institutional investors, corporate and public pension plans, endowments, mutual funds, hedge funds, insurance companies, high net worth individuals and other capital market participants. Under the terms of an investment management agreement between Babson and MassMutual, Babson managed the investments, for, among other accounts, MassMutual's general investment account.

7. MassMutual's annual report showed that its core businesses included its domestic life insurance business; its annuity business; its disability income insurance business; its large corporate market business; and its retirement services division.

8. Babson staffed and maintained its own finance department that handled all aspects of Babson's financial operations, including budgeting, producing stand-alone audited financial statements, processing invoices, generating bills, authorizing expense payments and maintaining bank accounts in Babson's name. Babson's bank accounts were not commingled with MassMutual's bank accounts.

9. Babson kept business records separate from MassMutual's business records, including, for example, client contracts and client statements.

10. Babson was responsible for setting its own sales goals and determining its own marketing strategies. To this end, Babson had its own employees responsible for marketing and advertising, client services, sales, and internal and external corporate communications.

11. Babson is solvent and capable of meeting its financial obligations.

Signed under the penalties of perjury this 19th day of October 2005.

/s/ James Masur  
James Masur  
Chief Financial Officer

#309047