# EXHIBIT 2

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03 CV 11470 MAP

ISAAC WILLIAMS, JR.

VS.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.

DEPOSITION OF: STUART REESE, taken before Rebekah J. Johnson, Registered Merit Reporter, Notary Public, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the offices of Philbin & Associates, Inc., 959 Main Street, Springfield, Massachusetts 01103, on March 15, 2005, commencing at 9:15 a.m.

APPEARANCES:
(Please see page 2)

COPY

Rebekah J. Johnson
Registered Merit Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    general sense, again, there are always business

2    issues and people issues in any business.  I'm

3    really not quite sure what you are ~~tying~~ *trying* to get

4    at.

5         Q.    (BY MR. BRISTOL)  I'm not really

6    trying to get at anything.  I'm trying to

7    establish generally if there was any type of

8    conflict between the two offices that you

9    recall.

10        A.    I do not recall conflict.  I think

11   it's important to remember that the context --

12   what time frame are you speaking of again, I'm

13   sorry?

14        Q.    2000.

15        A.    January 1 of 2000 is when we combined,

16   we took the investment organization out of

17   MassMutual and merged into the David L. Babson

18   company.  There were certainly a lot of what I

19   would call normal management issues of bringing

20   two organizations together throughout 2000.  I

21   would not describe it as a conflict.  I think

22   any time you bring organizations together there

23   are a lot of business issues to resolve.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    did have with Sue Alfano?

2        A.    I don't recall specifically.

3        Q.    Do you recall what was discussed with

4    Sue Alfano?

5        A.    I have some recollections, yes.

6        Q.    Can you tell me what those

7    recollections are?

8        A.    I recall I actually approached Sue

9    initially, telling her that it was unlikely in

10   my mind that David L. Babson had a continuing

11   need for the kind, for the job that Isaac was

12   doing at least for a period of time, and that I

13   thought he was a person with some very good

14   skill sets and that it would be valuable to at

15   least try to retain him in the organization,

16   the organization broadly defined as MassMutual.

17   I thought Sue would have an ability to look for

18   opportunities in MassMutual organizations and

19   help find those that I couldn't do from my

20   position.

21       Q.    You mentioned that Babson would not

22   have that need for a period of time; is that

23   correct?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      A.     Yes, Babson went through a, when we

2   merged the two organizations together we had a

3   strong need to let the world know what we were

4   doing, and we had a strong need to communicate

5   the events internally.  But as the

6   organization, as time passed it became very

7   clear that the need for communicating strongly

8   with the outside world would not be very

9   significant.  There certainly would still have

10   to be communication with the outside world on a

11   lot that was going on but a much different

12   level and intensity than what we had done when

13   we first put this together.  We needed the firm

14   to evolve before we really spent time on that.

15   And also a lot of the internal communications

16   items became more of a process as opposed to

17   something that had to be created, so I think

18   the need for that position was going away.

19   That's my recollection.

20      Q.     You said when we first put this

21   together, are you referencing the position of

22   director of corporate communications?

23      A.     No, I was referencing taking the

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    investment <sub>organization</sub> out of MassMutual and merging it

2    into the David L. Babson company when we first

3    did that merge.

4        Q.    Did you have any involvement in the

5    creation of the position of the director of

6    corporate communications?

7        A.    Can you be more specific?

8        Q.    Was that something that you felt was

9    needed going into 2000 as a result of this

10    merger?

11        A.    What I felt was needed was

12    communication, strong communications with the

13    outside world what we were doing and strong

14    communication inside the company on what we

15    were doing, and I felt it was up to Kevin then

16    to structure that role.  I didn't have a

17    specific feeling about what that might be.

18        Q.    According to this e-mail, Isaac's

19    reporting relationship was to change and he was

20    to begin reporting directly to you.

21        A.    That is my recollection.

22        Q.    And was that change implemented?

23        A.    My recollection is that it was

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    all came to my attention after he had been

2    informed of the job elimination.

3        Q.    The final bullet point here reads,

4    "Four-six months window, two senior people

5    helping find other opportunities."  Do you

6    remember informing Isaac of those things at

7    your meeting regarding job elimination?

8        A.    I don't remember the specifics on the

9    time.  We said before six to nine months, and I

10   wasn't sure but that was in the memo, but this

11   is four to six months.  I think we are

12   referring to the same memo.  I don't recall

13   specifically what window was mentioned to him.

14       Q.    And what was your understanding of

15   what Isaac would do during that time window,

16   whether it be the four to six or six to nine

17   months?

18       A.    Work on special projects I assigned

19   him as well as network inside the company and

20   outside the company looking for another job.

21       Q.    Did you have any special projects in

22   mind at the time the job was eliminated?

23       A.    I don't recall.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      Q.    And after the meeting where you

2    informed Isaac of his job elimination, the next

3    meeting -- strike that.

4          You recall having one other meeting

5    after that?

6      A.    I said I have a vague recollection I

7    believe it was after that that Isaac came to me

8    and informed me of some of these issues.

9      Q.    And do you remember generally the time

10   period in which that happened?

11     A.    Only the recollection that I believe

12   it occurred after we had the discussion on the

13   job elimination.  I don't recall exactly when

14   that was.

15     Q.    Do you recall if it was a period of

16   months after that?

17     A.    No, I think it was, my recollection is

18   it was fairly shortly after that.

19     Q.    A period of weeks?

20     A.    I think that's potentially consistent

21   with my memory.  I don't know exactly how long

22   it was.

23     Q.    Again, I'm not trying to trap you on

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947