# EXHIBIT 4

1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2
                Civil Action No. 03 CV 11470 MAP
 3


 4    ISAAC WILLIAMS, JR.

 5    VS.

 6    MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et
      al.
 7


 8

      DEPOSITION OF:  SUSAN MOORE, taken before
 9    Rebekah J. Johnson, Registered Merit Reporter,
      Notary Public, pursuant to Rule 30(b)(6) of the
10    Federal Rules of Civil Procedure, at the
      offices of Philbin & Associates, Inc., 959 Main
11    Street, Springfield, Massachusetts 01103, on
      April 19, 2005, commencing at 1:00 p.m.
12


13


14


15
      APPEARANCES:                          COPY
16    (Please see page 2)

17


18


19

                        Rebekah J. Johnson
20                      Registered Merit Reporter

21


22


23
```

959 MAIN STREET    PHILBIN & ASSOCIATES, INC.    (413) 733-4078
4TH FLOOR                                        Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                            FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

8

1  to let this go too far beyond the scope of this
2  area.  Briefly.
3          MR. BRISTOL:  I understand.
4      Q.   (BY MR. BRISTOL)  Can you answer that
5  question?
6      A.   I'm familiar with some of the
7  responsibilities that Isaac had.
8      Q.   Can you tell me briefly what those
9  were?
10         MS. ROBERTSON:  I'm going to
11 repeat my objection.
12     Q.   (BY MR. BRISTOL)  You can answer.
13     A.   He was responsible for public
14 relations, advertising, e-commerce, some
15 community activities, and event planning.
16     Q.   Did there come a time in 2002 when
17 there was a decision made to eliminate that
18 position?
19     A.   Yes, there did.
20     Q.   And do you know when that decision was
21 made?
22     A.   I believe it was in the February time
23 frame.

959 MAIN STREET  
4TH FLOOR  
SPRINGFIELD, MA 01103  

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078  
Pittsfield: (413) 499-2231  
FAX: (413) 734-4588  

Serving the legal community of Massachusetts since 1947

1  opportunities that might have existed for a
2  position for Isaac within MassMutual.
3     Q.   So she would not have been involved in
4  the actual decision to eliminate that position?
5     A.   Could you say that one more time for
6  me?  I'm sorry.
7          MR. BRISTOL:  Could you just
8  repeat that question.
9       (Reporter read back as requested.)
10         THE WITNESS:  Correct, she would
11 have had input into it
12    Q.   (BY MR. BRISTOL)  Input into what, I'm
13 sorry?
14    A.   The decision.
15    Q.   But her input would have been limited?
16    A.   Sure.
17    Q.   And can you just tell me one more time
18 what her input would have been?
19    A.   She had input regarding opportunities
20 for other positions within MassMutual for
21 Isaac.
22    Q.   And do you know what input Stuart
23 Reese would have had into the decision that was

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                            Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  made to eliminate the position?
2      A.    Stu would have had decision-making
3  responsibilities along with Kevin McClintock.
4      Q.    Would it have been Stu Reese's
5  decision to eliminate the position?
6      A.    It would have been a collaborative
7  decision between Kevin McClintock and Stu
8  Reese.
9      Q.    Do you know who originally came up
10 with the idea to eliminate the position?
11     A.    I'm unsure of the sequence of events
12 as to who originated the idea, but it would
13 have been based on input from Kevin McClintock
14 and Ed Bickford also.
15     Q.    Do you know if Mr. McClintock and
16 Mr. Reese met to discuss the elimination of the
17 position?
18     A.    I'm unsure of if they met or if they
19 had conversations over the phone.
20     Q.    But there was some sort of discussions
21 between Mr. McClintock and Mr. Reese regarding
22 the elimination?
23     A.    Correct.

959 MAIN STREET    PHILBIN & ASSOCIATES, INC.    (413) 733-4078
4TH FLOOR                                        Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                            FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   Q.   Do you know how many discussions
2   occurred between the two of them?
3   A.   I'm unsure of the exact number of
4   conversations that took place.
5   Q.   You also mentioned that Ed Bickford
6   may have had some input into decision.
7   A.   Correct.
8   Q.   Do you know the extent of Mr.
9   Bickford's input into that decision?
10  A.   His input would have consisted of
11  information regarding the needs of the
12  organization and input regarding the role and
13  skills that Isaac had relative to the needs of
14  the organization.
15  Q.   Are you familiar with a gentleman by
16  the name of Gary Wentlandt?
17  A.   I am familiar with the name.
18  Q.   Do you know if he had any role in the
19  decision to eliminate this position?
20          MS. ROBERTSON:  I object to the
21  form of the question.  Mr. Wentlandt ceased to
22  be employed by any entity of MassMutual since
23  1990.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1        MS. ROBERTSON: I object to the
2   form of the question.
3        THE WITNESS: It was not the sole
4   reason that his position was eliminated.
5   Q.   (BY MR. BRISTOL) But it was one of
6   the reasons?
7   A.   It was a factor in the decision.
8   Q.   Just so we're clear, can you provide
9   the factors that you say did relate to the
10  decision to eliminate the position?
11  A.   There were some functions that were no
12  longer required, those being public relations,
13  advertising and some community relations work.
14  There were some functions that could be
15  reassigned to other individuals, such as event
16  planning. And there were some functions that
17  Isaac's role or his skill set he didn't have,
18  such as the Web site.
19  Q.   Are there any other examples of a
20  skill set that Isaac lacked? You mentioned the
21  Web site. Are there other examples other than
22  the Web site?
23  A.   Not that I have right now.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  there.

2  Q.   (BY MR. BRISTOL)  Do you know what his
3  position was in 2002?

4  A.   He was a director of institutional
5  marketing.

6  Q.   Do you know when he was hired for that
7  position?

8  A.   He was hired on May 8, 2002.

9  Q.   And that hiring occurred after the
10 elimination of Mr. Williams' position?

11 A.   Correct.

12         MS. ROBERTSON:  I object to the
13 form of the question.

14         THE WITNESS:  After Isaac was
15 notified of the position elimination.

16 Q.   (BY MR. BRISTOL)  Was Mr. Rocheteau
17 hired to assume the responsibilities of the
18 position of director of corporate
19 communications?

20 A.   No, he was not.

21 Q.   Can you tell me what Mr. Rocheteau's
22 responsibilities were in 2002?

23 A.   In 2002 Mr. Rocheteau was responsible

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   for the development of presentation materials
2   to institutional clients.  He was also
3   responsible for the development of other
4   written marketing materials.
5       Q.   Do you know what type of written
6   marketing materials he was preparing?
7       A.   He was responsible for the development
8   and production of product brochures from a
9   content format and design perspective.  He was
10  responsible for quarterly fund reports.  He was
11  responsible for newsletters to clients.  He was
12  responsible for responding to requests from
13  clients.  And he would actually develop the
14  marketing materials in support of the sales
15  area.
16      Q.   Is that it?
17      A.   He was also responsible for the Web
18  site from a content format and marketing
19  direction perspective.
20      Q.   Did you discuss with Mr. Rocheteau his
21  job responsibilities in 2002?
22      A.   Yes, I did.
23      Q.   And do you know when you had that

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1   discussion with him?
 2       A.    Approximately a little over a week ago
 3   or perhaps last week.
 4       Q.    You said that he was responsible for
 5   the development of presentation materials to
 6   institutional clients.
 7       A.    Correct.
 8       Q.    Do you know what that would involve?
 9       A.    It would involve working with
10   individuals within the organization, being able
11   to understand what our investment products are
12   and how we manage them, having to have the
13   ability to understand the asset management
14   business, and then be able to put it into
15   presentation format for our institutional
16   clients.
17       Q.    When you say the institution, what are
18   you referring to?
19       A.    If you were to go out and sell
20   products that Babson manages to outside
21   clients.
22       Q.    Is the institution Babson itself?
23       A.    The institutional client sales would
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   believe that was the question and I believe the
2   answer was nobody was hired to fulfill his
3   responsibilities, and Ms. Moore wanted to
4   supplement that answer.
5              THE WITNESS:  In January of 2004
6   we did hire a director of communications.
7       Q.    (BY MR. BRISTOL)  When you said we
8   hired, was that Babson?
9       A.    I'm sorry, Babson.
10      Q.    And can you tell me that person's
11  name?
12      A.    Marty McDonough.
13      Q.    And is Mr. McDonough still employed by
14  Babson?
15      A.    Yes, he is.
16      Q.    And do you know his full title?
17      A.    I believe it's director of
18  communications.
19      Q.    And is that the same position that Mr.
20  Williams held?
21             MS. ROBERTSON:  I'm going to
22  object to the form of the question.  I'm also
23  going to object on the grounds that questions

959 MAIN STREET           PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                                 Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                     FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947