# EXHIBIT 5

1

1          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
2

3

4

5    ISAAC WILLIAMS, JR.              C.A. No. 03CV11470 MAP

6    VS.

7    MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
     (a/k/a MASSMUTUAL FINANCIAL GROUP) and
8    DAVID L. BABSON & COMPANY, INC.,
     (a/k/a DAVID L. BABSON AND COMPANY)

9

10

11

12          DEPOSITION OF:  SUSAN MOORE, taken before
         Laurie A. Monaghan, Certified Shorthand Reporter,
         Registered Professional Reporter and Notary Public,
13       pursuant to Rule 30(b)(6) of the Federal Rules of
         Civil Procedure, at the offices of Philbin &
14       Associates, 959 Main Street, Springfield,
         Massachusetts, on March 18, 2005, commencing
15       at 1:05 p.m.

16

17

18

     APPEARANCES:
19
     (SEE PAGE 2)
20

21

22

                    Laurie A. Monaghan
23               Certified Shorthand Reporter
               Registered Professional Reporter

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                              Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

              Serving the legal community of Massachusetts since 1947

27

1           form of the question.

2                THE WITNESS: I don't know what -- well, I

3           don't know what she was referring to there, in

4           that sentence.

5      Q.   (By Mr. Bristol) And then you responded in

6    another email to Nancy Roberts, is that correct?

7      A.   Correct.

8      Q.   And you thanked her for the update?

9      A.   Mm-hmm.

10     Q.   And then you stated, "We can talk live, but I'm

11   curious or perhaps just confused as to why we would

12   provide a 6 to 9 month notice period." Can you tell me

13   why you were confused as to the provision of a 6 to 9

14   month notice period?

15     A.   Sure. Typically, when there is a situation when

16   there's going to be a position elimination, the standard

17   period of time is usually 60 days, so I was curious as to

18   why we would be giving Isaac longer than the 60 day notice

19   period.

20     Q.   Okay. Did you come to learn why you were going

21   to provide Isaac with longer than the 60 day notice

22   period?

23     A.   Yes, after talking with Nancy, I did obtain that

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                                 Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

28

1    information.

2        Q.    And can you tell me why that was?

3        A.    The information was that Stu Reese had wanted to

4    provide Isaac with a longer than normal period of time to

5    help him find a place, another position within MassMutual.

6        Q.    So, would providing a 6 to 9 month notice period

7    to someone be a benefit to them?

8        A.    Yes, it would.

9        Q.    What types of things would a person do during

10   that 6 to 9 month period?

11       A.    It would vary on the situation.  During a 60 day

12   period, the typical period, people would be networking and

13   looking for other opportunities within the company.

14       Q.    And at the top email, did you receive that

15   email?

16       A.    Yes, I did.

17       Q.    Can you tell me who that was from?

18       A.    That was from Nancy Roberts.

19       Q.    And she indicates that you would talk live?

20       A.    Correct.

21       Q.    Did there come a time when you talked live to

22   Nancy Roberts?

23       A.    Yes.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      Q.   And what did you discuss?

2      A.   She shared with me that there was a genuine

3   concern to give Isaac ample opportunity to find something

4   within the MassMutual family.

5      Q.   Did she indicate why you needed to talk live

6   about that?

7                MS. ROBERTSON: I object to the form of the

8           question.

9                THE WITNESS: No.

10     Q.   (By Mr. Bristol) Do you know why something like

11  that would need to be discussed live?

12               MS. ROBERTSON: I object to the form of the

13          question.

14               THE WITNESS: I think it was better at this

15          point to just have face-to-face conversation,

16          and that's why that was there.

17     Q.   (By Mr. Bristol) I'll show you what's going to

18  be marked as Plaintiff's Exhibit 4.

19               (Plaintiff's Exhibit 4, Feedback Form, is

20          marked for identification).

21     Q.   (By Mr. Bristol) Do you recognize Exhibit 4?

22     A.   I believe it was a document that Isaac received

23  from Ed Bickford.

959 MAIN STREET        PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                          Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

47

1   an investigation into an allegation regarding Isaac's

2   conduct at the University of Virginia?

3                MS. ROBERTSON: I'm going to object to the

4            form of the question.  You can answer.

5                THE WITNESS: Can you repeat that again?

6        Q.   (By Mr. Bristol) Did there come a time when you

7   investigated an allegation regarding Isaac's conduct at

8   the University of Virginia?

9                MS. ROBERTSON: I object to the form of the

10           question.  You can answer.

11               THE WITNESS: Yes.

12       Q.   (By Mr. Bristol) Can you tell me what that

13  investigation related to?

14       A.   The investigation related to a student's

15  complaint that Isaac had behaved in an inappropriate

16  manner with her.

17       Q.   Do you know what you did in regards to that

18  investigation, what action you took?

19       A.   Yes.

20       Q.   Can you tell me what actions you did take?

21       A.   We certainly got all of the information from the

22  student, from individuals at UVA.  We met with a number of

23  people to check into the information that was presented to

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

# EXHIBIT 6

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.                    C.A. No. 03CV11470 MAP

VS.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.,
(a/k/a DAVID L. BABSON AND COMPANY)

DEPOSITION OF:  NANCY ROBERTS, taken before
Laurie A. Monaghan, Certified Shorthand Reporter,
Registered Professional Reporter and Notary Public,
pursuant to Rule 30(b)(6) of the Federal Rules of
Civil Procedure, at the offices of Philbin &
Associates, 959 Main Street, Springfield,
Massachusetts, on March 18, 2005, commencing
at 10:05 a.m.

APPEARANCES:

(SEE PAGE 2)

Laurie A. Monaghan
Certified Shorthand Reporter
Registered Professional Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

29

1   references?

2        A.    Yes.   In the course of job elimination, we

3   typically would provide a notice period, as I mentioned

4   earlier, to give an individual the opportunity to look for

5   a new position.

6        Q.    And was there a standard notice period that was

7   given?

8        A.    Our practice typically is 60 days.

9        Q.    Okay.   And Sue Moore was indicating to you

10  apparently that she was confused as to the 6 to 9 month

11  period in this case?

12       A.    It appears that's what she's saying, yes.

13       Q.    In the next email directly above that, can you

14  tell me what that is?

15       A.    Yes, it's from me to Susan Moore, dated Tuesday,

16  February 12th, 2002, subject Isaac Williams.

17       Q.    And in that you say simply, "We'll talk live,"

18  and then there's a dotted line, "more to this story."   Can

19  you tell me what you meant by that?

20       A.    What I recall was referencing the fact that,

21  again, going back to the initial information from Susan

22  Alfano, indicating that we would be providing a longer

23  period of time for Isaac, essentially a longer notice

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1    period, that Stu was very much interested in providing as

 2    much opportunity and support to Isaac to find a position;

 3    so thus, the 6 to 9 month period that was under

 4    discussion.

 5         Q.   So, when you say "More to this story," can you

 6    say again what you were referring to there?

 7              MS. ROBERTSON: I object to the form of the

 8              question.  That's a question that she just

 9              answered.

10              THE WITNESS: Again, it was really the

11              circumstances surrounding the job elimination

12              and the fact that we would be departing from

13              what would be normally a much shorter notice

14              period.

15         Q.   (By Mr. Bristol) Was there any reason that you

16    had to talk live about that?

17              MS. ROBERTSON: Object to the form of the

18              question.

19              THE WITNESS: I really -- there was, you

20              know, there were a number of ways I would

21              communicate with people.  I don't know whether I

22              was scheduled to meet with her.  I don't know.

23         Q.   (By Mr. Bristol) So, your answer is you don't
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947