# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>        Plaintiff )<br>v. )<br> )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>        Defendants ) | AFFIDAVIT<br>OF JACQUELINE<br>MAURER |

I, Jacqueline Maurer, hereby depose and state as follows:

1.  I am employed by Babson Capital Management LLC (formerly David L. Babson & Company Inc.) ("Babson") as a Managing Director.

2.  In or around June 2003, Babson initiated a project, under the direction of William Glavin, its new Chief Operating Officer, to review its corporate strategies, product distribution and business models. Nine teams of employees focused on various functional issues, such as product distribution strategy, human resources strategy and branding strategy. Within Babson, the project was referred to the Everest Initiative. One of the project teams was known as the "branding team".

3.  Following completion of the Everest Initiative, I was given the responsibility of implementing the branding team's initiative. Among other significant recommendations made by the team, which included changing the name "David L. Babson & Company Inc." to "Babson Capital Management LLC," and developing ways to promote the brand, the team recommended that Babson create the position of Director

of Corporate Communications to focus on promoting the Babson brand and developing a new corporate identity and image.

    4.    In or around January 2004, Babson implemented the branding team's staffing recommendation and hired Martin McDonough as Babson's new Director of Corporate Communications.

Signed under the penalties of perjury this 26th day of October 2005.

                            /s/ Jacqueline Maurer

#310992