# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

ISAAC WILLIAMS, JR.,            )
    Plaintiff            )
v.                              )
                                )
MASSACHUSETTS MUTUAL LIFE       )    AFFIDAVIT OF
INSURANCE COMPANY (a/k/a        )    CAROLINE MANDEVILLE
MASSMUTUAL FINANCIAL GROUP)     )
and DAVID L. BABSON & COMPANY, INC. )
(a/k/a DAVID L. BABSON AND COMPANY), )
    Defendants

I, Caroline Mandeville, hereby depose and state:

1. In 2002, I was employed by Massachusetts Mutual Life Insurance Company ("MassMutual") as the College Relations Manager. I was responsible for managing the undergraduate recruitment program. I am making this affidavit based on my personal knowledge and the contents of certain documents provided to me by the University of Virginia, and in consultation with counsel to establish certain facts I have been told are relevant to the defendants' motions for summary judgment in the captioned matter.

2. In or around February 2002, Isaac Williams and I visited the University of Virginia on a marketing and recruiting trip.

3. Mr. Williams was asked to visit the University of Virginia by a colleague who was unable to make the trip.

4. Mr. Williams' role was to interview potential applicants for employment at MassMutual and also to be a guest speaker in a class sponsored by MassMutual.

5. While Mr. Williams was at the University of Virginia, he met a female student, T. J., and obtained her e-mail address.

6. On March 27, 2002, I received a telephone call from James McBride, a member of the University of Virginia's career services organization. Mr. McBride told me that the University had received a complaint from T. J. that she had been the target of inappropriate communications from Mr. Williams. Mr. McBride told me that the University was taking the allegations as very serious, that Mr. Williams should never return to the University on behalf of MassMutual or be on campus for any reason, and that a letter of apology from MassMutual would be necessary.

7. Mr. McBride provided me with copies of e-mails from Mr. Williams to T. J. as well as a memorandum summarizing telephone calls T. J. said Mr. Williams had made to her.

8. The documents showed that:

- **On March 21, 2002**, Mr. Williams sent T. J. an e-mail asking for a telephone number where he could reach her. T. J. provided a telephone number by e-mail. According to T. J., Mr. Williams telephoned her three times on March 21st. The first time, he asked her to meet him in New York City for lunch. He asked where she lived and whether her boyfriend would be angry if they met. He told T. J. that he had wanted to speak with her after his February 26, 2002 presentation at the University, but he did not want Caroline to know. (Mr. Williams presumably was referring to me as I also was present during the class.) He told T. J. that he knew there was something different about her. He mentioned during the conversation that he was going to close his office door. According to T. J., Mr. Williams called her twice more on March 21st and left messages, but she did not return his calls. Also on this date, Mr. Williams sent T. J. an e-mail indicating that it had been great talking to her. She responded: "same here. Talk to you soon."

- **On March 22, 2002**, Mr. Williams sent T. J. an e-mail message saying: "Hope to see you soon."

- **On March 25, 2002,** according to T. J., Mr. Williams called her again. Mr. Williams asked about the man who answered the phone and said he thought perhaps he should have hung up. He said he told the person who answered the phone that he was from MassMutual so the person would not think anything. Mr. Williams told T. J. that he went to New York a lot and asked when he was going to see her. T. J. became uncomfortable during this conversation.

- **On March 26, 2002**, Mr. Williams sent T. J. an e-mail asking her to send him a picture of herself via e-mail.

2

9. The information from the University showed that, around this point, T. J. called one of her teachers because she was concerned about the e-mails and other communications from Mr. Williams and that, on March 27, 2002, T. J. met with her teacher, D. M., and they reviewed Mr. Williams' communications with T. J.

10. On March 27, 2002, T. J. sent the following e-mail to Mr. Williams:

> I am requesting that ALL communications from you to me cease from this point forward. It is my opinion and that of my COMM 200 Instructor, Ms. [D.M.] that your communication with me has been of an inappropriate nature and therefore, I have become increasingly uncomfortable with these correspondences. If you fail to honor this request and continue to contact me, I will pursue the necessary channels to ensure my right to privacy. If you have any questions concerning this request, please contact [D.M.] to discuss your concerns at [telephone number omitted]."

11. True and accurate copies of the documents provided to me by the University of Virginia are attached hereto as Exhibit A.

12. In 2002, my manager was Debra Wojcik. I told Ms. Wojcik about the telephone call from Mr. McBride and gave Ms. Wojcik the documents I had received from Mr. McBride.

Signed under the penalties of perjury this 24th day of October, 2005.

　　　　　　　　　　　　　　　　　　　／s／ Caroline Mandeville
　　　　　　　　　　　　　　　　　　　Caroline Mandeville

305907

3

# EXHIBIT A

Communication with Isaac Williams:

Not sure how he got your email address and not sure how he knew her last name.

Phone Call on 3/21:
Request that she meet him in NY for lunch.
Asked where she lives.
"If I meet up with you, your boyfriend isn't going to be mad."
"Wanted to talk to you after the presentation, but I left quickly and didn't want Caroline to know."
Asked where she was from and mentioned "I knew there was something different about you."
"Let me close my office door."

Tried to call back twice on 3/21.
Left a message.
She didn't call back.

Phone Call on 3/25 at 10:00am:
"There was a guy that answered the phone and I thought maybe I should hang up."
"I just said I was from MassMutual so that he wouldn't think anything."
(At this point, she started to get uncomfortable and began responding with just yes or no)
Asked about going to church.
"When am I going to see you. I go to NY a lot."


Communication with Student and Denise:
Received call from Student on Tuesday, 3/26 at 5:15 pm
Expressed her concern with correspondences/communications with Mr. Williams.

Met with Student on Wednesday, 3/27 at 9:30am
Drafted an email to send to Mr. Williams (please see attached.)

Denise responded to two phone calls from Mr. Williams concerning this situation on 3/27.
Denise followed up with Dean of McIntire Students Services, Rebecca Leonard and Allison Teweles in McIntire's External Affairs Division (primary point of contact for MassMutual).

MM000073

| Reply | Reply to all | | Delete | Show full headers | | <- Read previous |
| Forward | | | Read next -> | | | |

**From:** "Williams, Isaac" <IWilliams@dlbabson.com>
**To:** [REDACTED]@virginia.edu' <[REDACTED]@virginia.edu>
**Time:** Thu, 21 Mar 2002 09:16:00 -0500
**Subject:** ?

Please give me a number where I can call you. If you forgot, I am the individual that gave the presentation on personal finances. Please respond.

Isaac Williams Jr.
Director of Corporate Communications

REDACTED

| Reply | Reply to all | | Delete | Show full headers | | <- Read previous |
| Forward | | | Read next -> | | | |



**From:** "Williams, Isaac" <IWilliams@DLBabson.com>
**To:** ▮▮▮▮▮▮▮▮ '<▮▮▮@cms.mail.virginia.edu>
**Time:** Thu, 21 Mar 2002 12:56:54 -0500
**Subject:** RE:

It was great talking with you. IW

-----Original Message-----
**From:** ▮▮▮▮▮▮ [mailto:▮▮▮@cms.mail.virginia.edu]
**Sent:** Thursday, March 21, 2002 11:59 AM
**To:** Williams, Isaac; '▮▮▮@virginia.edu'
**Subject:** Re:

You can call me at 434-963-4701 . If you don't reach me there you can leave a message for me at 434-243-3871 and I will get back in touch with you ASAP.

-▮▮▮





Reply | Reply to all | Delete | Show full headers | <- Read previous
Forward | Read next ->

**From:** "Williams, Isaac" <IWilliams@DLBabson.com>
**To:** ' ▓▓▓▓▓▓▓▓ ' <▓▓▓@cms.mail.virginia.edu>
**Time:** Fri, 22 Mar 2002 12:28:18 -0500
**Subject:** RE:

Hope to see you soon

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓ [mailto:▓▓▓@cms.mail.virginia.edu]
Sent: Thursday, March 21, 2002 5:02 PM
To: Williams, Isaac
Subject: RE:

same here. Talk to you soon
-▓▓▓

--

Reply | Reply to all | Delete | Show full headers | <- Read previous
Forward | Read next ->

REDACTED



**From:** "Williams, Isaac" <IWilliams@DLBabson.com>
**To:** '████████' <███@cms.mail.virginia.edu>
**Time:** Tue, 26 Mar 2002 13:49:43 -0500
**Subject:** RE:

HOW ARE YOU TODAY? CAN YOU SEND ME A PICTURE VIA E-MAIL?

-----Original Message-----
From: ████████ [mailto:███@cms.mail.virginia.edu]
Sent: Thursday, March 21, 2002 5:02 PM
To: Williams, Isaac
Subject: RE:

same here. Talk to you soon
-███

--

REDACTED

https://www.mail.virginia.edu/mail/0/main-tBf5vwhc        3/27/2002

```
From:           Williams, Isaac
Sent:           Wednesday, March 27, 2002 11:09 AM
To:                    '@virginia.edu'
Subject:        FW: Request
```

FYI

-----Original Message-----
From: Williams, Isaac
Sent: Wednesday, March 27, 2002 11:09 AM
To:         '@cms.mail.virginia.edu'
Subject: RE: Request


          let me first apologize for what has transpired. I have spoken with        and
also apologized to her. It was not my intention to make you feel uncomfortable. As I
explained to        some students' have stayed in contact with me after my visit.  I will
honor your wish.  I wish you great success as you continue your education and career. Good
luck finding a summer job.  Again, am sorry for any inconvenience this may have caused
you.

-----Original Message-----
From:        @cms.mail.virginia.edu [mailto        @cms.mail.virginia.edu]
Sent: Wednesday, March 27, 2002 9:44 AM
To: Williams, Isaac
Subject: Request


Mr. Williams,
I am requesting that ALL communications from you to me cease from
this point forward.  It is my opinion and that of my COMM 200
Instructor,                that your communication with me has
been of an inappropriate nature and therefore, I have become
increasingly uncomfortable with these correspondences.  If you fail
to honor this request and continue to contact me, I will pursue the
necessary channels to ensure my right to privacy.  If you have any
questions concerning this request, contact           to discuss your
concerns at



**REDACTED**

1

APR-04-2002 10:18        MASS MUTUAL                                               P.08

## Jim McBride

From: "M―――, D―――" <―――@forbes2.comm.virginia.edu>
To: <mcbride@virginia.edu>
Sent: Thursday, March 28, 2002 1:03 PM
Subject: FW: Request

Jim,
Thanks for your phone call. This document wasn't included with the others and I thought you might like to have it as well. It's the apology email Mr. Williams sent to the student.
Thanks,
D―――

-----Original Message-----
From: Williams, Isaac [mailto:IWilliams@dlbabson.com]
Sent: Wednesday, March 27, 2002 11:09 AM
To: '―――@virginia.edu'
Subject: FW: Request

FYI

-----Original Message-----
From: Williams, Isaac
Sent: Wednesday, March 27, 2002 11:09 AM
To: '―――@cms.mail.virginia.edu'
Subject: RE: Request

―――, let me first apologize for what has transpired. I have spoken with D――― and also apologized to her. It was not my intention to make you feel uncomfortable. As I explained to D――― some students have stayed in contact with me after my visit. I will honor your wish. I wish you great success as you continue your education and career. Good luck finding a summer job. Again, am sorry for any inconvenience this may have caused you.

-----Original Message-----
From: ―――@cms.mail.virginia.edu [mailto:―――@cms.mail.virginia.edu]
Sent: Wednesday, March 27, 2002 9:44 AM
To: Williams, Isaac
Subject: Request

Mr. Williams,
I am requesting that ALL communications from you to me cease from this point forward. It is my opinion and that of my COMM 200 Instructor, Ms. D――― M―――, that your communication with me has been of an inappropriate nature and therefore, I have become increasingly uncomfortable with these correspondences. If you fail

03/28/2002

APR-04-2002 10:19        MASS MUTUAL                              P.09

to honor this request and continue to contact me, I will pursue the necessary channels to ensure my right to privacy. If you have any questions concerning this request, contact Ms. M█████ to discuss your concerns at 434.924.7937.

REDACTED

03/28/2002
** TOTAL PAGE.10 **