UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                          C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS AND MOTION TO STRIKE EXPERT TESTIMONY OF DEFENDANTS

Plaintiff, Isaac Williams Jr. ("Williams"), hereby moves that this Court enlarge to the time in which he may file his opposition to the Summary Judgment Motions and Motion to Strike Plaintiff's Expert Witness recently presented in this matter by the Defendants, up to and including Friday, January 13, 2006.

In support whereof, Plaintiff (through counsel) averse that such additional time is needed to make a reasoned and complete respond to these lengthy, detailed, voluminous submissions (see pleadings and exhibits electronically filed by counsel for the Defendants) for the following reasons:

1.      An associate of this firm and had been admitted in this action, <u>pro hac vice</u>. That Associate handled most of the discovery in this case and all matters pertaining to expert witnesses and designations.

2.      The Associate in question was given specific instructions pertaining to the prospective resolution of this matter and repeatedly thereafter made assurances that action was being taken in that regard. As it turned out, he did not do so. On Thursday, November 3, 2005, such Associates abruptly announced his resignation from his position without furnishing a

specific timetable for his departure. He was requested to furnish information concerning all files and to assist in responding to outstanding issues related to the same.

3. On the morning of Wednesday, November 9, 2005 (less than four full business days after announcing his resignation), the Associate turned in his keys to the office with a sketchy summary of his cases and terminated his association with Plaintiff's counsel's firm.

4. The Associate's listing of cases did not include any information pertaining to this and/or several other matters. Moreover, several of the cases that he was handling were left in a posture requiring that emergency remedial work take place.

5. The departed Associate's case load has had to be handled by the several remaining attorneys in Plaintiff's counsel's firm and his replacement will not be beginning until the last days of this month.

Defense counsel has been contacted prior to submission of this motion and advised that she would agree to no more than a two (2) week extension of time, claiming that this would be "reasonable" in her (unilateral) opinion.

Your undersigned counsel for the Plaintiff has had an extremely heavy, previously-scheduled work load during the month of November and anticipates that this will continue through the middle of December. That schedule includes compliance with discovery deadlines in other cases pending before the United States District Court for the District of Massachusetts, evidentiary hearings in emergency matters before state courts, and the added impact of a portion of the departed Associate's case load. Combined with some reasonable time for the holiday season and in consideration of the fact that only the Plaintiff's rights would be prejudiced if this additional time, were not allowed, Plaintiff respectfully request that this motion be granted and

that the time for him to respond to such motions be enlarged up to and including January 13, 2006.

                                            Isaac Williams, Jr.,
                                            By his attorney,

                                            /s/ John B. Reilly
                                            John B. Reilly, Esq.
                                            (BBO # 545576)
                                            John Reilly & Associates
                                            Summit West – Suite 330
                                            300 Centerville Road
                                            Warwick, Rhode Island  02886
                                            (401) 739-1800
                                            FAX:  (401) 738-7528

## **CERTIFICATION**

     The undersigned certifies that a copy of the foregoing was sent to **Katherine A. Robertson, Esq.**, Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Ste. 2700, Springfield, Massachusetts 01115 on this  23rd   day of November, 2005.


                                            /s/ John B. Reilly