UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                                C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### STIPULATION OF WITHDRAWAL AND APPEARANCE OF COUNSEL

In the above entitled matter, it may be entered that Patrick S. Bristol, Esq. hereby withdraws his appearance and John B. Reilly, Esq. continues his appearance for plaintiff, Isaac Williams, Jr.

| | |
|---|---|
| Patrick S. Bristol, Esq. (Pro Hac Vice) | John B. Reilly, Esq. (BBO # 545576) |
| John Reilly & Associates | John Reilly & Associates |
| Summit West - Suite 330 | Summit West – Suite 330 |
| 300 Centerville Road | 300 Centerville Road |
| Warwick, Rhode Island 02886 | Warwick, Rhode Island 02886 |
| (401) 739-1800 | (401) 739-1800 |

### CERTIFICATION

The undersigned certifies that a copy of the foregoing was sent to **Katherine A. Robertson, Esq.**, Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Ste. 2700, Springfield, Massachusetts 01115 on this ___ day of November, 2005.