UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ISAAC WILLIAMS, JR.** : | |
| : | |
| v. : | C.A. No. 03 CV 11470 MAP |
| : | |
| MASSACHUSETTS MUTUAL LIFE : | |
| INSURANCE COMPANY (a/k/a : | |
| MASSMUTUAL FINANCIAL GROUP) : | |
| and DAVID L. BABSON & COMPANY, : | |
| INC. (a/k/a DAVID L. BABSON AND : | |
| COMPANY) : | |

**PLAINTIFF'S EMERGENCY MOTION TO FURTHER ENLARGE TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS AND MOTION TO STRIKE EXPERT TESTIMONY OF DEFENDANTS**

Plaintiff, Isaac Williams Jr. ("Williams"), hereby moves that this Court on an emergency basis to further enlarge to the time in which he may file his opposition to the Summary Judgment Motions and Motion to Strike Plaintiff's Expert Witness recently presented in this matter by the Defendants, up to and including Friday, January 20, 2006.

In support whereof, Plaintiff (through counsel) avers that such additional time is needed to make a reasoned and complete response to these lengthy, detailed, voluminous submissions (see pleadings and exhibits electronically filed by counsel for the Defendants) for the following reasons:

1. In light of the high volume of exhibit pages that the Plaintiff is preparing to submit with the attendant Objections and memoranda, the amount of time needed to compile and convert these pages into a format that can be electronically filed with the Court will necessarily go beyond the close of business on January 13, 2006.

Defense counsel has been contacted prior to submission of this Motion and has indicated that they do not intend to file an opposition to the present Motion.

The Plaintiff is aware that this Court had previously Ordered no further continuances and requests that the Court consider this present Motion on an Emergency basis which will allow the Plaintiff's filings to be made properly in accordance with the Court's filing rules. Wherefore, the Plaintiff respectfully requests that his Motion be granted and that the time for him to respond to such motions be enlarged up to and including January 20, 2006, or other such time as this Court deems appropriate under the circumstances.

Isaac Williams, Jr.,
By his attorney,

 /s/ Michael F. Drywa, Jr.
Michael F. Drywa, Jr., Esq.
(BBO # 642654)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island  02886
(401) 739-1800
FAX:  (401) 738-7528

**CERTIFICATION**

The undersigned certifies that a copy of the foregoing was sent to **Katherine A. Robertson, Esq.**, Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Ste. 2700, Springfield, Massachusetts 01115 on this  13th   day of January, 2005.

 /s/ Michael F. Drywa, Jr.