UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                                                         C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**ENTRY OF APPEARANCE OF COUNSEL**

  In the above-entitled matter, it may be entered that Michael F. Drywa, Jr., Esq. hereby enters his appearance as co-counsel for plaintiff, Isaac Williams, Jr.

                /s/ Michael F. Drywa, Jr.
                Michael F. Drywa, Jr., Esq. (BBO# 642654)
                John Reilly & Associates
                Summit West - Suite 330
                300 Centerville Road
                Warwick, Rhode Island 02886
                (401) 739-1800
                Fax: (401) 738-0258