UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR., : | |
|     Plaintiff : | |
| v. : | C.A. No. 03 CV 11470 RCL |
| : | |
| MASSACHUSETTS MUTUAL LIFE : | |
| INSURANCE COMPANY (a/k/a : | |
| MASSMUTUAL FINANCIAL GROUP) : | |
| and DAVID L. BABSON & COMPANY, INC. : | |
| (a/k/a DAVID L. BABSON AND COMPANY), : | |
|     Defendants : | |

**OBJECTION OF PLAINTIFF, ISAAC WILLIAMS, JR., TO
MOTION OF DEFENDANT, MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Isaac Williams, Jr., hereby objects to Defendant, Massachusetts Mutual Life Insurance Company's Motion for Summary Judgment and as grounds therefor, and in support thereof, files a Memorandum of Law contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this honorable court deny the Defendant's Motion in its entirety.

                                          ISAAC WILLIAMS, JR.
                                        By his attorney,

                                        /s/ John B. Reilly, Esq.
                                        John B. Reilly, Esq.
                                        BBO #545576
                                        Michael F. Drywa, Jr.
                                        BBO #642654
                                        John Reilly & Associates
                                        Summit West - Suite 330
                                        300 Centerville Road
                                        Warwick, Rhode Island 02886
                                        (401) 739-1800
                                        Fax: (401) 738-0258

Dated:   January 20, 2006