UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.,
    Plaintiff
v.

C.A. No. 03 CV 11470 RCL

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY (a/k/a
MASSMUTUAL FINANCIAL GROUP)
and DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY),
    Defendants

### PLAINTIFF'S STATEMENT OF FACTS FOR WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED – MASSMUTUAL'S MOTION FOR SUMMARY JUDGMENT

In accordance with Massachusetts District Court Local Rule 56.1, the Plaintiff in the above captioned matter hereby submits the following enumerated Statement of Facts for which there exists a genuine issue to be tried.

1. At all times during the Plaintiff's employment with Defendants MassMutual/Babson, Nancy Roberts was employed in the corporate human resources department and at the time of the Plaintiff's termination, held the title of Vice President of Corporate Human Resources. (Roberts Dep. at 8)[1]

2. Susan Moore was employed by MassMutual in 1989 as a Human Resources Consultant until her switch to Defendant Babson in or around April, 2002. (Moore Dep. at 7)[2]

3. At or around the time that Ms. Moore moved to Babson, she was supervised by Ms. Roberts. (Moore Dep. at 8)

4. At or around April, 2002, after Ms. Moore became an employee of Babson, Ms. Roberts continued to provide oversight and counsel to Ms. Moore. (Roberts Dep. at 9)

---

[1] A copy of the relevant portions of Ms. Roberts' deposition transcript is attached hereto as Exhibit 1.
[2] A copy of the relevant portions of Ms. Moore's deposition transcript are attached hereto as Exhibit 2.

5. In e-mail correspondences between Ms. Moore and Ms. Roberts in or around early, 2002, the circumstances regarding the elimination the Plaintiff's position at Babson were detailed and included references to discussion with Stu Reese, Babson's CEO. (e-mails dated Feb. 11, 12, 2002)[3]

Plaintiff,
ISAAC WILLIAMS, JR.
By His Attorney,

/s/ John B. Reilly
John B. Reilly
BBO# 545576
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 739-1800
(401) 738-0258 (Fax)

---

[3] The referenced e-mails are attached hereto as Exhibit 3.