1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.                    C.A. No. 03CV11470 MAP

VS.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.,
(a/k/a DAVID L. BABSON AND COMPANY)

DEPOSITION OF: NANCY ROBERTS, taken before Laurie A. Monaghan, Certified Shorthand Reporter, Registered Professional Reporter and Notary Public, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, at the offices of Philbin & Associates, 959 Main Street, Springfield, Massachusetts, on March 18, 2005, commencing at 10:05 a.m.

APPEARANCES:

(SEE PAGE 2)

Laurie A. Monaghan
Certified Shorthand Reporter
Registered Professional Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

8

1  and in 1995, Connecticut Mutual; and in conjunction with
2  the merger with MassMutual in 1996, I've been working for
3  MassMutual since then.
4     Q.  So, from 1996 to today, you've been working for
5  MassMutual?
6     A.  That's correct.
7     Q.  And what roles have you held at MassMutual
8  during that time period?
9     A.  All of them have been in the Corporate Human
10 Resources area, various roles with increasing
11 responsibility over the years, sort of covering the
12 waterfront of employee relations, policy related.
13    Q.  And what is your current position with
14 MassMutual?
15    A.  I'm head of the Human Resources organization,
16 Senior Vice President of Corporate Human Resources.
17    Q.  Taking you to the year of 2002, what was your
18 position at that time?
19    A.  2002, up until August, I was Vice President of
20 Corporate Human Resources, and as of August I became
21 Senior Vice President and head of Corporate Human
22 Resources.
23    Q.  So, you received a promotion in August of 2002?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

9

1    A.    That's correct.

2    Q.    In 2002, did you supervise Susan Moore?

3    A.    I wouldn't describe it as supervising. Perhaps for the early part of it, when she was part of MassMutual, she was in the organization that was under my accountability, and then as I recall, I think she moved to David L. Babson in April of that year.

8    Q.    When she moved to David L. Babson, did your supervisory position in relation to her change?

10    A.    Yes.

11    Q.    And what did it become after her move?

12    A.    In her capacity for David L. Babson, she reported up through the David L. Babson management chain. We had a services agreement for which we provided some oversight and counsel, so from time to time I would interact with Sue on that basis.

17    Q.    Okay. So, it was no longer a direct supervisory role at that point?

19    A.    That's correct.

20    Q.    And who was your supervisor in 2002?

21    A.    Susan Alfano.

22    Q.    What was her position?

23    A.    Executive Vice President, and she had

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947