1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.           C.A. No. 03CV11470 MAP

VS.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.,
(a/k/a DAVID L. BABSON AND COMPANY)

DEPOSITION OF: SUSAN MOORE, taken before Laurie A. Monaghan, Certified Shorthand Reporter, Registered Professional Reporter and Notary Public, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, at the offices of Philbin & Associates, 959 Main Street, Springfield, Massachusetts, on March 18, 2005, commencing at 1:05 p.m.

APPEARANCES:

(SEE PAGE 2)

Laurie A. Monaghan
Certified Shorthand Reporter
Registered Professional Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

6

1  Okay?

2  A. Sure.

3  Q. And finally, if you need a break, let me know,
4  and I'd be happy to accommodate you with that.

5  A. Thank you.

6  Q. Okay. Could you just give me a little bit of
7  your educational background, from high school on?

8  A. Sure. I attended Cathedral high school in
9  Springfield, Massachusetts, graduated in 1976, and I am
10 currently enrolled at Bay Path College in Longmeadow,
11 working on my Bachelors for Executive Business Management.

12 Q. Can you give me your employment history?

13 A. I've been employed with the MassMutual Financial
14 Group since -- well, I was employed by MassMutual March
15 8th, 1989.

16 Q. Okay. And in what position did you start with
17 MassMutual?

18 A. In Human Resources.

19 Q. What were your responsibilities?

20 A. When I originally started, I was responsible for
21 Worker's Compensation, short-term disability, long-term
22 disability.

23 Q. Did you have a position or a title?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

7

1   A.   At the time it probably was an Employment
2   Consultant.
3   Q.   And did that position change?
4   A.   Over the years it grew.
5   Q.   Can you tell me how it grew?
6   A.   After a couple of years as an Employment
7   Consultant, I took on recruiting for various lines of
8   business within MassMutual, took over responsibilities for
9   employee relations and organizational development,
10  learning and training.  The role grew into an H.R.
11  generalist role.
12  Q.   Do you know when that was?
13  A.   Probably around 1992, perhaps.
14  Q.   And this was still with MassMutual?
15  A.   Correct.
16  Q.   Are you still an H.R. generalist today?
17  A.   I'm a Managing Director, Director of Human
18  Resources for Babson Capital Management.
19  Q.   And when did you make the switch from MassMutual
20  to Babson?
21  A.   In April of 2002.
22  Q.   Was there a reason for that change?
23  A.   It was an opportunity to advance my career.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

8

```
 1      Q.   Okay.  So, at the beginning of 2002, you were
 2  still with MassMutual?
 3      A.   Correct.
 4      Q.   What was your position then?
 5      A.   I was a Human Resources consultant.
 6      Q.   And what were your responsibilities at that
 7  point?
 8      A.   Employee relations, staffing, general training
 9  and development for two business units within MassMutual.
10      Q.   And in the beginning of 2002, who was your
11  direct supervisor?
12      A.   Nancy Roberts.
13      Q.   Okay.  Over the course of your career -- well, I
14  guess we should limit it maybe from 2000 on, have you
15  received training in Human Resource fields?
16      A.   Yes.
17      Q.   What types of training have you received?
18      A.   Various Society for Human Resource programs,
19  various seminars.
20      Q.   And what types of things did they cover?
21      A.   Learning -- you know, to be better at what you
22  do, learning to be more proactive as a strategic business
23  partner.
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947