Moore, Susan

**From:** Roberts, Nancy
**Sent:** Monday, February 11, 2002 5:28 PM
**To:** Moore, Susan
**Subject:** RE: FYI

**Sensitivity:** Private

Sue, thanks for the information. Good coaching on Isaac's bonus. From what Sue tells me, Stu was thinking of a job elim for Isaac if another position couldn't be found for him. Having said that, they never mentioned a zero bonus or non-performance. (He really just doesn't seem to be in the right job -- and Gary hired him not Stu --- ). I don't know anything more -- and I'm a little surprised to hear about the performance review. I will check in with Sue to see if she has had any further indication form anyone on possible placement for Isaac.....

Nancy

-----Original Message-----
**From:** Moore, Susan
**Sent:** Monday, February 11, 2002 3:46 PM
**To:** Roberts, Nancy
**Subject:** FYI
**Sensitivity:** Private

Nancy,

I was reviewing the DLB STI bonus payments as they relate to the employees receiving zero or employees who received a significant bonuses last year and zero bonus this year. Isaac Williams was on the list (last year $45,000 and this year $0). In conversation with Frank Tarantino he alluded to the fact that Isaac was reporting to Kevin McLintock in Cambridge and that Stu and Sue Alfano were working on something for him. I suggested his bonus should be revisited relative to his performance during the year. The bonus has since been changed to $15,000. In addition, I've received a call from Isaac wanting to discuss the performance review he received and feels is unfair.

Just wanted to keep you informed.......

Susan A. Moore
Human Resource Consultant
CHR - F026
(413) 744-5660 External
4-5660 Internal
Fax # (413) 744-8436
Email: smoore@massmutual.com

# Moore, Susan

| | |
|---|---|
| From: | Roberts, Nancy |
| Sent: | Tuesday, February 12, 2002 5:17 PM |
| To: | Moore, Susan |
| Subject: | RE: Isaac Williams |
| | |
| Sensitivity: | Confidential |

we'll talk live -- more to this story.....

-----Original Message-----
| | |
|---|---|
| From: | Moore, Susan |
| Sent: | Tuesday, February 12, 2002 10:50 AM |
| To: | Roberts, Nancy |
| Subject: | RE: Isaac Williams |
| Sensitivity: | Confidential |

Nancy,

Thanks for the update....we can talk "live" but I'm curious or perhaps just confused as to why we would provide a 6-9 month notice period?

Susan A. Moore
Human Resource Consultant
CHR - F026
(413) 744-5660 External
4-5660 Internal
Fax # (413) 744-8436
Email: smoore@massmutual.com

-----Original Message-----
| | |
|---|---|
| From: | Roberts, Nancy |
| Sent: | Tuesday, February 12, 2002 10:20 AM |
| To: | Moore, Susan |
| Subject: | FW: Isaac Williams |
| Importance: | High |
| Sensitivity: | Confidential |

HI Sue, here's the latest !!!

Let's discuss -- I told Sue about your involvement and that Isaac is coming to see you about the performance review -- I also told Sue I'm surprised they dinged him on the performance at this point !!

Let's discuss. I will plan on including you in the meeting with Stu.
Thanks
Nancy

-----Original Message-----
| | |
|---|---|
| From: | Alfano, Susan |
| Sent: | Tuesday, February 12, 2002 8:28 AM |
| To: | Roberts, Nancy |
| Cc: | Reese, Stu |
| Subject: | Isaac Williams |
| Importance: | High |

1

MM000015

Nancy,
Would you set up a meeting to meet with Stu Reese. We're going to proceed with the job elim for Isaac. Here's how we want to approach it.

His reporting relationship will change -- he will report directly to Stu.
For the next six - nine months he'll work on special projects assigned by Stu.
During that time he'll be free to conduct an internal as well as external job search
I have spoken to Jim Miller and he's agreed to give him careful consideration -- he's more optimistic about placement if Isaac would accept an AVP position. This would seem doable from a comp perspective -- he's earning just above $100,000 and will not receive a bonus this year.

Isaac should be notified of this decision and the planned approach in writing.

Once you've met with Stu let me know if there are any outstanding issues.
Sue

MM000016