UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ISAAC WILLIAMS, JR., : | | |
|     Plaintiff : | | |
| v. : | | C.A. No. 03 CV 11470 RCL |
| : | | |
| MASSACHUSETTS MUTUAL LIFE : | | |
| INSURANCE COMPANY (a/k/a : | | |
| MASSMUTUAL FINANCIAL GROUP) : | | |
| and DAVID L. BABSON & COMPANY, INC. : | | |
| (a/k/a DAVID L. BABSON AND COMPANY), : | | |
|     Defendants : | | |

### OBJECTION OF PLAINTIFF, ISAAC WILLIAMS, JR., TO MOTION OF DEFENDANT, DAVID L. BABSON & COMPANY, INC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Isaac Williams, Jr., hereby objects to Defendant, David L. Babson & Company, Inc.'s Motion for Summary Judgment and as grounds therefor, and in support thereof, files a Memorandum of Law contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this honorable court deny the Defendant's Motion in its entirety.

                                                    ISAAC WILLIAMS, JR.
                                                  By his attorney,

                                                  /s/ John B. Reilly, Esq.
                                                  John B. Reilly, Esq.
                                                  BBO #545576
                                                  Michael F. Drywa, Jr.
                                                  BBO #642654
                                                  John Reilly & Associates
                                                  Summit West - Suite 330
                                                  300 Centerville Road
                                                  Warwick, Rhode Island 02886
                                                  (401) 739-1800
                                                  Fax: (401) 738-0258

Dated:   January 20, 2006