UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR., : | |
|     Plaintiff : | |
| v. : | C.A. No. 03 CV 11470 MAP |
| : | |
| MASSACHUSETTS MUTUAL LIFE : | |
| INSURANCE COMPANY (a/k/a : | |
| MASSMUTUAL FINANCIAL GROUP) : | |
| and DAVID L. BABSON & COMPANY, INC. : | |
| (a/k/a DAVID L. BABSON AND COMPANY), : | |
|     Defendants : | |

**OBJECTION OF PLAINTIFF, ISAAC WILLIAMS, JR., TO
DEFENDANTS' MOTION TO PRECUDE TESTIMONY
BY PLAINTIFF'S PROPOSED EXPERT WITNESSES**

    Plaintiff, Isaac Williams, Jr., hereby objects to Defendants Motion to Preclude Testimony by Plaintiff's Proposed Expert Witnesses and as grounds therefor, and in support thereof, files a Memorandum of Law contemporaneously herewith.

    WHEREFORE, Plaintiff respectfully requests that this honorable court deny the Defendants' Motion in its entirety.

                                                                   ISAAC WILLIAMS, JR.
                                                                   By his attorney,

                                                                   /s/ John B. Reilly, Esq.
                                                                   John B. Reilly, Esq.
                                                                   BBO #545576
                                                                   Michael F. Drywa, Jr.
                                                                   BBO #642654
                                                                   John Reilly & Associates
                                                                   Summit West - Suite 330
                                                                   300 Centerville Road
                                                                   Warwick, Rhode Island 02886
                                                                   (401) 739-1800
                                                                   Fax: (401) 738-0258

Dated:   January 20, 2006