UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS

V.

MASS MUTUAL LIFE INSURANCE                    CASE NO.  03-11470-MAP


### NOTICE OF HEARING

PONSOR
_____D.J._____

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON   ALL PENDING MOTIONS   ON MAY 31, 2006   AT   2:00  P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.


SARAH A. THORNTON,

CLERK OF COURT


_3/14/06_____          By:   /s/Elizabeth A. French_____

**Deputy Clerk**

**(Notice of Hearing.wpd - 3/7/2005)**

Case 3:03-cv-11470-MAP    Document 85    Filed 03/14/2006    Page 2 of 2