# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>        Plaintiff )<br>v. )<br>        )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>        Defendants ) | AFFIDAVIT OF COUNSEL<br>IN SUPPORT OF<br>MOTION TO STRIKE |

I, Katherine A. Robertson, hereby depose and state a follows:

1.    I am a partner at Bulkley, Richardson and Gelinas, LLP and a counsel of record for the defendants Babson Capital Management, LLC (formerly David L. Babson & Company, Inc.) ("Babson") and Massachusetts Mutual Life Insurance Company ("MassMutual") in this case. I am making this affidavit in support of Babson Capital Management, LLC's Motion to Strike (Memorandum Incorporated).

2.    On or around January 20, 2006, the opposition of plaintiff Isaac Williams, Jr. to Babson's Motion for Summary Judgment, and Plaintiff's Statement of Facts for Which There Exists a Genuine Issue to be Tried – Babson's Motion for Summary Judgment ("Plaintiff's Statement of Facts") were served electronically on defendants' counsel of record.

3.    No exhibits were served with Plaintiff's Statement of Facts.

4.    On or around April 28, 2006, I telephoned the Clerk's Office of the Federal District Court for the District of Massachusetts to verify whether plaintiff had ever filed exhibits to Plaintiff's Statement of Facts.

5.      I was told that plaintiff had filed exhibits with the Court and that the exhibits had not been scanned into the electronic record because of the way they were bound.

6.      My office obtained copies of the exhibits (with the exception of two exhibits that had been filed under seal) from the Clerk's Office on May 1, 2006.

Signed under the penalties of perjury this 15th day of May, 2006.

                                    /s/ Katherine A. Robertson
                                    Katherine A. Robertson