# EXHIBIT 4

1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4

 5   ISAAC WILLIAMS, JR.              C.A. No. 03CV11470 MAP

 6   VS.

 7   MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
     (a/k/a MASSMUTUAL FINANCIAL GROUP) and
 8   DAVID L. BABSON & COMPANY, INC.,
     (a/k/a DAVID L. BABSON AND COMPANY)
 9

10

11
         DEPOSITION OF:  SUSAN MOORE, taken before
12       Laurie A. Monaghan, Certified Shorthand Reporter,
         Registered Professional Reporter and Notary Public,
13       pursuant to Rule 30(b)(6) of the Federal Rules of
         Civil Procedure, at the offices of Philbin &
14       Associates, 959 Main Street, Springfield,
         Massachusetts, on March 18, 2005, commencing
15       at 1:05 p.m.

16

17

18
     APPEARANCES:
19
     (SEE PAGE 2)
20

21

22
                     Laurie A. Monaghan
23              Certified Shorthand Reporter
              Registered Professional Reporter
```

959 MAIN STREET       **PHILBIN & ASSOCIATES, INC.**       (413) 733-4078
4TH FLOOR                                                   Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                       FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

34

1       on the importance of the position, and he felt
2       it should report to Stu and Bob.
3   Q.  (By Mr. Bristol) Okay. And you said that was
4  the majority of what was talked about at that meeting?
5   A.  He did continue to talk about the discrepancy in
6  the performance review, and that he still could not
7  understand the reasons for the discrepancy.
8   Q.  Do you remember anything else that was discussed
9  at the meeting?
10  A.  No, I think without -- you know, having my
11  notes, I think that was the bulk of the conversation.
12  Q.  You did take notes at that meeting?
13  A.  Yes, I did.
14  Q.  I'll show you what we're going to mark as
15  Plaintiff's Exhibit 6.
16          (Plaintiff's Exhibit 6, Notes, is marked
17          for identification).
18  Q.  (By Mr. Bristol) As of the date of this meeting,
19  had you informed Isaac that his position was going to be
20  eliminated?
21  A.  No, I had not.
22  Q.  Do you know if anyone else had informed Isaac
23  that his position was going to be eliminated?

959 MAIN STREET    PHILBIN & ASSOCIATES, INC.    (413) 733-4078
4TH FLOOR                                        Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                            FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

35

```
 1        A.   Not at this point in time.
 2        Q.   And if we could just go through these, do you
 3   recognize Plaintiff's Exhibit 6?
 4        A.   Yes, I do.
 5        Q.   Can you tell me what it is?
 6        A.   These are notes from a meeting that I had with
 7   Isaac on March 11th, 2002.
 8        Q.   And this is your handwriting?
 9        A.   Yes, it is.
10        Q.   We can just start at the top, if you could just
11   read what that says, the first line?
12        A.   "Four years with the company."
13        Q.   Okay.  And that was something that Isaac relayed
14   to you?
15        A.   Correct.
16        Q.   Would all of these notes relate to things that
17   Isaac relayed to you during the meeting?
18        A.   Yes, it appears so.
19        Q.   Do you see the sentence that begins with
20   Director -- or "DIR of Comm."?
21        A.   Mm-hmm.
22        Q.   Can you tell me what that says?
23        A.   It says, "Director of Communications should
```

959 MAIN STREET    **PHILBIN & ASSOCIATES, INC.**    (413) 733-4078
4TH FLOOR                                            Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

36

1  report to CEO or President," and that was Isaac sharing
2  with me that he felt the Director of Communications
3  position was very important, and he felt that it should
4  report directly to Stu Reese or Bob Joyal.
5      Q.  And that was the concern that you had mentioned
6  earlier that Isaac had raised to you during this meeting?
7      A.  Correct.
8      Q.  And then can you read the next paragraph?
9      A.  "Can't find a reason why I'm not getting
10 recognition.  People say I'm doing a great job.  Website.
11 Public relations."
12     Q.  Okay.  And was that also something that Isaac
13 related to you?
14     A.  Yes, he did.
15     Q.  Then the next line?
16     A.  "I've requested to meet with Stu."
17     Q.  And that was the meeting that you had referred
18 to earlier that you said Isaac had requested with Stu
19 Reese?
20     A.  Correct.
21     Q.  And then the next paragraph?
22     A.  "I don't like the way Ed talks with me.  Says
23 things like, 'That's a good boy'".

959 MAIN STREET                                           (413) 733-4078
4TH FLOOR         PHILBIN & ASSOCIATES, INC.    Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

37

1  Q. And the final part of that is in quotes?

2  A. Mm-hmm.

3  Q. Was that a direct quote from Isaac?

4  A. Correct.

5  Q. Did you take that to have any racial overtones
6  to it?

7  A. Not in the context that Isaac was sharing the
8  information with me.

9  Q. Okay. Can you describe the context in which he
10 was sharing it?

11 A. Isaac was talking about the importance of the
12 position, again, you know, focusing on the fact that it
13 was a very important position, and that it should report
14 to the CEO or President. He was still struggling with the
15 fact that he felt he was doing a good job, that people
16 were telling him he was doing a good job, and that he was
17 still struggling with the discrepancy between his
18 evaluation of his performance versus Ed's evaluation of
19 his performance.

20     He said that he felt that at times Ed talked
21 down to him and said things like, "That's a good boy."
22 When I asked Isaac how often Ed said that to him, his
23 response was, "I can't remember, I think it was only

959 MAIN STREET  
4TH FLOOR  
SPRINGFIELD, MA 01103  

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078  
Pittsfield: (413) 499-2231  
FAX: (413) 734-4588  

Serving the legal community of Massachusetts since 1947

1   once," at which point I said that he should go back to Ed
2   and tell Ed that he doesn't like it when he talks with him
3   like that.  Isaac said, "I will do that," he said, "but
4   let me tell you about a vendor situation that I had no
5   control over."  He said, "I feel I was penalized for this
6   situation and rated lower when I had no control over it."
7   He said, "These are things and reasons why I think I
8   should report directly to Stu or Bob."
9       Q.  Okay.  And that is referenced in the next line
10  of your notes that says, "Talked about a vendor
11  situation"?
12      A.  Yes.
13      Q.  In your Human Resources training, have you been
14  taught to recognize certain terms which may be racially
15  derogatory?
16      A.  Yes.
17      Q.  Did you ever encounter the term "boy" as it
18  relates to African Americans?
19      A.  I've heard of that, yes.
20      Q.  Are you aware that it can be seen as a racial
21  slur in certain context?
22      A.  Correct.
23      Q.  But you did not feel that this context presented

959 MAIN STREET      PHILBIN & ASSOCIATES, INC.      (413) 733-4078
4TH FLOOR                                              Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                  FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

39

```
1    such a situation?
2         A.   Not in the context and the manner in which Isaac
3    was providing me with this information, no.
4         Q.   So, there was no investigation into Ed's conduct
5    in saying this?
6         A.   Not based on this meeting, no.
7         Q.   Okay.  Did you relay this information to anybody
8    else?
9         A.   No.
10        Q.   You were comfortable that there was no need for
11   an investigation at this point?
12        A.   Correct.
13        Q.   So, it stopped there?
14        A.   Correct.
15        Q.   After the sentence, "Talked about a vendor
16   situation," can you read that next line?
17        A.   "I want to report to Stu or Bob or Mike."
18        Q.   And Stu, would that be?
19        A.   That would be Stu Reese.
20        Q.   And Bob?
21        A.   That would be Bob Joyal.
22        Q.   Can you spell his last name?
23        A.   J-O-Y-A-L.
```

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.         (413) 733-4078
4TH FLOOR                                                  Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                      FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947