# EXHIBIT 5

1

1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
2

3

4

5   ISAAC WILLIAMS, JR.           C.A. No. 03CV11470 MAP

6   VS.

7   MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
    (a/k/a MASSMUTUAL FINANCIAL GROUP) and
8   DAVID L. BABSON & COMPANY, INC.,
    (a/k/a DAVID L. BABSON AND COMPANY)
9

10

11
         DEPOSITION OF: NANCY ROBERTS, taken before
12       Laurie A. Monaghan, Certified Shorthand Reporter,
         Registered Professional Reporter and Notary Public,
13       pursuant to Rule 30(b)(6) of the Federal Rules of
         Civil Procedure, at the offices of Philbin &
14       Associates, 959 Main Street, Springfield,
         Massachusetts, on March 18, 2005, commencing
15       at 10:05 a.m.

16

17

18
    APPEARANCES:
19
    (SEE PAGE 2)
20

21

22
              Laurie A. Monaghan
23         Certified Shorthand Reporter
        Registered Professional Reporter

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                           Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                   FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

| | | |
|---|---|---|
| 1 | A. | Not that I recall. |
| 2 | Q. | Okay. Do you recall having any discussions with |
| 3 | Susan Moore about it? | |
| 4 | A. | I don't have any specific recollection. |
| 5 | Q. | Do you know if Stu used the talking points |
| 6 | during that meeting? | |
| 7 | A. | No, I don't. |
| 8 | Q. | I'm going to show you what's going to be marked |
| 9 | as Plaintiff's Exhibit 7. | |
| 10 | | (Plaintiff's Exhibit 7, Memo, is marked for |
| 11 | | identification). |
| 12 | | MR. BRISTOL: Actually, can we take a break |
| 13 | | now? |
| 14 | | MS. ROBERTSON: That would be fine. |
| 15 | | MR. BRISTOL: Okay, great. |
| 16 | | (Recess was taken). |
| 17 | Q. | (By Mr. Bristol) Okay. Do you recognize what's |
| 18 | been marked as Plaintiff's Exhibit 7? | |
| 19 | A. | Yes, I do. |
| 20 | Q. | Can you tell me what that is? |
| 21 | A. | This is a memo dated October 24th, 2002, from me |
| 22 | to Bob O'Connell. | |
| 23 | Q. | Can you tell me who Bob O'Connell is? |

959 MAIN STREET    PHILBIN & ASSOCIATES, INC.    (413) 733-4078
4TH FLOOR                                         Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                             FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

46

1   A.   Sure.  Bob O'Connell is our CEO, President and
2   CEO and Chairman of MassMutual.
3   Q.   And he still occupies that position today?
4   A.   Yes, he does.
5   Q.   And did you say that you drafted this?
6   A.   Yes.
7   Q.   Do you know approximately when you did that?
8   A.   My recollection is that it was on October 24th.
9   Q.   Do you know why you did that?
10  A.   My recollection is that it was in response to a
11  conversation with Bob O'Connell, specifically about
12  progressive discipline, combined with his interest around
13  changing the culture of MassMutual, and specifically
14  wanting to know -- you know, how Human Resources -- what
15  Human Resources was doing in support of this and how we
16  approached this specific issue of progressive discipline.
17  Q.   Can you describe to me what progressive
18  discipline is?
19  A.   In general terms, progressive discipline is an
20  approach that we would take when an employee is having a
21  particular problem, be it performance, attendance, where
22  we would attempt to -- through this process, attempt to
23  turn the problem around, if you will, and if not, we would

959 MAIN STREET                                                    (413) 733-4078
4TH FLOOR            PHILBIN & ASSOCIATES, INC.      Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                              FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  go through -- you know, various steps that might result in
2  an individual leaving the organization.
3      Q.  Okay.  How would those steps be accomplished, or
4  who would be involved in accomplishing those steps?
5      A.  Typically, it would be the manager involved with
6  a member of Human Resources, the Human Resources staff.
7      Q.  Were you aware of any other drafts of this
8  document that may have existed?
9      A.  No.
10     Q.  Do you know if this document was circulated to
11 anyone else?
12     A.  I don't know specifically who it may have been
13 circulated to, but I am aware that I shared it with
14 Stephanie Allsup, as I reference her in the memo.
15     Q.  Do you know how you shared it with Stephanie
16 Allsup or in what form?
17     A.  I believe it would have been hard copy.
18     Q.  Okay.  Do you remember sharing with it with
19 anyone else?
20     A.  No.
21     Q.  Do you know if Stephanie Allsup shared it with
22 anyone else?
23              MS. ROBERTSON: I object to the form of the

959 MAIN STREET                                              (413) 733-4078
4TH FLOOR        PHILBIN & ASSOCIATES, INC.         Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

48

1    question.  If you know.
2    Q.  (By Mr. Bristol) If you know?
3    A.  My understanding is she had a discussion with
4    her staff, but I don't know specifically how that --
5    whether she shared a copy of it or how that took place.
6    Q.  And at this point, were you Stephanie Allsup's
7    supervisor?
8    A.  Yes.
9    Q.  What position did she occupy?
10   A.  I don't recall her specific title, but she's
11   Vice President, and a group of generalists reported to
12   her, who were responsible for working with members of the
13   management in the lines of business management.
14   Q.  When you say generalists, can you tell me what
15   you mean by that?
16   A.  An H.R. professional who has responsibility and
17   general knowledge across the general Human Resources
18   functions, of the employee relations, compensation, Staffing, etc.
19   Q.  Did anyone assist you in drafting this?
20   A.  No.
21   Q.  Okay.  Directing your attention specifically to
22   paragraph 6, I believe it is?
23   A.  Yes.

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                                 Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                     FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

49

1  Q.  And you're familiar with the contents of that
2  paragraph?
3  A.  Yes.
4  Q.  Can you tell me in general terms what that
5  paragraph is discussing?
6         MS. ROBERTSON: I object to the form of the
7         question.
8         THE WITNESS: Generally, this paragraph is
9         addressing Human Resources's role relative to
10        managing risk as it relates to these types of
11        issues.
12 Q.  (By Mr. Bristol) What types of issues are those?
13 A.  In connection with the overall process, and
14 possibly terminations that could result as a result of
15 progressive discipline.
16 Q.  Okay. And it references negative publicity,
17 impact to MM image, and internal morale?
18 A.  Correct.
19 Q.  Do you know why those were a concern in these
20 situations?
21        MS. ROBERTSON: I object to the form of the
22        question.
23        THE WITNESS: My recollection of including

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                          Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                  FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

50

1       that is those are -- when you think about risk

2       and relative to a corporation's reputation in

3       the community, those are clearly things that you

4       would think about.

5   Q.  (By Mr. Bristol) And it goes on to say, "From a

6   corporate perspective, the overall assessment of risk and

7   potential impact to MassMutual (e.g. negative publicity,

8   impact to MM image, internal morale) are key factors,

9   particularly when dealing with cases that are sensitive

10  and can quickly become high profile in the external

11  world." What did you mean by sensitive cases that can

12  quickly become high profile in the external world?

13  A.  Well, the example that's used here is the -- it

14  was institutional action, had to do with three senior

15  individuals that we took action relative to some

16  compliance issues. Those kinds of things are obviously

17  sensitive, and from a publicity perspective, certainly

18  could draw attention.

19  Q.  Okay. And then it goes on to state, "Recent

20  cases that have caused concern about disparate impact on

21  African Americans." Can you tell me what you meant by

22  that?

23  A.  I don't recall any specific cases that I was

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

51

```
 1   thinking about.  Again, I suspect I was generally
 2   referencing the kinds of things that might draw attention,
 3   not that the company took any inappropriate action, but
 4   rather the action in and of itself might draw attention.
 5       Q.   So, when you say recent cases that have caused
 6   concern, are you saying that you weren't referencing
 7   anything specific?
 8       A.   I don't recall a specific case that I was
 9   thinking about.
10       Q.   In October of 2002, you had no knowledge of
11   recent cases that have caused concern about disparate
12   impact on African Americans?
13              MS. ROBERTSON: I object to the form of the
14          question.  You can answer if you can.
15              THE WITNESS: I can't recall.
16       Q.   (By Mr. Bristol) Okay.  Do you recall any
17   discussion regarding disparate impact on African Americans
18   at MassMutual?
19              MS. ROBERTSON: I object to the form of the
20          question.  Among other things, I'm going to
21          instruct you not to answer that to the extent
22          that your answer would involve communications
23          with counsel.  You can answer with that caveat.
```

959 MAIN STREET     PHILBIN & ASSOCIATES, INC.     (413) 733-4078
4TH FLOOR                                           Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                               FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

52

```
 1                THE WITNESS: I guess -- could you be more
 2           specific about the time frame? It's a pretty
 3           broad question.  As I recall, you said do I
 4           recall any discussions?
 5      Q.   (By Mr. Bristol) I would say at the time you
 6   were drafting this memo?
 7      A.   I don't recall specific discussions.
 8      Q.   And you don't recall any specific cases
 9   regarding disparate impact on African Americans?
10      A.   I don't recall any specific cases that I was
11   thinking of at the time, no.
12      Q.   Do you recall anything at that time regarding
13   disparate impact on African Americans occurring at
14   MassMutual?
15                MS. ROBERTSON: I'm going to object to the
16           form of the question, but you can answer.
17                THE WITNESS: Again, I don't have any
18           specific recollection around that specific
19           issue.
20      Q.   (By Mr. Bristol) So, when you drafted this, you
21   didn't have anything specific in mind?
22                MS. ROBERTSON: I object to the form of the
23           question.
```

959 MAIN STREET　　**PHILBIN & ASSOCIATES, INC.**　　(413) 733-4078
4TH FLOOR　　　　　　　　　　　　　　　　　　　　　　　Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103　　　　　　　　　　　　　　　　　FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

53

1       THE WITNESS: Again, other than -- if I'm
2   understanding your question correctly, other
3   than the context and the spirit in which this
4   memo was created, which would be appropriate
5   with my background and expertise and role I was
6   playing, that that might be a situation that
7   would create risk, but I don't recall any
8   specific cases.
9   Q.   (By Mr. Bristol) And just to be clear, when
10  you're referencing recent cases, you're not referencing
11  anything specific?
12  A.   I cannot recall any specific case that I was
13  thinking of.
14  Q.   Okay.  Moving down from there to the paragraph
15  that begins, "Various tools and programs"?
16  A.   Yes.
17  Q.   It's the third full paragraph on that page.  Can
18  you review that and tell me what you were discussing
19  there?
20      MS. ROBERTSON: Again, I object to the form
21  of the question.  You can answer.
22      THE WITNESS: Generally, there are a number
23  of -- you know, there are training programs,

959 MAIN STREET        PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                                Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1              reference materials, the availability of Human
 2              Resources professionals that support managers,
 3              relative to managing performance.
 4       Q.    (By Mr. Bristol) Okay.  And then in the final
 5  full paragraph, right above, "I look forward to hearing
 6  more about your views on all of this," it says, "If there
 7  is feedback that we are not executing this way, I need to
 8  understand where the problem is in my organization and
 9  deal with it appropriately."  Had you received any
10  feedback about improper execution?
11       A.    I don't recall specific feedback.  In my
12  conversations with Mr. O'Connell, he may have challenged
13  me to understand whether -- you know, Human Resources can
14  be viewed as a barrier in the process, and was I aware of
15  whether or not my organization was -- you know, was
16  executing in the right way relative to this.
17       Q.    When you say they can be perceived as a barrier
18  in the process, what process are you referring to?
19       A.    The progressive discipline process or dealing
20  with an issue with an employee.
21       Q.    Would the progressive discipline policy be used
22  in a job elimination situation?
23       A.    No.
```

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                                Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947