# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR., <br>     Plaintiff <br> v. <br><br> MASSACHUSETTS MUTUAL LIFE <br> INSURANCE COMPANY (a/k/a <br> MASSMUTUAL FINANCIAL GROUP) <br> and DAVID L. BABSON & COMPANY, INC. <br> (a/k/a DAVID L. BABSON AND COMPANY), <br>     Defendants | C.A. No. 03 CV 11470 MAP |

## PLAINTIFF'S OPPOSITION TO DEFENDANT
## BABSON CAPITAL MANAGEMENT, LLC'S MOTION TO STRIKE

The Plaintiff hereby objects to Defendant Babson Capital Management, LLC's Motion to Strike and as grounds therefor, and in support thereof, files a Memorandum of Law contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this honorable court deny the Defendant's Motion in its entirety.

 

ISAAC WILLIAMS, JR.
By his attorney,

/s/ Michael F. Drywa, Jr.
John B. Reilly, Esq.
BBO #545576
Michael F. Drywa, Jr., Esq.
BBO #642654
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

Dated:  May 23, 2006

2

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2006.

                                                                                    /s/ Michael F. Drywa, Jr.