03-CV-11470 MAP

OPPOSITION TO MOTION TO STRIKE

# EXHIBIT A

**sdunham@lawyers-online.us**

| | |
|---|---|
| From: | <ECFnotice@mad.uscourts.gov> |
| To: | <CourtCopy@mad.uscourts.gov> |
| Sent: | Friday, November 04, 2005 1:40 PM |
| Subject: | Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Motion for Summary Judgment" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Robertson, Katherine A. entered on 11/4/2005 at 1:40 PM EST and filed on 11/4/2005

**Case Name:** Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:** 3:03-cv-11470
**Filer:** David L. Babson & Company, Inc.
**Document Number:** 70

**Docket Text:**
MOTION for Summary Judgment by David L. Babson & Company, Inc..(Robertson, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190142-0
] [8fd4440370f53cfa671fa85628ee602aa8f74229b24c48bd448dbef7eb28ede2aa5
db54f4ffe66b29281fe663c8626bfe9d0df571b14ea2c7c392497bd04f4b8]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Patrick S. Bristol    pbristol@lawyers-online.us

Francis D. Dibble , Jr    fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly    jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

Katherine A. Robertson    krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**

sdunham@lawyers-online.us

| | |
|---|---|
| **From:** | <ECFnotice@mad.uscourts.gov> |
| **To:** | <CourtCopy@mad.uscourts.gov> |
| **Sent:** | Friday, November 04, 2005 1:42 PM |
| **Subject:** | Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Memorandum in Support of Motion" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Robertson, Katherine entered on 11/4/2005 at 1:42 PM EST and filed on 11/4/2005

**Case Name:**    Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:**  3:03-cv-11470
**Filer:**        David L. Babson & Company, Inc.
**Document Number:** 71

**Docket Text:**
MEMORANDUM in Support re [70] MOTION for Summary Judgment filed by David L. Babson & Company, Inc.. (Robertson, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190154-0
] [be0ebd83babeeaeca78e1dc733bda256bac232c05320fea97dbb6979be0c4135cb3
37516f88cc3522e1e1268abe507fa5ed1c4559f0147900fce3b225363f25e]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Patrick S. Bristol     pbristol@lawyers-online.us

Francis D. Dibble , Jr     fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly     jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

Katherine A. Robertson     krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**

11/4/2005