**sdunham@lawyers-online.us**

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Sent:** Friday, November 04, 2005 2:05 PM
**Subject:** Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Statement of facts"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Robertson, Katherine entered on 11/4/2005 at 2:04 PM EST and filed on 11/4/2005
**Case Name:** Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:** 3:03-cv-11470
**Filer:**
**Document Number:** 72

Docket Text:
STATEMENT of facts re [70] MOTION for Summary Judgment *by David L. Babson & Company.* (Attachments: # (1) Exhibit 1 - Part I# (2) Exhibit 1 - Part 2# (3) Exhibit 2# (4) Exhibit 3# (5) Exhibit 4# (6) Exhibit 5 - 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9 - 11)(Robertson, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-0
] [06742a3c606880d156db375ceaa12ffd185c605a24d658169658560f64c3cd25d1c
a16aca86509b47e2f009eed9010384f7a22a210d74b98d1ee97f357bc5852]]
**Document description:** Exhibit 1 - Part I
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-1
] [bc4f2fa0186224fa8bb552580dcbfcdbb0f3d3ca4dbf01e9f2c199bc736562c1723
e6f7712edd301c6d66bbbc34b2ecfcb30dc0525fceb38413a90a4cbf6b29b]]
**Document description:** Exhibit 1 - Part 2
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-2
] [9964ac0629e2661320652c4a5d72b7f0e2c87e163f60ce3dfa57e9da7954dd8a900
110fadc6b42deee326299452d7030dba147e81c449604decaae1aa7537b5a]]
**Document description:** Exhibit 2

riginal filename:yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-3
] [65e4acc1806ffc5826b1062895445b3044ea36e417cf1138ee96e92c422da9bd80d
0960454072749856f8bdf7346b0e9b77d257f9528e2e5a8b3394355565d93]]
**Document description:**Exhibit 3
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-4
] [87930212efecc6b222fe8106806c4cf8a67f91b494873114951cc5532a8db0e9dd8
8e2d57871034c04489bd9a5abb4bda845346d0ff5c69f91ea72d324afaf59]]
**Document description:**Exhibit 4
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-5
] [6d0fb5637f5ee18b021814834a4f4827850e65f45f4e79815584b173df43844e9da
297180a8c6b5e644788a98d0f0cc7584ea2e434edcd8c20e807a5c1a864f4]]
**Document description:**Exhibit 5 - 6
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-6
] [d9941666a1a8f51209cc72b29f0a7fc587be34f6d820ef100419cb60be6c3173027
3cdc823170ed5344ecd4935419bc9329ea87ab98346737ffd195d10f797f2]]
**Document description:**Exhibit 7
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-7
] [4a2b957900ffa484781c5ac7d6b80d2908e504eeb30b3ee74efd49ae7d6f5806be2
7b7bf098efb2d27fa1082fd427b7afba3413a88338e4aa2fb06bc56176593]]
**Document description:**Exhibit 8
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-8
] [cd3b94eb61d4479d4817a41a99d252bb118704955cd4d0a42313fb09b66f1375056
4fef9c69089020b5163ba5f540e306ceed3004a3836b640f1e107518d26cf]]
**Document description:**Exhibit 9 - 11
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/4/2005] [FileNumber=1190239-9
] [9ed6e393fc2655d10b7308f2165ab4eba00feaa167d34cb4205fa044d6ff6a5fcf4
abad89e33dfd84145362aacc83eec6d380f28abd51b8aae56fa6a757b4da1]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Patrick S. Bristol   pbristol@lawyers-online.us

Francis D. Dibble , Jr   fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly   jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

11/4/2005

atherine A. Robertson    krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**

11/4/2005