03-CV-11470 MAP

OPPOSITION TO MOTION TO STRIKE

# EXHIBIT B

**sdunham@lawyers-online.us**

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Sent:** Friday, January 20, 2006 2:43 PM
**Subject:** Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Opposition to Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Reilly, John entered on 1/20/2006 at 2:43 PM EST and filed on 1/20/2006

**Case Name:** Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:** 3:03-cv-11470
**Filer:** Isaac Williams, Jr
**Document Number:** 80

**Docket Text:**
Opposition re [70] MOTION for Summary Judgment filed by Isaac Williams, Jr. (Reilly, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1282160-0
] [169f6b022835950354f73d5d8940be7f8632f8980e2680a0fa1a21defa44ffd4a54
c605041941737470aac74202446e40692cecc8b823ad777d0db146a2dc76b]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Francis D. Dibble , Jr    fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly    jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

Katherine A. Robertson    krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**

## sdunham@lawyers-online.us

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Sent:** Friday, January 20, 2006 3:31 PM
**Subject:** Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Memorandum of Law"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Reilly, John entered on 1/20/2006 at 3:31 PM EST and filed on 1/20/2006

**Case Name:** Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:** 3:03-cv-11470
**Filer:** Isaac Williams, Jr
**Document Number:** 81

**Docket Text:**
MEMORANDUM OF LAW by Isaac Williams, Jr to [80] Opposition to Motion. (Attachments: # (1) Supplement Part 2 of 2 (continuation of Memo of Law))(Reilly, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1282423-0
] [6823156754019a69228bde510336f0a82178890403df205c5ca8f54ec8ce8d840eb
d3f3db40810db35319b4e082bae7c8186be3e89761ae336b09ca7c293aca8]]
**Document description:** Supplement Part 2 of 2 (continuation of Memo of Law)
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1282423-1
] [0f089f176356d6a8742acb57bf9bb135a728435464a6cfec6b8889331b6486ffeed
d02b26371dc70bd0f6be8d1b1549ad21fe64fc260a91af789f6ae07d63f33]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Francis D. Dibble , Jr    fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly    jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

Katherine A. Robertson    krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**