03-CV-11470 MAP

OPPOSITION TO MOTION TO STRIKE

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR.,<br>Plaintiff<br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY (a/k/a<br>MASSMUTUAL FINANCIAL GROUP)<br>and DAVID L. BABSON & COMPANY, INC.<br>(a/k/a DAVID L. BABSON AND COMPANY),<br>Defendants | C.A. No. 03 CV 11470 MAP |

## AFFIDAVIT OF JENNIFER L. CASE

I, Jennifer L. Case, being duly sworn upon oath, hereby depose and say that:

1.   I am a Paralegal in the offices of John Reilly & Associates and have personal knowledge of the matters and facts set forth in this Affidavit.

2.   On January 20, 2006, I electronically filed a document with the United States District Court for the District of Massachusetts entitled Plaintiff's Statement of Facts for Which There Exists a Genuine Issue to be Tried - Babson's Motion for Summary Judgment (hereinafter, "Statement of Facts"), noted on the Docket at #82.

3.   On January 20, 2006, I contacted the Clerk's office of the United States District Court, for the District of Massachusetts with regard to electronic filing issues, namely that the CM/ECF Live System would not accept the exhibits (1-24) to our Statement of Facts.

4.   Pursuant to a telephone conversation with Mary Finn in the Clerk's office, I emailed Ms. Finn one of the exhibits to our Statement of Facts (prepared in Adobe/PDF format). Ms. Finn informed me that the CM/ECF system would not accept or could not read the version of Adobe that the documents were prepared in.

5.   Ms. Finn conferred with someone at the District Court (identity unknown) and gave me authorization to send her the exhibits to our Statement of Facts, in hard copy, via Federal Express.

6.   It was my understanding that once received, Ms. Finn would scan the exhibits into the CM/ECF system and attach the same to our Statement of Facts.

7.  The exhibits were delivered to the Clerk's office of the United States District Court on January 23, 2006 at approximately 9:50 a.m.

8.  Upon filing of the Statement of Facts, a Notice of Electronic Filing was sent to all counsel of record (dated January 20, 2006, 4:48 p.m.). Along with the Docket number and Docket Text, it is noted "Exhibits to be filed with the court".

9.  When received and reviewed, Docket entry #82 notes that it contains three (3) parts. Part 1 is the Statement of Facts. Part 2 is Exhibit 1-24. When Part 2 is opened, there is a notice stating "Clerk's Notice - This document can not be scanned due to its size, or the way in which it was bound. The original is available for viewing in the Clerk's Office". When Part 3 is opened, there is a notice stating "Clerk's Notice - The image of this document is not viewable because it is either SEALED or filed EX PARTE".

_____
Jennifer L. Case

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn before me this 18th day of May, 2006.

_____
Notary Public

OFFICIAL SEAL
MICHAEL F. DRYWA, JR.
NOTARY PUBLIC - RHODE ISLAND
Comm. Expires Aug. 25, 2007

2

**sdunham@lawyers-online.us**

| | |
|---|---|
| From: | <ECFnotice@mad.uscourts.gov> |
| To: | <CourtCopy@mad.uscourts.gov> |
| Sent: | Friday, January 20, 2006 4:48 PM |
| Subject: | Activity in Case 3:03-cv-11470-MAP Williams v. Massachusetts Mutual Life Insurance Company et al "Statement of facts" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Reilly, John entered on 1/20/2006 at 3:48 PM EST and filed on 1/20/2006

**Case Name:** Williams v. Massachusetts Mutual Life Insurance Company et al
**Case Number:** 3:03-cv-11470
**Filer:**
**Document Number:** 82

**Docket Text:**
STATEMENT of facts re [70] MOTION for Summary Judgment *Exhibits to be filed with the court.* (Reilly, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1282499-0
] [bbeef69406c55cea3941f70a4d831b016d8ec45deb079e92d71020170cb84641a93
b770cc41ce1c19b87d802b57fc29d9e7fd51b8e2dc5b0c3515958ca38d6ef]]

**3:03-cv-11470 Notice will be electronically mailed to:**

Francis D. Dibble , Jr    fdibble@bulkley.com, kswenson@bulkley.com

John B. Reilly    jreilly@lawyers-online.us, jcase@lawyers-online.us; pbristol@lawyers-online.us; sdunham@lawyers-online.us

Katherine A. Robertson    krobertson@bulkley.com, hfigueiredo@bulkley.com

**3:03-cv-11470 Notice will not be electronically mailed to:**