Document Selection Menu

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| [1](#) | | 12 pages |
| [2](#) | Exhibit 1 - 24 | 1 page |
| [3](#) | Exhibit 19 & 21 - sealed exhibits | 1 page |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.

Dropped-off Jan 20 2006                Cust. Ref: WILLIAMS/MASS MUTUAL                Ref #2:
Payor: Shipper                         Ref #3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | | | |
|---|---|---|---|---|
| Tracking ID | 849261663663 | **Sender** | | **Recipient** |
| Service Type | FedEx Priority Overnight | JOHN RILEY | | MARY-CLERK'S OFFICE |
| Package Type | FedEx Pak | JOHN REILLY & ASSOCIATES | | U S DISTRICT COURT |
| Zone | 2 | 300 CENTERVILLE RD STE 330 | | 1550 MAIN ST |
| Packages | 1 | WARWICK RI 02886-0200 US | | SPRINGFIELD MA 01103 US |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jan 23, 2006 09:50 | Transportation Charge | | |
| Svc Area | A1 | Fuel Surcharge | | 17.90 |
| Signed By | M.SHULTZ | Discount | | 1.87 |
| FedEx Use | 002006984/0001486/_ | Total Charge | | -0.90 |
| | | | USD | $18.87 |