UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>        Plaintiff )<br>v. )<br>  )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>        Defendants )  | ASSENTED-TO MOTION<br>TO CONTINUE STATUS<br>CONFERENCE |

      The defendant, Babson Capital Management, LLC (previously known as David L. Babson & Company) ("Babson "), hereby moves, with the assent of counsel for plaintiff Isaac Williams, Jr., to continue the status conference, presently scheduled for October 26, 2006 at 3:00 p.m., to a time convenient for the Court on November 20, 28, 29 or 30 or December 1, 2006. The grounds for this motion are that in-house counsel for Babson desires to attend the status conference, but is unavailable on October 26, 2006 due to a prior commitment. All counsel have assented to this motion, and are available on November 20, 28, 29 or 30 or December 1, 2006.

      For the foregoing reasons, Babson respectfully requests that this Assented-To Motion to Continue Status Conference be allowed.

| | |
|---|---|
| The Plaintiff,<br>ISAAC WILLIAMS, JR.<br>By his attorney:<br><br>*/s/ John B. Reilly*<br>John B. Reilly – BBO No. 545576<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI  02886<br>Tel. (401) 739-1800<br>Fax  (401) 738-0258<br><br>Dated:  October 17, 2006 | The Defendant,<br>BABSON CAPITAL MANAGEMENT, LLC<br>By their Attorneys:<br><br>*/s/ Katherine A. Robertson*<br>Francis D. Dibble, Jr. – BBO No. 123220<br>Katherine A. Robertson – BBO No. 557609<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115<br>Tel.  (413) 272-6215<br>Fax  (413) 272-6804 |

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record through the Court's CM/ECF system on October 17, 2006.

*/s/ Katherine A. Robertson*
Katherine A. Robertson

449424