UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ISAAC WILLIAMS, JR., ET AL, )
          Plaintiffs        )
                            )
          v.                ) C.A. 03-11470-MAP
                            )
DAVID L. BABSON & COMPANY, INC. )
(a/k/a/ DAVID L. BABSON AND )
COMPANY),                   )
          Defendant         )
```

FURTHER SCHEDULING ORDER

December 11, 2006

PONSOR, D.J.

Counsel appeared for a status conference on December 8, 2006, following the court's partial allowance of Defendants' Motions for Summary Judgment. Based on counsel's representations, the court orders as follows:

    1. On or before December 22, 2006, the parties will file a joint report, to be drafted by counsel for Defendant, indicating whether they will be going to mediation and, if so, what the proposed format for mediation will be.

    2. Regardless of whether the case moves to mediation, counsel will file a further joint written report, again to be drafted by counsel for Defendant, indicating the status of settlement efforts, no later than January 31, 2007.

    3. Also by January 31, 2007, counsel will file a joint final pretrial memorandum, or separate final pretrial memoranda, in accordance with the attached order.

    4. Trial in this matter will commence on May 14, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will

proceed thereafter from 9:00 a.m. to 1:00 p.m.

5. Proposed voir dire questions, proposed jury instructions and motions in limine will be filed no later than April 30, 2007.

It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                United States District Judge