UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>      Plaintiff )<br>v. )<br> )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>      Defendants ) | PARTIES' JOINT<br>REPORT ON<br>MEDIATION |

In compliance with the Court's December 11, 2006 Further Scheduling Order, the parties, plaintiff Isaac Williams, Jr. and defendant Babson Capital Management, LLC. (previously known as David L. Babson & Company), report that both parties have agreed to mediation in this case. Both parties have further agreed to Magistrate-Judge Dein as a possible mediator, if she is available and willing to act as a mediator for this case.

Respectfully submitted,

| The Plaintiff, | The Defendant, |
|---|---|
| ISAAC WILLIAMS, JR. | BABSON CAPITAL MANAGEMENT, LLC |
| By His Attorney: | By Its Attorney: |
| | |
| */s/ John B. Reilly* | */s/ Katherine A. Robertson* |
| John B. Reilly – BBO No. 545576 | Francis D. Dibble, Jr. – BBO No. 123220 |
| John Reilly & Associates | Katherine A. Robertson – BBO No. 557609 |
| Suite 330 - Summit West | Bulkley, Richardson and Gelinas, LLP |
| 300 Centerville Road | 1500 Main Street, Suite 2700 |
| Warwick, RI  02886 | Springfield, Massachusetts 01115 |
| Tel. (401) 739-1800 | Tel.  (413) 272-6215 |
| Fax  (401) 738-0258 | Fax  (413) 272-6804 |

Dated:  December 22, 2006

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record through the Court's CM/ECF system on December 22, 2006.

470600

*/s/ Katherine A. Robertson*
Katherine A. Robertson