UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ISAAC WILLIAMS, JR.            )
          Plaintiff            )
                               )
          v.                   ) C.A. 03-11470-MAP
                               )
DAVID L. BABSON & COMPANY, INC.)
(a/k/a/ DAVID L. BABSON AND    )
COMPANY),                      )
          Defendant            )
```

ORDER OF REFERRAL FOR MEDIATION

December 28, 2006

PONSOR, D.J.

    Upon the request of the parties, this matter is hereby referred to Magistrate Judge Judith Dein for mediation. Counsel should contact Judge Dein's clerk for instructions with regard to the preparation for the mediation and its date.

    The clerk is ordered to forward the file to Magistrate Judge Dein's session.

    It is So Ordered.

                                          /s/ Michael A. Ponsor
                                          MICHAEL A. PONSOR
                                          United States District Judge