UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Isaac Williams, Jr.
          Plaintiff(s)

V.

David L. Babson & Company, Inc.,
(a/k/a DAVID L. BABSON AND COMPANY)
          Defendant(s)

CIVIL ACTION

NO.  03-11470-MAP

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to U.S. Magistrate Judge Judith Dein for the following ADR program:

| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
|---|---|
| __X__ MEDIATION | _____ MINI-TRIAL |
| _____ SUMMARY JURY TRIAL | _____ SETTLEMENT CONFERENCE |
| _____ SPECIAL MASTER | |
| _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

/s/ MICHAEL A. PONSOR,

December 28, 2006
DATE

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | XX | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | | |

(ADR Referral.wpd - 4/12/2000)                                                                                           [orefadr.]