UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

ISAAC WILLIAMS, JR.,                        )
         Plaintiff                     )
v.                                          )
                                            )
DAVID L. BABSON & COMPANY, INC.             )
(a/k/a DAVID L. BABSON AND COMPANY),        )
         Defendant                     )

## JOINT MOTION TO PARTIALLY AMEND FURTHER SCHEDULING ORDER

The parties hereby jointly move that this Court partially amend its Further Scheduling Order (dated December 11, 2006) by extending the time for them to file their Joint Final Pre-Trial Memorandum (or separate Final Pre-Trial Memoranda).

This request is based upon the parties' mutual, good faith commitment to mediate this matter (whether with a Magistrate Judge or, if necessary, a private mediator) and their hopes that this matter will be resolved without the need for the expenditure of the time and expense necessary to complete such memoranda.

WHEREFORE, the parties respectfully request that paragraph three (3) of the Court's Further Scheduling Order of December 11, 2006 be amended to provide that such memorandum or separate memoranda be filed on or before Friday, March 16, 2007.

Respectfully submitted,

| | |
|---|---|
| Isaac Williams, Jr. | David L. Babson & Company, Inc. |
| By his attorney, | (a/k/a David L. Babson and Company) |
| | by their Attorney(s), |
| | |
| /s/ John B. Reilly | /s/ Katherine A. Robertson |
| John B. Reilly, Esq. (#545576) | Francis D. Dibble, Jr. (#123220) |
| John Reilly & Associates | Katherine A. Robertson, Esq. (#557609) |
| Suite 330 - Summit West | Bulkley, Richardson & Gelinas, LLP |
| 300 Centerville Road | 1500 Main Street, Suite 2700 |
| Warwick, RI 02886 | Springfield, Massachusetts 01115 |
| Tel: (401) 739-1800 | Tel: (413) 781-2820 |
| Fax: (401) 738-0258 | Fax: (413) 272-6804 |

Dated: January 2, 2007