UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DAVID L. BABSON & CO., INC., )<br>)<br>    Defendant. ) | CIVIL ACTION<br>NO. 03-11470-MAP |

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Notice of Assignment of ADR Provider dated January 3, 2007, the parties are hereby notified that the court has scheduled a mediation conference for **Friday, February 23, 2007, at 10:00 A.M.** in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party shall submit to Magistrate Judge Dein **no later than three (3) days before the conference** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible.

    IT IS SO ORDERED

                                                      / s / Judith Gail Dein
                                                    Judith Gail Dein
DATED: January 3, 2007                    United States Magistrate Judge