UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470 MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR., )<br>       Plaintiff )<br>v. )<br>   )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a )<br>MASSMUTUAL FINANCIAL GROUP) )<br>and DAVID L. BABSON & COMPANY, INC. )<br>(a/k/a DAVID L. BABSON AND COMPANY), )<br>       Defendants ) | PARTIES' JOINT<br>REPORT ON STATUS OF<br>SETTLEMENT EFFORTS |

In compliance with the Court's December 11, 2006 Further Scheduling Order, the parties, plaintiff Isaac Williams, Jr. and defendant Babson Capital Management, LLC (previously known as David L. Babson & Company), report that mediation has been scheduled with Magistrate Judge Dein on Thursday, March 8, 2007.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>ISAAC WILLIAMS, JR.<br>By His Attorney: | The Defendant,<br>BABSON CAPITAL MANAGEMENT, LLC<br>By Its Attorney: |
| */s/ John B. Reilly*<br>John B. Reilly – BBO No. 545576<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI  02886<br>Tel. (401) 739-1800<br>Fax  (401) 738-0258 | */s/ Katherine A. Robertson*<br>Francis D. Dibble, Jr. – BBO No. 123220<br>Katherine A. Robertson – BBO No. 557609<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115<br>Tel.  (413) 272-6215<br>Fax  (413) 272-6804 |

Dated:  January 31, 2007

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record through the Court's CM/ECF system on January 31, 2007.

*/s/ Katherine A. Robertson*
Katherine A. Robertson

481687