UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                                                 C.A. No. 03 CV 11470 MAP

DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**PLAINTIFF'S MOTION IN LIMINE
RESPECTING EVIDENCE OF ALLEGED "INAPPROPRIATE" BEHAVIOR
INVOLVING STUDENT AT UNIVERSITY OF VIRGINIA**

Based upon the court's dismissal of Massachusetts Mutual Life Insurance Company, a/k/a MassMutual Financial Group, ("MassMutual") from this action – yet without waiving any arguments or rights of appeal concerning such dismissal – plaintiff, Isaac Williams, Jr. ("Williams") hereby moves *in limine* that this court enter an order that the remaining defendant – David L. Babson & Company, Inc., a/k/a David L. Babson and Company, ("Babson") – its witnesses and attorneys be directed, instructed, and precluded from referring to or offering evidence concerning alleged "inappropriate conduct" of Williams with respect to a University of Virginia student. In support of this motion, Williams offers, and incorporates by reference, an accompanying memorandum of law.

**WHEREFORE**, Plaintiff Isaac Williams, Jr. respectfully requests that this Court GRANT and ALLOW the relief requested herein.

        By his attorney,

        /s/ John B. Reilly, Esq.
        John B. Reilly, Esq.
        BBO #545576
        John Reilly & Associates
        Summit West - Suite 330
        300 Centerville Road
        Warwick, Rhode Island 02886
        (401) 739-1800
        Fax: (401) 738-0258

Dated: March 5, 2007

## **CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5th 2007.

        /s/ John B. Reilly, Esq.