UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR.,           )<br>                              )<br>         Plaintiff,           )<br>   v.                         )<br>                              )<br>DAVID L. BABSON & CO., INC.,  )<br>                              )<br>         Defendant.           ) | CIVIL ACTION<br>NO. 03-11470-MAP |

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE PONSOR

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On ___March 8, 2007___, I held the following ADR proceeding:

   _____ SCREENING CONFERENCE         _____ EARLY NEUTRAL EVALUATION

   __X__ MEDIATION                      _____ SUMMARY BENCH/JURY TRIAL

   _____ MINI-TRIAL                   _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel, and were present in person or by authorized corporate officer.

   The case was:

[X]   Settled.  Your clerk should enter a 60-day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

   _____
   _____


                                            / s / Judith Gail Dein
                                       Judith Gail Dein, U.S. Magistrate Judge
DATED:  March 8, 2007                  ADR Provider