# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC WILLIAMS, JR.<br>*Plaintiff* | )<br>)<br>) |
| V. | )  Case No:  3:03-CV-11470-MAP |
| | ) |
| DAVID L. BABSON & COMPANY, INC.<br>*Defendant* | )<br>)<br>) |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by the mediator on 3/8/07 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED March 9, 2007

                                        **SARAH A. THORNTON**
                                        CLERK

                                        BY: /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk