UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                          C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

**JOINT MOTION TO EXTEND CASE REOPENING DEADLINE
PROVIDED IN SETTLEMENT ORDER OF DISMISSAL
SPECIAL ACTION REQUESTED**

The parties hereby jointly move that the Court extend by ten (10) days to Friday, May 18, 2005, the time in which, upon good cause shown, this action may be reopened if the parties do not consummate settlement. As grounds for this Motion, the parties state as follows:

1.   Despite the ongoing efforts of the parties, they have not been able to complete the settlement documentation necessary to consummate settlement and issues in that regard remain unresolved.

2.   The current deadline for reopening the action upon good cause shown is Tuesday, May 8, 2007 ("the deadline").

3.   Counsel for the parties have jointly agreed to respectfully request that the court extend the deadline up to and including Friday, May 18, 2007, so that they may be allowed to continue their efforts to resolve remaining issues and consummate settlement.

2

For the foregoing reasons, the parties respectfully request that this Motion be allowed.

| | |
|---|---|
| ISAAC WILLIAMS, JR.<br>By His Attorney: | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY (a/k/a MASSMUTUAL FINANCIAL GROUP) and DAVID L. BABSON & COMPANY, INC.) (a/k/a DAVID L. BABSON AND COMPANY)<br>By Their Attorneys: |
| /s/ John B. Reilly, Esq.<br>John B. Reilly (BBO# 545576)<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI  02886<br>Tel:  (401) 739-1800<br>Fax:  (401) 738-0258 | /s/ Katherine A. Robertson, Esq.<br>Katherine A. Robertson (BBO #557609)<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, Massachusetts 01115-5507<br>Tel: (413) 272-6215<br>Fax: (413) 272-6804 |

**Dated**: May 7, 2007