UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISAAC WILLIAMS, JR.

v.                                            C.A. No. 03 CV 11470 MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
(a/k/a MASSMUTUAL FINANCIAL GROUP) and
DAVID L. BABSON & COMPANY, INC.
(a/k/a DAVID L. BABSON AND COMPANY)

### JOINT MOTION TO FURTHER EXTEND CASE REOPENING DEADLINE PROVIDED IN SETTLEMENT ORDER OF DISMISSAL
### SPECIAL ACTION REQUESTED

The parties hereby jointly move that the Court further extend, through Friday, June 1, 2007, the time in which, upon good cause shown, this action may be reopened if the parties do not consummate settlement. As grounds for this Motion, the parties state as follows:

1.      Despite the ongoing efforts of the parties, they have not been able to complete the settlement documentation necessary to consummate settlement and issues in that regard remain unresolved.

2.      Those efforts have included a further conference with Magistrate Judge Dein. Based upon her recommendations, the parties will confer with a representative of the Defendant Corporation(s), but due to his vacation, that conference cannot take place until Friday afternoon May 25, 2007.

3.      The current deadline for reopening the action upon good cause shown is Friday, May 18, 2007 ("the deadline").