UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470-MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR. | ) |
|                  Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS MUTUAL LIFE | ) |
| INSURANCE COMPANY (a/k/a MASSMUTUAL | ) |
| FINANCIAL GROUP) and DAVID L. BABSON & | ) |
| COMPANY, INC. (a/k/a DAVID L. BABSON | ) |
| AND COMPANY), | ) |
| | ) |
|                  Defendants | ) |

**JOINT MOTION TO EXTEND CASE REOPENING DEADLINE PROVIDED IN SETTLEMENT ORDER OF DISMISSAL SPECIAL ACTION REQUESTED**

The parties hereby jointly move that the Court extend by twelve (12) days to Wednesday, June 13, 2007, the time in which, upon good cause shown, this action may be reopened if the parties do not consummate settlement. As grounds for this Motion, the parties state as follows:

1.  Despite the ongoing efforts of the parties, they have not been able to complete the settlement documentation necessary to consummate settlement and issues in that regard remain unresolved.

2.  The current deadline for reopening the action upon good cause shown is Friday, June 1, 2007 ("the deadline").

3.  Counsel for the parties have jointly agreed to respectfully request that the court extend the deadline up to and including Wednesday, June 13, 2007, so that they may be allowed to continue their efforts to resolve remaining issues and consummate settlement.

For the foregoing reasons, the parties respectfully request that this Motion be allowed.

|  |  |
|---|---|
|  | Respectfully submitted: |
| The Plaintiff, | The Defendants, |
| ISAAC WILLIAMS, JR. | MASSACHUSETTS MUTUAL LIFE |
| By His Attorney: | INSURANCE COMPANY AND BABSON |
|  | CAPITAL MANAGEMENT, LLC |
|  | By Their Attorneys: |
|  |  |
| /s/ John B. Reilly | /s/ Katherine A. Robertson |
| John B. Reilly – BBO No. 545576 | Francis D. Dibble, Jr. – BBO No. 123220 |
| John Reilly & Associates | Katherine A. Robertson - BBO No. 557609 |
| Suite 330 - Summit West | Bulkley, Richardson and Gelinas, LLP |
| 300 Centerville Road | 1500 Main Street, Suite 2700 |
| Warwick, RI  02886 | Springfield, MA  01115-5507 |
| Tel. (401) 739-1800 | Tel.:  (413) 272-6215 |
| Fax  (401) 738-0258 | Fax:  (413) 272-6804 |

Dated:  June 1, 2007

519912