UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11470-MAP

| | |
|---|---|
| ISAAC WILLIAMS, JR. )<br>      Plaintiff )<br>          )<br>v.           )<br>           )<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY (a/k/a MASSMUTUAL )<br>FINANCIAL GROUP) and DAVID L. BABSON & )<br>COMPANY, INC. (a/k/a DAVID L. BABSON )<br>AND COMPANY,      )<br>      Defendants ) | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The parties to this action hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of this action with prejudice, with each party to bear his or its own fees and costs.

                              Respectfully submitted:

| | |
|---|---|
| The Plaintiff,<br>ISAAC WILLIAMS, JR.<br>By His Attorney: | The Defendants,<br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY AND BABSON<br>CAPITAL MANAGEMENT, LLC<br>By Their Attorneys: |
| /s/ John B. Reilly<br>John B. Reilly – BBO No. 545576<br>John Reilly & Associates<br>Suite 330 - Summit West<br>300 Centerville Road<br>Warwick, RI 02886<br>Tel. (401) 739-1800<br>Fax (401) 738-0258 | /s/ Katherine A. Robertson<br>Francis D. Dibble, Jr. – BBO No. 123220<br>Katherine A. Robertson - BBO No. 557609<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115-5507<br>Tel. (413) 272-6215<br>Fax (413) 272-6804 |

Dated: June 28, 2007

494867